**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)*

Chapter you are filing under:

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Goodman and Dominguez, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Traffic**<br>**DBA  Traffic Shoe**<br>**DBA  Traffic Shoes**<br>**DBA  Traffic Shoe, Inc.**<br>**DBA  Goodman & Dominguez, Inc.** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **59-2268839** |

4. Debtor's address

**Principal place of business**

**10701 NW 127 St**
**Medley, FL 33178**
Number, Street, City, State & ZIP Code

**Miami-Dade**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**
**Various retail stores located in several states in the US and Puerto Rico**
Number, Street, City, State & ZIP Code

5. Debtor's website (URL)   **www.trafficshoe.com**

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership

☐ Other. Specify:

| Debtor | **Goodman and Dominguez, Inc.** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.

__4482__

**8.** **Under which chapter of the Bankruptcy Code is the Debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | | Case number | |
|---|---|---|---|---|---|
| | District _____ | When _____ | | Case number _____ | |
| | District _____ | When _____ | | Case number _____ | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | **See Attached List of Related Debtors** | Relationship to you | **Affiliates** |
|---|---|---|---|---|
| | District | **Southern District of Florida** | When **1/04/16** | Case number, if known **TBD** |

Debtor  **Goodman and Dominguez, Inc.**

Name                                             Case number (*if known*) _____

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

        Contact name _____

        Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Goodman and Dominguez, Inc.**                                 Case number (*if known*) _____
          Name

---

| | **Request for Relief, Declaration, and Signature** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **January  4, 2016**
                MM / DD / YYYY

**X** **/s/ David Goodman** _____         **David Goodman** _____
Signature of authorized representative of debtor            Printed name

Title    **President** _____

---

**18. Signature of attorney**

**X** **/s/ Peter D. Russin** _____         Date    **January  4, 2016** _____
Signature of attorney for debtor                             MM / DD / YYYY

**Peter D. Russin**
Printed name

**Meland Russin & Budwick, P.A.**
Firm name

**200 South Biscayne Boulevard**
**Suite 3200**
**Miami, FL 33131**
Number, Street, City, State & ZIP Code

Contact phone    **(305) 358-6363** _____    Email address _____

**765902**
Bar number and State

---

## United States Bankruptcy Court
### Southern District of Florida

In re   **Goodman and Dominguez, Inc.**

                                      Debtor(s)

Case No.

Chapter   **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **David Goodman**, declare under penalty of perjury that I am the **President** of **Goodman and Dominguez, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 4th day of January, 2016.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **David Goodman, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **David Goodman, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **David Goodman, President** of this Corporation is authorized and directed to employ **Peter D. Russin 765902**, attorney and the law firm of **Meland Russin & Budwick, P.A.** to represent the corporation in such bankruptcy case."

Date   January 4, 2016                      Signed   **/s/David Goodman**

                                                                        **David Goodman**

Resolution of Board of Directors
of
**Goodman and Dominguez, Inc.**


Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **David Goodman**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **David Goodman**, **President**  of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **David Goodman**, **President** of this Corporation is authorized and directed to employ **Peter D. Russin 765902**, attorney and the law firm of **Meland Russin & Budwick, P.A.** to represent the corporation in such bankruptcy case.


Date  January 4, 2016                             Signed  /s/**David Goodman**
                                                                   **David Goodman**

**<u>List of Related Debtors</u>**

Traffic, Inc.

Traffic Las Plazas, Inc.

Traffic Plaza del Norte, Inc.

Fill in this information to identify the case:

| Debtor name | **Goodman and Dominguez, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Cape Robbin Inc. 18052 Rowland St City of Industry, CA 91748** | | **Trade Debt** | | | | **$58,246.80** |
| **Capital Business Credit LLC PO Box 100895 Atlanta, GA 30384-4174** | | **Trade Debt [Factor for Red Circle Footwear Inc.]** | | | | **$145,581.00** |
| **Florida Department of Revenue Bankruptcy Section PO Box 6668 Tallahassee, FL 32314-6668** | | **Sales Tax** | | | | **$145,469.88** |
| **Forever Link Int'L, Inc. 455 Brea Canyon Rd. City of Industry, CA 91748** | | **Trade Debt** | | | | **$2,393,608.41** |
| **Golden Island Corp. 17950 Rowland St. City of Industry, CA 91748** | | **Trade Debt** | | | | **$37,534.50** |
| **Hana Financial, Inc. Dept. La 24406 Pasadena, CA 91185-4406** | | **Trade Debt [Factor for Elegance Footwear Inc.]** | | | | **$63,420.00** |
| **Hana Financial, Inc. Dept. La 24406 Pasadena, CA 91185-4406** | | **Trade Debt [Factor re Oppo Original Corp.]** | | | | **$524,184.30** |
| **Hana Financial, Inc. Dept. La 24406 Pasadena, CA 91185-4406** | | **Trade Debt [Factor for Twin Tigers Footwear Inc.]** | | | | **$67,659.00** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **Goodman and Dominguez, Inc.**
     Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Jesco Footwear Group Inc. 37 W 37 St Ste 301 New York, NY 10018-6225** | | **Trade Debt** | | | | **$85,258.80** |
| **Kimera International Inc 18400 San Jose Ave City of Industry, CA 91748** | | **Trade Debt** | | | | **$72,648.00** |
| **Realplay Dba Riplay Inc 18856 San Jose Ave City of Industry, CA 91748** | | **Trade Debt** | | | | **$25,995.00** |
| **Redshoelover 1614-A Potrero Ave. South El Monte, CA 91733** | | **Trade Debt** | | | | **$36,180.00** |
| **Sandy's Wholesale Shoe Division 555 NW 29 Street Miami, FL 33127** | | **Trade Debt** | | | | **$143,597.70** |
| **SLC & Company 1835 NW 21 Terr Miami, FL 33142** | | **Trade Debt** | | | | **$42,768.00** |
| **State of Georgia Department of Revenue PO Box 105296 Atlanta, GA 30348-5296** | | **Sales Tax** | | | | **$34,133.56** |
| **Texas Department of Revenue 111 E 17 St Austin, TX 78774-0100** | | **Sales Tax** | | | | **$34,407.58** |
| **The Cit Group Commercial Service, Inc. PO Box 1036 Charlotte, NC 28201-1036** | | **Trade Debt [Factor for Intouch Footwear, Inc.]** | | | | **$25,260.00** |
| **The Cit Group Commercial Service, Inc. PO Box 1036 Charlotte, NC 28201-1036** | | **Trade Debt [Factor for Cape Robbin, Inc.]** | | | | **$74,304.00** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

