UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

| | |
|---|---|
| GOODMAN AND DOMINGUEZ, INC.,[1] | Case No. 16-10056-RAM |
| TRAFFIC, INC., | Case No. 16-10060 |
| TRAFFIC LAS PLAZAS, INC., | Case No. 16-10061 |
| TRAFFIC PLAZA DEL NORTE, INC., | Case No. 16-10062 |
| d/b/a TRAFFIC, | |
| d/b/a TRAFFIC SHOES, | Chapter 11 |
| | Jointly Administered |
| Debtors. | |
| _____/ | |

**CONSOLIDATED CHAPTER 11 CASE MANAGEMENT SUMMARY**

In compliance with Local Rule 2081-1(B), Goodman and Dominguez, Inc. d/b/a Traffic and/or d/b/a Traffic Shoes ("*G&D*"), Traffic, Inc. ("*TI*"), Traffic Las Plazas, Inc. ("*Las Plazas*"), and Traffic Plaza del Norte, Inc. ("*Plaza del Norte*") (G&D and TI collectively shall be referred to as the "*FL Debtors*" and Las Plazas and Plaza del Norte collectively shall be referred to as the "*PR[2] Debtors"* and the FL Debtors and the PR Debtors shall collectively be referred to as the "*Debtors*"), by and through undersigned counsel, file this Consolidated Chapter 11 Case Management Summary and state:

The following data represents approximations for background information only and the information may represent the Debtors' best estimate in response to some of the ensuing questions.

1.     Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition): **January 4, 2016**.

---

[1] The Debtors' current mailing address is 10701 NW 127 St, Medley, FL 33178.  G&D and TI both use EIN 59-2268839.  Las Plazas's EIN is 66-0726918 and Plaza del Norte's EIN is 66-0719972.
[2] PR refers to the Puerto Rican entities.

2.     Names, case numbers and dates of filing of related debtors:  **The Debtors named above are affiliates and are operated and controlled by David Goodman. They share the same Petition Date.**

3.     Description of the Debtors' business: **The Debtors' own and operate a closely-held business in the retail shoe industry, consisting of 83 mall-based stores in nine states within the United States and Puerto Rico, and on-line sales via e-commerce at www.trafficshoe.com.  The business, which started in Miami in 1989 with just one store, strives to provide the hottest in teenage footwear to a fashion forward, budget conscious consumer.**

**The Debtors operate as a single business and are known throughout the industry as one or more of the following:**

- a)    **Goodman and Dominguez, Inc.;**
- b)    **Goodman & Dominguez, Inc.;**
- c)    **Traffic, Inc.;**
- d)    **Traffic Las Plazas, Inc.**
- e)    **Traffic Plaza del Norte, Inc.**
- f)    **Traffic Shoe, Inc.;**
- g)    **Traffic Shoe;**
- h)    **Traffic Shoes; and**
- i)    **Traffic.**

4.     Locations of Debtors' operations and whether the business premises are leased or owned:  **See attached.  The Debtors own no real property.**

5.     Reasons for filing chapter 11:  **The filing was necessitated by the Debtors' desire to restructure its indebtedness, renegotiate and/or reject certain leases and reorganize for the benefit of its creditors and estate.  Shopping malls have been hard hit in the last few years by the significant increase in online shopping. Stores targeting junior or teenage customers have suffered significantly as the younger generation is very tech savvy**

and more likely to shop online. However, in spite of this trend of increased online shopping, the demand for the Debtors' shoes and concept remain strong, and the mall-based stores at the right lease rates remain viable and are the main focus of the Debtors' business. The purpose of the Debtors bankruptcy is to enable the Debtors to restructure occupancy and operational costs and to shed certain stores in order to continue to offer the best value to its customers.