Debtor  **Goodman and Dominguez, Inc.** _____  Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Total Quality Logistics PO Box 634558 Cincinnati, OH 45263-4558** | | **Trade Debt** | | | | **$45,525.00** |
| **Yoki Fashion International LLC 1410 Broadway Suite 1005 New York, NY 10018** | | **Trade Debt** | | | | **$226,035.50** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

ADP Screening & Selection Services
PO Box 645177
Cincinnati, OH 45264-5177

Alabama Departemnt of Revenue
PO Box 327320
Montgomery, AL 36132-7320

Altamonte Mall LLC
Attn: GGP/Homart II, LLC (TXPR) Altamon
P.O. Box 860251
Minneapolis, MN 55486

Arbor Place II LLC
P.O. Box 74883
Cleveland, OH 44194

Armani Shoes Corporation
1551 NW 29th St
Miami, FL 33142

Atlanta Pricing Systems,Inc.
4215 Wendell Drive SW
Suite G
Atlanta, GA 30336

Atlantic Smart Technologies
130 Juno Street
Unit 1
Jupiter, FL 33458

Avenues Mall, LLC
867550 Reliable Parkway
Chicago, IL 60686-0075

Bayside Center Limited Partnership
2681 Solution Center
Chicago, IL 60677-2006

Boynton - JCP Associates Ltd
4092 Paysphere Circle
Chicago, IL 60674

Brandon Shopping Center Partners Ltd
PNC Bank Lockbox # 532615
P.O. Box 532615
Atlanta, GA 30353-2615


Broward Mall LLC
Bank of America
File # 51066
Los Angeles, CA 90074


Cape Robbin Inc.
18052 Rowland St
City of Industry, CA 91748


Capital Business Credit LLC
PO Box 100895
Atlanta, GA 30384-4174


Cbl SM-Brownsville LLC
Sunrise Mall CBL#0608
P.O. Box 955607
Saint Louis, MO 63195-5607


Chaozhou Vast Crown Shoes Co., Ltd.
CHINA


Cherry Hill Center LLC
P.O. Box 73300
Cleveland, OH 44193


Christiana Mall LLC
SDS-12-3026
P.O. Box 86
Minneapolis, MN 55486-3026


CIII, BACM05-1-Indian River
c/o Bayer Properties, LLC
2222 Arlington Avenue
Birmingham, AL 35205


Citibank, N.A.
3950 Regent Blvd S2B -262
Irving, TX 75063

Citrus Park Mall Owner LLC
P.O. Box 532627
Atlanta, GA 30353


City of Baton Roughe Parish
of East Baton Roughe
PO Box 2590
Baton Rouge, LA 70821-2590


City of Hoover
PO Box 11407
Birmingham, AL 35246-0144


CoastLand Center LLC
SDS 12-1695
P.O. Box 86
Minneapolis, MN 55486


Cobb Place Associates LP
P.O. Box 281552
Atlanta, GA 30384


Cobbplace Associates LP
P.O. Box 281552
Atlanta, GA 30384


Commonwealth of PA
1 Revenue Place
Harrisburg, PA 17129-0001


Comptroller of Maryland
Revenue Administration Division
110 Carroll Street
Annapolis, MD 21411


Coral-CS/LTD Associates
7520 Reliable Parkway
ID # 779862
Chicago, IL 60686


Corpus Christi Retail Venture LP
P.O. Box 843945
Dallas, TX 75284

Countryside Mall LLC
P.O. Box 50184
Los Angeles, CA 90074-0184


Crowley Logistics, Inc.
PO Box 2684
Carol Stream, IL 60132


DDR Norte LLC
P.O. Box 536795
Atlanta, GA 30353


Dependabe Packaging Solutions
3505 NW 123rd St
Miami, FL 33167


Dex Imaging, Inc.
PO Box 17454
Clearwater, FL 33762-0454


Dex Imaging, Inc.
5109 W Lemon St
Tampa, FL 33609


Dnd Fashion Inc.
17355 Railroad St.
City of Industry, CA 91748


Dolphin Mall Associates LLC
Department 189501
P.O. Box 67000
Detroit, MI 48267


Edison Mall Business Trust
867490 Reliable Parkway
Chicago, IL 60686


Eklecco New Co LLC
M&T Bank
P.O. Box 8000
Dept. #535
Buffalo, NY 14267

Elegance Enterprise Corp.
18217 Railroad Street
City of Industry, CA 91748


Ert 163rd Street Mall LLC
c/o Brixmor Property Group
P.O. Box 645321
Cincinnati, OH 45264-5321