6. List of officers and directors of the Debtors, and their salaries and benefits at the time of filing and during the 1 year prior to filing:

a) David Goodman is the President of the Debtors and owns 100% of Traffic, Inc., Las Plazas and Plaza del Norte and 95% of G&D. Mr. Goodman operates and controls the Debtors. Mr. Goodman receives an annual salary of $440,000.08 and the following benefits: health, dental and life insurance, car payment of $823.23, and reimbursement of expenses paid on behalf of the Debtor. Car insurance is also provided for Mr. Goodman, ex-wife and employee Ornella Goodman and their two children who are part time employees.

b) Janiris Leonardo is the Chief Financial Officer and receives an annual salary of $97,500 and the following benefits: health, dental and life insurance and direct payment of cell phone service.

c) Maria Suarmy Hernandez is the HR Director and receives an annual salary of $71,700 and the following benefits: health, dental and life insurance and the direct payment for cell phone service.

d) Felix Padron is the VP of Construction and receives an annual salary of $94,889.60 and the following benefits: health, dental and life insurance and the

**direct payment of cell phone service. He is also provided with the use of a 2005 Dodge Caravan.**

    **e)    David Goodman is the sole director and officer of the PR Debtors.**

7.    The Debtor's fiscal or calendar year to date gross income and the Debtor's gross income for the calendar or fiscal year prior to the filing of this petition:

    **G&D**
    **a)    Gross income for 2016 through 1/4/16: $276,854.41;**
    **b)    Gross income in 2015: $33,583,215.24.**

    **LAS PLAZAS**
    **a)    Gross income for 2016 through 1/4/16: $7,098.62;**
    **b)    Gross income in 2015: $1,139,792.74.**

    **PLAZA DEL NORTE**
    **a)    Gross income for 2016 through 1/4/16: $5,345.66;**
    **b)    Gross income in 2015: $1,068,690.22.**

8.    Amounts owed to various creditors:

    **a)**    Obligations owed to priority creditors including priority tax obligations:

| Sales tax : | Amount Due |
|---|---|
| Florida Department of Revenue | $145,469.88 |
| New York Department of Taxation and Finance | $8,803.26 |
| New Jersey Division of Taxation | $754.23 |
| Alabama Department of Revenue | $1,009.00 |
| City of Hoover | $1,614.40 |
| Travis A. Hulsey Director | $1,009.00 |
| Louisiana Department of Revenue | $2,929.00 |
| Jefferson Parish Sheriff's Office  Bureau of Revenue and Taxation Sales tax Division | $1,117.77 |
| City of Baton Roughe Parish of East Baton Roughe | $2,484.00 |
| Comptroller of Maryland Revenue Administration Division | $7,649.70 |
| Texas Department of Revenue | $34,407.58 |
| State of Georgia Department of Revenue | $34,133.56 |
| Commonwealth of PA | $91.03 |

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3200 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363
{Firm Clients/5538/5538-1/01562683.DOC.}

| | |
|---|---:|
| Puerto Rico Sales Tax: | |
| Traffic Las Plazas | $19,532.94 |
| Traffic Plaza Del Norte | $19,027.90 |
| Goodman & Dominguez Inc | $7,079.22 |
| TOTAL SALES TAXES DUE: | $287,112.47 |

**b)** With respect to creditors asserting secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the Debtor securing their claims:

    **i)** **As of the Petition Date, Citibank, N.A. ("*Secured Lender*") is owed approximately $100,000. G&D granted the Secured Lender a blanket lien on all of G&D's personal property as described on the UCC-1 Financing Statement filed with the Florida Secured Transaction Registry.**

    **ii)** **Marlin Business Bank finances five Canon printers/copiers and maintains a security interest them.**

**c)** Unsecured claims (including rents through 1/3/2016): $4,925,000.

9. General description and approximate value of the Debtor's assets:

    **a)** Cash on hand and on deposit in bank accounts: $2,169,587;

    **b)** 2005 Dodge Caravan: $4,000, subject to appraisal;

    **c)** Retail shoe inventory (taken 1/3/16): $3,718,920;

    **d)** Various furniture, fixtures, equipment, and supplies, valued at approximately $100,000, subject to appraisal.

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires: **see Certificates of Insurance attached.**