Esplanade Mall Limited Partnership
P.O. Box 403452
Atlanta, GA 30384-3452


Evergreen Group Usa, Inc.
300 NW 26 St
Miami, FL 33127


Excell Ltd, Inc.
5220 N.W. 72 Ave.
Bay G-35
Miami, FL 33166


Federal Express
Dept Ch
PO Box 10306
Palatine, IL 60055-0306


Florida Combined Life HMO
FL Combined Life - Group
PO Box 211778
Kansas City, MO 64121-1778


Florida Department of Revenue
Bankruptcy Section
PO Box 6668
Tallahassee, FL 32314-6668


Florida Mall Associates Ltd
P.O. Box 406360
Atlanta, GA 30384


Forever Link Int'L, Inc.
455 Brea Canyon Rd.
City of Industry, CA 91748

Freemall Associates LLC
P.O. Box 511421
Los Angeles, CA 90051-7976


GGP Regency Square LLC
SDS 12-1665
P.O. Box 86
Minneapolis, MN 55486


Glimcher Merritt Square LLC
75 Remittance Dr
Suite 3169
Chicago, IL 60675


Glimcher Westshore LLC
L-2576
Columbus, OH 43260


Golden Asia Footwear Inc.
9738 Rush Street S.
South El Monte, CA 91733


Golden Island Corp.
17950 Rowland St.
City of Industry, CA 91748


Governor Square Mall LLC
SDS 12-2725
P.O. Box 86
Minneapolis, MN 55486


Grand Central Air Conditioning
333 Stagg St.
Brooklyn, NY 11206


Guardian Fire Protection Services, LLC
7668 Standish Place
Rockville, MD 20855


Gwinnett Place Mall GA LLC
9103 Alta Drive Suite 204
Las Vegas, NV 89145

Hamilton Mall LLC
P.O. Box 10248-05
Uniondale, NY 11555-1024


Hana Financial, Inc.
Dept. La 24406
Pasadena, CA 91185-4406


Harbor Footwear/The Cit Group Commercial
PO Box 1036
Charlotte, NC 28201


Humana Insurance of Puerto Rico, Inc.
Call Box 70228
San Juan, PR 00936-8228


Jefferson Parish Sheriff's Office
Bureau of Revenue and
Taxation Sales Tax Division
PO Box 248
Gretna, LA 70054


Jesco Footwear Group Inc.
37 W 37 St
Ste 301
New York, NY 10018-6225


K M Q Imports
2391 NW. 20 St
Miami, FL 33142


Kimera International Inc
18400 San Jose Ave
City of Industry, CA 91748


Laz Florida Parking LLC
PO Box 865036
Orlando, FL 32886-5036


Lennox National Account Services
3511 NE 22nd Ave
Ft. Lauderdale, FL 33247

Louisiana Department of Revenue
PO Box 201
Baton Rouge, LA 70821-0201


Macerich Deptford LLC
Deptford Mall
P.O. Box 846702
Los Angeles, CA 90084-6702


Macerich South Plains LP
P.O. Box 849437
Los Angeles, CA 90084


Mall at Ingram Park LLC
P.O. Box 402936
Atlanta, GA 30384


Mall at Lehigh Valley LP
P.O. Box 829446
Philadelphia, PA 19182-9446


Mall at Miami International LLC
Re: International Mall
9780 West Dade County Assoc.
P.O. Box 643171
Pittsburgh, PA 15264