11. Number of employees and amounts of wages owed as of petition date: **As of the Petition Date, the Debtors employ a total of six hundred eight (608) employees who are owed an aggregate of approximately $300,000 of net wages prepetition.**

12. Status of debtor's payroll and sales tax obligations: **The Debtor owes payroll taxes for the prepetition payroll period only and sales taxes for December 2015.** *See also*, **response in paragraph 8 above.**

13. Anticipated emergency relief to be requested within 14 days from the petition date:

   a) **Debtor's Emergency Motion for Authorization to (I) Pay Certain Prepetition Employee Obligations and Maintain and Continue Employee Benefits and Programs; and (II) for Banks and Other Financial Institutions to Honor and Process Checks and to Honor Transfers Related To Such Obligations;**

   b) **Debtors' Emergency Motion for (a) Authority to (i) Maintain Bank Accounts and Continue to Use Existing Business Forms and Checks, and (ii) Continue to Use Existing Cash Management System, and (b) Waiver of Certain Investment and Deposit Guidelines;**

   c) **Debtors' Emergency Motion for Authorization to (I) Continue its Insurance Programs; and (II) Pay All Insurance Obligations; and**

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3200 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131 • TELEPHONE (305) 358-6363
{Firm Clients/5538/5538-1/01562683.DOC.}

d) **Debtors' Emergency Motion Pursuant to Sections 105(a), 363(b), and 503(b)(1) of the Bankruptcy Code for Authorization to Honor Certain Prepetition Customer Programs.**

Dated: January 5, 2016.

Goodman and Dominguez, Inc.
a Florida corporation

By: s/David Goodman (e-filed with consent)
David Goodman, its President

Traffic, Inc.
a Florida corporation

By: s/David Goodman (e-filed with consent)
David Goodman, its President

Traffic Plazas, Inc.

By: s/David Goodman (e-filed with consent)
David Goodman, its President

Traffic Plaza del Norte, Inc.

By: s/David Goodman (e-filed with consent)
David Goodman, its President

E-filed by:

 s/ Joshua W. Dobin
Peter D. Russin, Esquire
Florida Bar No. 765902
prussin@melandrussin.com
Joshua W. Dobin, Esquire
Florida Bar No. 93696
jdobin@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221

*Proposed Attorneys for
the Debtors in Possession*

LF-93 (12/01/09)

7
LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3200 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363
{Firm Clients/5538/5538-1/01562683.DOC.}