Mall at Valle Vista LLC
867740 Reliable Parkway
Chicago, IL 60686


Mall Del Norte LLC
CBL #0414
P.O. Box 955607
Saint Louis, MO 63195-5607


Mall of Georgia LLC
P.O. Box 28945
New York, NY 10087-8945


Mall of Louisiana LLC
SDS 12-2440
P.O. Box 86
Minneapolis, MN 55486

Marlin Business Bank
PO Box 13604
Philadelphia, PA 19101-3604


Miami Leather Co
4334 SW 73rd Ave
Miami, FL 33155


New Commercial Capital
File 749269
Los Angeles, CA 90074-9269


New Jersey Division of Taxation
PO Box 281
Trenton, NJ 08695-0281


New Rivercenter Mall II LP
P.O. Box 840068
Dallas, TX 75284-0068


New York Department of Taxation and Fin.
PO Box 4127
Binghamton, NY 13902-4127


Newport Centre LLC
867545 Reliable Parkway
Chicago, IL 60686


Oaks Mall LLC
SDS 12-1530
P.O. Box 86
Minneapolis, MN 55486


Office Express Supplies Inc
15476 NW 77 Ct
Ste 415
Miami Lakes, FL 33016


Oppo Original Corp.
1314 John Reed Court
City of Industry, CA 91745-2406

Parks at Arlington LLC
SDS 12-2881
P.O. Box 86
Minneapolis, MN 55486


Pembroke Lakes Mall Ltd
SDS 12-3094
P.O. Box 86
Minneapolis, MN 55486


Plaza Carolina Mall LP
P.O. Box 71478
San Juan, PR 00936


PR Prince Georges Plaza LLC
P.O. Box 73228
Cleveland, OH 44193


Puerto Rico Treasury Dept.
PO Box 70125
San Juan, PR 00936-8125


Pyn USA Footwear, Inc.
4960 NW 165 St
Suites B-18 and B-19
Hialeah, FL 33014


Quill Corporation
PO Box 37600
Philadelphia, PA 19101


Realplay Dba Riplay Inc
18856 San Jose Ave
City of Industry, CA 91748


Redshoelover
1614-A Potrero Ave.
South El Monte, CA 91733


Rockland Group Inc.
10665 Rush Street S
South El Monte, CA 91733

Sandy's Wholesale Shoe Division
555 NW 29 Street
Miami, FL 33127


Sarasota Shoppingtown LLC
11601 Wilshire Boulevard
11th Floor
Los Angeles, CA 90025


Seminole Towne Center LP
867726 Reliable Parkway
Chicago, IL 60686-0077


Shoe Magnate Inc
18560 E San Jose Ave
City of Industry, CA 91748


Shops at Sunset Mall Owner LLC
P.O. Box 281732
Atlanta, GA 30384


Simon Capital GP
1361 Momentum Place
Chicago, IL 60689


Simon Property Group (Texas) LP
867925 Reliable Parkway
Chicago, IL 60686


Simon Property Group, LP
1568 Paysphere Circle
Chicago, IL 60674


SLC & Company
1835 NW 21 Terr
Miami, FL 33142


Southland Mall Properties LLC
P.O. Box 865061
Orlando, FL 32886


Springland International Inc./Hana Finan
File No. 50516
Los Angeles, CA 90074

SRM-SPE LLC
F/B/O Bear Sterns
P.O. Box 54266
New Orleans, LA 70154


State of Georgia Department of Revenue
PO Box 105296
Atlanta, GA 30348-5296


Stonecrest Mall SPE LLC
P.O. Box 72219
Cleveland, OH 44192-0219


Sunrise Mills (MLP) Limited Partnership
P.O. Box 277861
Atlanta, GA 30384


Sup Trading
19330 San Jose Ave.
City of Industry, CA 91748


Texas Department of Revenue
111 E 17 St
Austin, TX 78774-0100


The Cit Group Commercial Service, Inc.
PO Box 1036
Charlotte, NC 28201-1036


The Cit Group Commercial Service, Inc.
PO Box 1036
Charlotte, NC 28201


The Falls Shopping Center Ass. LLC
P.O. Box 404566
Atlanta, GA 30384


The Hartford
PO Box 660916
Dallas, TX 75266-0916


The Town Center at Boca Raton Trust
P.O. Box 35470
Newark, NJ 07193

TM Wellington Green Mall LP
P.O. Box 865099
Orlando, FL 32886-5099


Tony's Casuals
15700 Garfield Ave
Paramount, CA 90723


Top Guy Int'l Trading, Inc.
333 Brea Canyon Rd.
City of Industry, CA 91789


Total Quality Logistics
PO Box 634558
Cincinnati, OH 45263-4558


Totalpack, Inc.
PO Box 52-2922
Miami, FL 33152


Town East Mall LLC
SDS 12-1514
P.O. Box 86
Minneapolis, MN 55486


Traffic Retail, Inc.
10701 NW 127 St
Medley, FL 33178


Travis A. Hulsey Director
PO Box 12207
Birmingham, AL 35202-2207


Treasure Coast - JCP Associates Ltd
1365 Momentum Place
Chicago, IL 60689


UP Fieldgate US Investments
The Bancorp Bank
Box 935697
Atlanta, GA 31193-5697

VCG-Southlake Mall LLC
P.O. Box 538624
2222 Arlington Avenue
Atlanta, GA 30353-8624


Volusia Mall LLC
P.O. Box 74679
Cleveland, OH 44194


Vornado Caguas LP
c/o Vornado Realty Trust
210 Route 4 East
Paramus, NJ 07652


Westland Mall LLC
P.O. Box 865019
Orlando, FL 32886


Westland South Shore Mall LP
File # 56218
Los Angeles, CA 90074-6218


Wheaton Plaza Reg. Shopping Center LLP
P.O. Box 55275
Los Angeles, CA 90074-5275


White Marsh Mall Associates
SDS 12-2760
P.O. Box 86
Minneapolis, MN 55486


White Plains Galleria LP
P.O. Box 403343
Atlanta, GA 30384


Woodbridge Center Property LLC
SDS 12-2769
P.O. Box 86
Minneapolis, MN 55486


Yoki Fashion International LLC
1410 Broadway
Suite 1005
New York, NY 10018

Altamonte Mall
Attn: Law/Lease Administration Dept
110 N. Wacker Dr
Chicago, IL 60606


Altamonte Mall
File # 2683
Collections Center Dr
Chicago, IL 60693


Altamonte Mall LLC
Attn: Law/Lease Administration Dept
110 N. Wacker Dr
Chicago, IL 60606


Altamonte Mall LLC
File # 2683
Collections Center Dr
Chicago, IL 60693


Bank of America, NA
Loan# 3187945
900 West Trade Street
Suite 650
Charlotte, NC 28255