**Goodman and Dominguez, Inc. - Leasehold Interests**

Store 01 - Bayside Market Place:  Lease for commercial space at 401 Biscayne Blvd. # N 237 Miami, FL 33132, term expires month to month
Store 02 - Mall at 163rd Street:  Lease for commerical space at 1205 NE 163rd St # 1014 North Miami, FL 33162, term expires month to month
Store 03 - Bounton Beach Mall:  Lease for commerical space at 801 N. Congress Ave. # 223 Boynton Beach, FL 33426, term expires 06/30/2018
Store 04 - Southland Mall: Lease for commerical space at 20505 S. Dixie HWY Space 1193 Miami, FL 33426, term expires 01/31/2018
Store 05 - Coral Springs Mall: Lease for commercial space at 9209 W. Atlantic Blvd Space #9209 Coral Springs, FL 33071, term expires 01/31/2021
Store 07 - Broward Mall: Lease for commercial space at 8000 W. Broward Blvd Space #1513 Plantation, FL 33388, term expires 05/31/2024
Store 09 - Westland Mall: Lease for commercial space at 1645 W. 49th St. Space #1336 Hialeah, FL 33012, term expires 1/31/2021
Store 10 - International Mall: Lease for commerical space at 1455 NW 107th Ave Space# 736 Miami, FL 33172, term expires 03/31/2016
Store 11 - Sawgrass Mills: Lease for commercial space at 12801 W. Sunrise Blvd #801 Sunrise, FL 33323, term expires 01/31/2017
Store 13 - Boca Raton Mall: Lease for commercial space at 134 Town Center # 1011 Boca Raton, FL 33428, term expires 01/31/2018
Store 14 - Pembroke Lakes Mall: Lease for commercial space at 11401 Pines Blvd #762 Pembroke Lakes, FL 33026, term expires 01/31/2018
Store 16 - The Falls Mall: Lease for commercial space at 8888 SW 136 St. #565 Miami, FL 33176, term expires 03/31/2022
Store 17 - Indian River Mall: Lease for commerical space at 6200 20th St #358 Vero Beach, FL 32966,term expires 01/31/2018
Store 18 - Seminole Town Center:  Lease for commercial space at 200 Twn Center Circle #0B04 Sanford, FL 32771, term expires 01/31/2018
Store 19 - Orlando Fashion Square: Lease for commercial space at 3405 E. Colonial Space # B01 Orlando, FL 32803, term expires month to month
Store 20 - Dolphin Mall: Lease for commercial space at 11401 NW 12th St. Space #142 Miami, FL 33172, term expires 01/31/2021
Store 22 - Edison Mall: Lease for commercial space at 4125 Cleveland Ave Space#1330 Ft. Myers, FL 33901, term expires 01/31/2021
Store 23 - Brandon Mall: Lease for commercial space at 459 Westfield Town Center Space #581 Brandon, FL 33511, term expires 07/31/2021
Store 25 -  Florida Mall: Lease for commerical space at 8001 S. Orange Blossom Trail Space# 868 Orlando, FL 32809, term expires 01/31/2020
Store 26 - Citrus Mall: Lease for commercial space at 7941 Citrus Park town Ctr Tampa, FL 33625, term expires 01/31/2023
Store 27 - Countryside Mall: Lease for commercial space at 27001 Us Hwy 19 N Space #1057 Clearwater, FL 33761, term expires 01/31/2018
Store 28 - Treasure Coast Mall: Lease for commercial space at 3446 NW Federal Hwy Jesnsen Beach, FL 34957, term expires 01/31/2021
Store 29 - Altamonte Mall: Lease for commercial space at 451 E. Altamonte Dr Space# 2425 Altamonte Springs, FL 32701, term expires 12/31/2017
Store 30 - Regency Mall: Lease for commercial space at 9501 Arlington Expswy Space# 385 Jacksonville, FL 32225, term expires 12/31/2015
Store 31 - Westshore Mall: Lease for commercial space at 183 Westshore Plza Space #BB03 Tampa, FL 33609, term expires 07/31/2019
Store 32 - Tyrone Mall: Lease for commercial space at 6901 22nd Ave North #908-A St. Petersburg, FL 33710, term expires 01/31/2021
Store 33 - The Oaks Mall: Lease for commercial space at 6381 Newberry Blvd Space #D-2 Gainesville, FL 32605, term expires 02/29/2016
Store 35 - Orange Park Mall: Lease for commercial space at 1910 Wells Rd Ste H-18A Orange Park, FL 32073, term expires 11/31/2024
Store 36 - Coastland Mall: Lease for commercial space at 1958 Ninth St North Space#H-08 Naples, FL 34102, term expires 08/31/2019
Store 37 -  Sunset Place: Lease for commercial space at 5701 Sunset Dr Space #OC16 Miami, FL 33143, term expires 03/31/2018
Store 38 -  Volusia Mall: Lease for commercial space at 1700 W. International Speedway #106 Daytona Beach, FL 32114, term expires 07/31/2018
Store 39 - Governor Square Mall: Lease for commercial space at 1315 Apalachee Pkwy Space# 1315 Tallahassee, FL 32301, term expires 01/31/2025
Store 40 - Arbor Mall: Lease for commercial space at 6700 Douglas Blvd Ste 1410 Douglasville, GA 30135, term expires 04/30/2016