Bayside Mall
2681 Solution Center
Chicago, IL 60677-2006


Bayside Marketplace
Attn: Law/Lease Administration Dept
110 N. Wacker Dr
Chicago, IL 60606


Bayside Marketplace
Attn: General Manager
401 Biscayne Blvd
Miami, FL 33132


Bellwether Properties of Florida (Limite
Attn: Legal Department
11601 Wilshire Boulevard 11th Floor
Los Angeles, CA 90025

Blank Rome LLP
Attn: Philip R. Rosenfeldt, Esq
One Logan Square
Philadelphia, PA 19103


Boynton - JCP Associates LTD
M.S. Management Associates Inc.
115 W. Washington
Indianapolis, IN 46204


Boynton - JCP Associates Ltd
c/o M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204-3438


Brandon Shopping Center Partners, LTD
c/o Westfield LLC
11601 Wilshire Boulevard 11th Floor
Los Angeles, CA 90025


Brandon Shopping Center Partners, LTD
c/o Westfield LLC
11601 Wilshire Boulevard
11th Floor
Los Angeles, CA 90025


Broward Mall LLC
Attn: Legal Department
2049 Century Park East 41st Floor
Los Angeles, CA 90067


Broward Mall LP
Bank of America
File # 51066
Los Angeles, CA 90074


Broward Mall, LLC
P.O. Box 51066
Los Angeles, CA 90074-1066


Cbl & Associates Management Inc.
Cbl Center
2030 Hamilton Place Boulevard
Suite 500
Chattanooga, TN 37421

Cbl & Associates Management Inc.
Attn: General Manager
1700 W. International Speedway Blvd
Daytona Beach, FL 32114


Cbl & Associates Management Inc.
Cbl Center
2030 Hamilton Place Boulevard
Chattanooga, TN 37421


Cbl & Associates Management Inc.
Cbl Center
2030 Hamilton Place Boulevard
Suite 500
Chattanooga, TX 37421


Cbl & Associates Management Inc.
Cbl Center
2030 Hamilton Place Boulevard
Ste 500
Chattanooga, TN 37421


Cherry Hill Center LLC
Attn: Dircetor, Legal
200 South Broad St
The Bellevue, third floor
Philadelphia, PA 19102


Cherry Hill Center LLC
Attn: General Manager
2000 Route 38
Suite 514
Cherryhill, NJ 08002


Cherry Hill Center LLC
Attn: Dircetor, Legal
200 South Broad St
The Bellevue, 3rd FL
Philadelphia, PA 19102


Cherry Hill Center LLC
Attn: General Manager
2000 Route 38
Suite 514
Cherry Hill, NJ 08002-2100

Christian Mall
Attn: Law/Lease Administration Dept
110 N. Wacker Dr
Chicago, IL 60606


Christiana Mall
Attn: General Manager
132 Christiana Mail
Newark, DE 19702


Christiana Mall
Attn: Law/Lease Administration Dept
110 N. Wacker Dr
Chicago, IL 60606


Christiana Mall LLC
Attn: Law/Lease Administration Dept
110 N. Wacker Dr
Chicago, IL 60606


CIII, BACM05-1-Indian River
c/o Bayer Properties, LLC
Attn: General Counsel
2222 Arlington Avenue
Birmingham, AL 35205


Citrus Park Ventura Limited Partnership
Attn: Legal Department
11601 Wilshire Boulevard 11th Floor
Los Angeles, CA 90025


Citrus Park Ventura Limited Partnership
Attn: Legal Department
2049 Century Park East
41st Floor
Los Angeles, CA 90067


Coastland Center
Attn: Law/Lease Administration Dept
110 N. Wacker Dr
Chicago, IL 60606


Cobb Place Associates LP
M.S. Management Associates Inc.
115 W. Washington
Indianapolis, IN 46204

Colonial Properties Services Inc
130 University Park Dr
Suite 125
Winter Park, FL 32792


Colonial Properties Services Inc.
130 University Park Dr
Suite 125
Winter Park, FL 32792


Coral-CS/LTD Associates
M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204


Coral-CS/LTD Associates
c/o M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204


Corpus Christi Retail Ventures LP
P.O. Box 843945
Dallas, TX 75284


Countryside Mall LLC
Attn: Legal Department
2049 Century Park East
41st Floor
Los Angeles, CA 90067


David Goodman
10701 NW 127 St
Medley, FL 33178


DDR Norte LLC SE
Attn: Executive Vice President
3300 Enterprise Parkway
Beachwood, OH 44122


Developers Diversified Realty Corp
Attn: General Counsel
3300 Enterprise Parkway
Beachwood, OH 44122

```
Dolphin Mall Associates LLC
200 East Long Lake Rd
Suite 300
Bloomfield Hills, MI 48303


Edison Mall Business Trust
M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204


Eklecco Newco LLC
Management Division
The Clinton Exchange
Four Clinton Square
Syracuse, NY 13202-1078


Ert 163rd Street Mall LLC
Attn: Office of General Counsel
420 Lexington Ave
7th Floor
New York, NY 10017


Ert 163rd Street Mall LLC
1421 NE 163rd St
North Miami, FL 33162


Ert 163rd Street Mall LLC
Attn: Office of General Counsel
420 Lexington Ave
7th FL
New York, NY 10017


Ert 163rd Street Mall LLC
1421 NE 163rd St
Miami, FL 33162


Esplanade Mall Limited Partnership
M.S. Management Associates Inc.
225 W. Washington St
Indianapolis, IN 46204


Esplanade Mall Limited Partnership
% M.S. Management Associates Inc.
225 W. Washington St
Indianapolis, IN 46204
```