Store 41 - Gwinnett Mall: Lease for commercial space at 2100 Pleasant Hill Rd Ste # 250 Duluth, GA 30135, term expires 04/30/2016
Store 42 - Town Center At Cobb: Lease for commerical space at 400 Ernest Barrett Parkway Space T16 Kennesaw, GA 30144, term expires 05/31/2016
Store 44 - Sarasota Mall: Lease for commercial space at 8201 Tamiami Trail Space #4 Sarasota, FL 34238, term expires 01/31/2016
Store 45 -  South Plain Mall: Lease for commercial space at 6002 Slid Rd Ste G04 Lubbock, TX 79414, term expires 01/31/2024
Store 46 - Wellington Mall: Lease for commercial space at 10300 Forest Hill Blvd Space # 283 Wellingto, FL 33414, term expires 12/31/2016
Store 47 - Southlake Mall: Lease for commercial space at 1000 Southlake Mall Space #1123 Morrow, GA 30260, term expires 06/30/2017
Store 49 - Santa Rosa Mall: Lease for commercial space at 300 Mary Esther Blvd Space #75 Mary Esther, FL 32569, term expires 05/31/2017
Store 50 - Plaza Carolina Mall: Lease for commercial space at Avenida Fragoso Villa Fontana Space #271 Carolina, PR 00988, term expires 08/31/2017
Store 52 - Mall of Georgia: Lease for commercial space at 333 Buford Drive Space #1096 Buford, GA 30519, term expires 07/31/2018
Store 54 - Plaza del Norte: Lease for commercial space at 506 Truncado St Space B118 Hatillo, PR 00659, term expires 09/30/2018
Store 56 - River Center Mall: Lease for commercial space at 849 E. Commerce St. Suite  473 San Antonio, TX 78205, term expires 01/29/2018
Store 59 - Wheaton Mall: Lease for commercial space at 11160 Veirs Mill Road Ste 111 Silver Springs, MD 20902, term expires 04/30/2024
Store 60 - Mall of Louisiana: Lease for commercial space at 6401 Bluebonnet Blvd Baton Rouge, LA 70836, term expires 06/30/2024
Store 61 - Woodbridge Mall: Lease for commercial space at 251 B. Woodbridge Center Dr Woodbridge, NJ 07095, term expires 01/31/2020
Store 62 - The Avenues Mall: Lease for commercial space at 10300 Southside Blvd Space #2550 Jacksonville, FL 32256, term expires 01/31/2020
Store 63 - Las Catalinas: Lease for commercial space at PR #52 Esq PR# 156 space 2750 Caguas, PR 00926, term expires 01/31/2020
Store 64 - Hamilton Mall: Lease for commercial space at 4403 Black Horse Pike Suite # 1023 Mays Landing, NJ 08330, term expires  09/30/2024
Store 66 - Deptford Mall: Lease for commercial space at 1750 Deptford Ctr Rd Suite 1127 Deptford, NJ 08096, term expires 01/31/2020
Store 67 - South Shore Mall: Lease for commerical space at 1701 Sunrise Highway Ste D-13 Bayshore, NY 11706, term expires 04/30/2020
Store 69 - Lehigh Mall: Lease for commercial space at 250 Lehigh Valley Mall Space #2090 Whitehall, PA 18052, term expires 01/31/2020
Store 72 - Wht Marsh Mall: Lease for commercial space at 8200 Perry Hall Blvd Space #7023 Baltimore, MD 21236, term expires 10/31/2020
Store 73 - Christiana Mall:  Lease for commercial space at 453 Christiana Mall Newark, DE 19702, term expires 10/31/2020
Store 75 - Prince George Mall: Lease for commercial space at 3500 East West Hwy (route410) Space #1030 Hyattsville, MD 20782, term expires 03/31/2021
Store 76 - Wht Plains Mall:  Lease for commercial space at 100 Main Street Space 330 White Plains, NY 10601, term expires 04/30/2021
Store 77 - Newport Centre: Lease for commercial space at 30 Mall Drive West Space B44A Jersey City, NJ 07310, term expires 05/31/2021
Store 78 - Cherry Hill: Lease for commercial space at 2000 Route 38 Space #1555 Cherry Hill, NJ 08002, term expires 03/31/2021
Store 79 - Palisades Mall:  Lease for commercial space at 1000 Palisades Center Dr. #G-207 West Nyack, NY 10994, term expires 1/31/2021
Store 83 - Mall Del Norte: Lease for commercial space at 5300 San Dario Ave Space #188 Laredo, TX 78041, term expires 12/31/2021
Store 84 - Town East Mall: Lease for commercial space at 2063 Town East Mall Space # 1196 Mesquite, TX 75150, term expires 11/30/2021
Store 85 - Arlington Mall: Lease for commercial space at 3811 S. Cooper St Space # 2086 Arlington, TX 76015, term expires 11/30/2021
Store 86 - La Palmera: Lease for commercial space at 5488 South Padre Island Drive Space #1034 Corpus Christi, TX 78411, term expires 01/31/2023
Store 87 - Ingram Mall: Lease for commercial space at 6301 Nw Loop 410 Space #19 San Antonio, TX 78238, term expires 01/31/2023
Store 88 -  Sunrise Mall: Lease for commercial space at 2370 N. Expressway Brownsville, TX 78521, term expires 01/31/2016
Store 89 - Valle Vista Mall: Lease for commercial space at 2020 S Expressway 23 Space # F02 Harlingen, TX 78552, term expires 01/31/2023