Fineman Krekstein & Harris P.C.
Attn: Michael H. Krekstein Esq
1735 Market Street
Suite 600
Philadelphia, PA 19103


Florida Department of Revenue
5050 W Tennessee St
Tallahassee, FL 32399-0120


Florida Mall Associates LTD
M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204


Freemall Associates LLC
Attn: Center Manager
3710 Route 9
Suite 1000
Freehold, NJ 07728


Freemall Associates LLC
Attn: Legal Department
401 Wilshire Boulevard
Suite 700
Santa Monica, CA 90407


Freemall Associates LLC
Attn: Legal Department
P.O. Box 2172
Santa Monica, CA 90407


Freemall Associates LLC
Attn: Legal Department
401 Wilshire Boulevard
Suite 700
Santa Monica, CA 90401


Ggp Regency Square LLC
Attn: Law/Lease Administration Dept
110 N. Wacker Dr
Chicago, IL 60606


Glimcher Merritt Square LLC
c/o Glimcher Properties LP
150 East Gay Street 24th Floor
Columbus, OH 43215

Glimcher Merritt Square LLC
c/o Glimcher Properties LP
Attn: General
150 East Gay Street 24th FL
Columbus, OH 43215


Glimcher Westshore LLC
Westshore Plaza
L-2576
Columbus, OH 43260


Glimcher Westshore LLC
Attn: General Counsel
180 East Broad Street
21st Floor
Columbus, OH 43215


Goulston & Storrs PC
Attn: NED West Palm Beach
400 Atlantic Avenue
Bostan, MA 02110


Governor Square Mall LLC
Attn: Law/Lease Administration Dept
110 N. Wacker Dr
Chicago, IL 60606


Governor's Square
Attn: General Manager
1500 Apalachee Parkway
Tallahassee, FL 32301


Gwinnett Place Mall GA LLC
c/o Moonbeam Capital Investments LLC
9103 Alta Drive
Ste 204
Las Vegas, NV 89145


Gwinnett Place Mall GA LLC
c/o Moonbeam Capital Investments LLC
2100 Pleasant Hill Road
Duluth, GA 30096


Hamilton Mall LLC
P.O. Box 10248-05
Uniondale, NY 11555

Hamilton Mall LLC
c/o Kravco Company LLC
234 Mall Boulevard
King of Prussia, PA 19406-2954


Hamilton Mall LLC
Attn: Legal Department
234 Mall Boulevard
King of Prussia, PA 19406-2954


Indian River Mall LLC
M.S. Management Associates Inc.
115 W. Washington
Indianapolis, IN 46204


Jacksonville Avenues LP
M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204


Jacksonville Avenues LP
Attn: Mark Kirincich President & Ceo
20 South Clark Street
Suite 3000
Chicago, IL 60603


Jacksonville Avenues LP
CBL Center Attn: Charles B. Lebovitz
2030 Hamilton Place Boulevard
Suite 500
Chattanooga, TN 37421


Jacksonville Avenues LP
Attn: Mark Kirincich President & CEO
20 South Clark Street
Ste 3000
Chicago, IL 60603


Jacksonville Avenues LP
CBL Center Attn: Charles B. Lebovitz
2030 Hamilton Place Boulevard
Ste 500
Chattanooga, TN 37421

```
Jones Lang LaSalle Management Services I
Attn: Counsel - Santa Rosa Mall
3424 Peachtree Road NE
Suite 300
Atlanta, GA 30326


Macerich Deptford LLC
1750 Deptford Center Rd
Deptford, NJ 08096


Macerich Deptford LLC
c/o Macerich
P.O. Box 2172
Santa Monica, CA 90407


Macerich Deptford LLC
Attn: Legal Department
401 Wilshire Boulevard
Santa Monica, CA 90407


Macerich Deptford LLC
Attn: Center Manager
1750 Deptford Center Rd
Deptford, NJ 08096


Macerich Deptford LLC
% Macerich
P.O. Box 2172
Santa Monica, CA 90407


Macerich South Plains LP
Attn: Center Manager
6002 Slide Road
Lubbock, TX 79414


Macerich South Plains LP
c/o Macerich
P.O. Box 2172
Santa Monica, CA 90401


Macerich South Plains LP
c/o Macerich
401 Wilshire Boulevard
Suite 700
Santa Monica, Ca 90401
```

Macerich South Plains LP
c/o Macerich
P.O. Box 2172
Santa Monica, CA 90407


Macerich South Plains LP
Attn: Legal Department
401 Wilshire Boulevard
Santa Monica, CA 90407


Mall at Ingram Park LLC
% M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204


Mall at Lehigh Valley LP
234 Mall Boulevard
King of Prussia, PA 19406


Mall at Lehigh Valley LP
Attn: Legal Department
234 Mall Boulevard
King of Prussia, PA 19406


Mall At Miami International LLC
M.S. Management Associates Inc.
115 W. Washington
Indianapolis, IN 46204


Mall at Miami International LLC
% M.S. Management Associates Inc.
115 W. Washington
Indianapolis, IN 46204


Mall at Valle Vista LLC
M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204


Mall at Valle Vista LLC
% M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204