Store 90 - La Plaza: Lease for commercial space at 2200 South 10th Street Space #A08 McAllen, TX 78503, term expires 03/30/2023

Store 91 - Freehold Mall: Lease for commercial space at 3710 Route 9 Suite C216 Freehold, NJ 07728, term expires 06/30/2023

Store 92 - Stonecrest Mall: Lease for commercial space at 2929 Turner Hill Road Ste 1250 Lithonia, GA 33038, term expires 11/30/2023

Store 93 - Esplanade Mall: Lease for commercial space at 1401 W. Esplanade Ave Suite 1208 Kenner, LA 70065, term expires 11/30/2023

**Traffic, Inc. - Leasehold Interests**

Store 8 - Mall Of America: Lease for commercial space at 7795 W. Flagler St # 21 Miami FL 33144, term expires 1/31/2016.

Store 24 - University Mall: Lease for commercial space at 2214 University Dr. Tampa FL 33612, term expires 1/31/2018.

Store 51 - Oglethorpe Mall: Lease for commercial space at 7804 Abercorn St. Ste # 87A Savannah, GA 31406, term expires 07/31/2018.

Store 53 -Cumberland Mall: Lease for commercial space at 1417 Cumberland Mall Space #208 Atlanta, GA 30339, term expires 07/31/2018.

Store 55 - Peachtree Mall: Lease for commercial space at 3131 Manchester Expw Columbus, GA 31909, term expires 07/31/2018/

Store 58 - Staten Island Mall: Lease for commercial space at 2655 Richmond Ave. Ste. 2535 Staten Island, NY 10314, term expires 12/31/2015, month to month.

Store 65 - Riverchase Mall: Lease for commerical space at 3000 Riverchase Galleria Space # 217 Hoover, Al 35244, term expires 04/30/2020

**Traffic Plaza Del Norte, Inc. - Leasehold Interests**

Store 80 - Rio Hondo Mall: Lease commercial space at Comerio Ave Int De Diego Expwy Space #B009 Bayamon, PR 00961, term expires 03/31/2016

Store 81 - Palma Real Mall: Lease commercial space at 350 Carretera Estatal #3 Space # C126 Humacao, PR 00791, term expires 03/31/2016

Store 82 - Plaza Guayama: Lease commerical space at PR#3 Km134.7 Space #14 Guayama, PR 00791, term expires 03/31/2016

**Traffic Las Plaza , Inc. - Leasehold Interests**

Store 57 -  Plaza del Sol: Lease commerical space at 725 W. Main Ave Space # 1505 Bayamon, PR 00961, term expires 06/30/2019