Mall Of Georgia LLC
M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204


Mall of Georgia LLC
% M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204


Mall of Louisiana
Attn: General Manager
6401 Bluebonnet Blvd
Suite 5050
Baton Rouge, LA 51503


Mall of Louisiana
Attn: General Manager
6401 Bluebonnet Blvd
Suite 5050
Council Bluffs, IA 51503


Mall of Louisiana LLC
Attn: Law/Lease Administration Dept
110 N. Wacker Dr
Chicago, IL 60606


Mall st Ingram Park LLC
M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204


Merritt Square Mall
777 East Merritt Island Causeway
Merritt Island, FL 32952


New Rivercenter Mall II L.P.
849 Commerce Street
San Antonio, TX 78205


New Rivercenter Mall II LP
P.O. Box 840068
Dallas, TX 75284

New Rivercenter Mall II LP
% Ashkenazy Acquisition Corp.
Attn:  Lease Administration
150 East 58th Street, 39th FL
New York, NY 10155


Newport Centre LLC
c/o M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204-3438


Newport Centre LLP
M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204


Oaks Mall LLC
Attn: Law/Lease Administration Dept
110 N. Wacker Dr
Chicago, IL 60606


Oaks Mall LLC
Attn: General Manager
6419 Newberry Road
Gainesville, FL 32605


Ornella Goodman
2998 Lake Ridge Ln
Weston, FL 33332


Parks at Arlington LLC
Attn: Law/Lease Administration Dept
110 N. Wacker Dr
Chicago, IL 60606


Pembroke Lakes Mall
c/o Pembroke Lakes Mall LTD
110 N. Wacker Dr
Chicago, IL 60606


Pembroke Lakes Mall Ltd
110 N. Wacker Dr
Chicago, IL 60606

Plaza Carolina Mall LP
M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204


Plaza Carolina Mall LP
c/o M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204-3438


PR Prince Georges Plaza LLC
Attn: Dircetor, Legal
200 South Broad St
The Bellevue, third floor
Philadelphia, PA 19102


PR Prince Georges Plaza LLC
Attn: Dircetor, Legal
200 South Broad St
The Bellevue, 3rd FL
Philadelphia, PA 19102


Queens Mall SPE LLC
Attn: Center Manager
90-15 Queens Boulevard
Elmhurst, NY 11373


Queens Mall SPE LLC
Attn: Legal Department
P.O. Box 2172
Santa Monica, CA 90407


Queens Mall SPE LLC
Attn: Legal Department
401 Wilshire Boulevard
Santa Monica, CA 90407


Regency Square Mall
Attn: General Manager
9501 Arlington Expressway
Suite 100
Jacksonville, FL 32225

```
Regency Square Mall
Attn: General Manager
9501 Arlington Expressway
Ste 100
Jacksonville, FL 32225


Rivercenter Mall
Attn: Christian E. Oviatt, SCSM
849 E. Commerce Street
Ste 895
San Antonio, TX 78205


Sarasota Shoppingtown LLC
Attn: Legal Department
11601 Wilshire Boulevard 11th Floor
Los Angeles, CA 90025


Sarasota Shoppingtown LLC
11601 Wilshire Boulevard
Attn: Legal Department
Los Angeles, CA 90025


Seminole Towne Center LP
M.S. Management Associates Inc.
115 W. Washington
Indianapolis, IN 46204


Seminole Towne Center LP
% M.S. Management Associates Inc.
225 W. Washington St
Indianapolis, IN 46204


Shops at Sunset LLC
M.S. Management Associates Inc.
110 W. Washington
Indianapolis, IL 46204


Shops at Sunset LLC
P.O. Box 281732
Atlanta, GA 30384


Shops at Sunset LLC
c/o M.S. Management Associates Inc.
115 West Washington Street
Indianapolis, IN 46204-3438
```

Shops at Sunset LLC
225 W. Washington St
Indianapolis, IN 46204


Simon Capital GP
M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204


Simon Capital GP
c/o M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204-3438


Simon Property
9780 West Dade County Assoc.
Re International Mall
PO Box 643171
Pittsburgh, PA 15264-3171


Simon Property Group (Texas) LP
c/o M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204-3438


Simon Property Group (Texs) LP
M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204


Simon Property Group LP
M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204


Simon Property Group, LP
c/o M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204-3438


Southlake Mall LLC
c/o Bayer Properties Leasing and Managem
2222 Arlington Avenue
Birmingham, AL 35205

Southlake Mall LLC
c/o Bayer Properties Leasing Mgmt LLC
Attn: General Counsel
2222 Arlington Avenue
Birmingham, AL 35205


Southland Mall Properties LLC
c/o Gumberg Asset Management Corp
3200 North Federal Highway
Ft. Lauderdale, FL 33306


Southland Mall Properties LLC
% Gumberg Asset Management Corp
3200 North Federal Highway
Fort Lauderdale, FL 33306


Southland Mall Properties LLC
PO Box 865061
Orlando, FL 32886-5061


SRM-SPE, LLC d/b/a Santa Rosa Mall
Attn: David Macdonald, General Manager
300 Mary Esther Blvd
Ste 112
Gulf Breeze, FL 32563


SRP Property Management LLC
Attn: Lease Coordination
1 E. Wacker Dr
Suite 3700
Chicago, IL 60601


Stirling Properties of Louisiana, LLC
Attn: Michael Bucher
109 Northpark Blvd
Suite 300
Covington, LA 70433


Stonecrest Mall Spe LLC
Terminal Tower
50 Public Square
Suite 1360
Cleveland, OH 44113

Stonecrest Mall SPE, LLC
Terminal Tower
50 Public Square
Suite 1360
Cleveland, OH 44113-2267


Sunrise Mills (MLP) Limited Partnership
c/o The Mills Corporation
5425 Wisconsin Avenue
Suite 500
Chevy Chase, MD 20815


Sunrise Mills (MLP) Limited Partnership
Attn:Management Agent
5425 Wisconsin Avenue
Suite 500
Chevy Chase, MD 20815


Sunrise Mills (MLP) Limited Partnership
Attn: General Manager
12801 W. Sunrise Blvd.
Fort Lauderdale, FL 33323


Sunrise Mills (MLP) Limited Partnership
% The Mills Corporation
5425 Wisconsin Avenue
Suite 500
Chevy Chase, MD 20815


The Bancorp Bank
409 Silverside Road
Suite 105
Wilmington, DE 19809


The Clinton Exchange
Attn: Management Division
Four Clinton Square
Syracuse, NY 13202


The Falls Shopping Center Ass. LLC
M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204

The Falls Shopping Center Ass. LLC
c/o M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204-3438


The Mall at Prince George
Attn: General Manager
3500 East West Highway
Hyattsville, MD 20782


The Oaks Mall
Attn: General Manager
6419 Newberry Road
Gainesville, FL 32605


The Parks at Arlington
Attn: General Manager
3811 South Cooper Street
Arlington, TX 76015


The Taubman Company
200 East Long Lake Rd
Suite 300
Bloomfield, MI 48303


The Town Center at Boca Raton Trust
M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204


The Town Center at Boca Raton Trust
c/o M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204-3438


TJ Palm Beach Associates Limited Partner
P.O. Box 67000
Detroit, MI 48267


TM Wellington Green Mall LP
200 East Long Lake Road
Bloomfield Hills, MI 48303-0200

TM Wellington Green Mall LP
1 East Wacker Drive
Suite 3600
Chicago, IL 60601


Town Center at Cobb LLC
225 West Washington Street
Indianapolis, IN 46204


Town East Mall
Attn: General Manager
2063 Town East Mall
Mesquite, TX 75150


Town East Mall LLC
Attn: Law/Lease Administration Dept
110 N. Wacker Dr
Chicago, IL 60606


Trademark Property
Attn: Vice President - Real Estate
1600 W. Seventh Street
Suite 400
Fort Worth, TX 76102


Trademark Property
Attn: Vice President - Real Estate
1600 W. Seventh Street
Ste 400
Fort Worth, TX 76102


Treasure Coast - JCP Associates LTD
M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204


Treasure Coast - JCP Associates Ltd
c/o M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204-3438


U.S. Bank National Association
PO Box 860251
Minneapolis, MN 55486-0251

UE Caguas  LP
PO Box 645263
Pittsburgh, PA 15264-5263


UP Fieldgate US Investments
Fashion Square LLC Attn: Scott Fisher
1045 Tulloss Road
Franklin, TN 37067


UP Fieldgate US Investments
% Fashion Square LLC Attn: Scott Fisher
1045 Tulloss Road
Franklin, TN 37067


VCG -  Southlake Mall LLC
Attn: EVP, Asset Management
11611 San Vicente Blvd
10th Floor
Los Angeles, CA 90049


VCG- Southlake Mall LLC
Attn: EVP, Asset Management
11611 San Vicente Blvd
10th FL
Los Angeles, CA 90049


Vornado Caguas LP
Attn: Exe VP Retail Real Estate Div
210 Route 4 East
Paramus, NJ 07652


Vornado Caguas LP
Attn: Exe VP Finance & Admin & CFO
210 Route 4 East
Paramus, NJ 07652


Westland Mall LLC
Attn: General Manager
1675 West 49th Street
Hialeah, FL 33012


Westland South Shore Mall LP
Attn: Legal Department
11601 Wilshire Boulevard 11th Floor
Los Angeles, CA 90025

Wheaton Plaza Reg. Shopping Center LLP
Attn: Legal Department
2049 Century Park East
41st Floor
Los Angeles, CA 90067


Wheaton Plaza Regional Shopping Center
Attn: Legal Department
2049 Century Park East 41st Floor
Los Angeles, CA 90067


White Marsh Mall
Attn: Law/Lease Administration Dept
110 N. Wacker Dr
Chicago, IL 60606


White Marsh Mall
Attn: General Manager
8200 Perry Hall Boulevard
Baltimore, MD 21236


White Marsh Mall
Attn: General Manager
8200 Perry Hall Boulevard
Nottingham, MD 21236


White Marsh Phase II Associates
Attn: Law/Lease Administration Dept
110 N. Wacker Dr
Chicago, IL 60606


White Plains Galleria LP
M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204


White Plains Galleria LP
% Lawrence M. Berkeley, Esq.
Braff, Harris, Sukoneck & Maloof
570 W Mt Pleasant Ave
Livingston, NJ 07039


White Plains Galleria LP
c/o M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204-3438

```
Woodbridge Center
Attn: Law/Lease Administration Dept
110 N. Wacker Dr
Chicago, IL 60606


Woodbridge Center
Attn: General Manager
250 Woodbridge Center Drive
Woodbridge, NJ 07095
```