UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

www.flsb.uscourts.gov

IN RE:                                                              CHAPTER 11

GOODMAN & DOMINGUEZ, INC.
                                                                    CASE NO.: 16-10056-RAM

                Debtor(s).                /

APPOINTMENT AND NOTICE OF APPOINTMENT OF
COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS

      Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby appoints the following creditors to serve on the committee of creditors holding unsecured claims:

SEE EXHIBIT "A" ATTACHED

      I certify that a true and correct copy of the APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS was served by first-class U. S. Mail upon the members of the committee as appointed on Exhibit A. Electronically through CM/ECF, on parties having appeared electronically in the instant matter and to: All parties on the attached service list on this the 26th day of January, 2016.

                                            GUY G. GEBHARDT
                                            Acting United States Trustee
                                            Region 21

                              By:                                    /s/
                                            Steven D. Schneiderman
                                            Trial Attorney
                                            Office of the U.S. Trustee
                                            51 SW First Avenue
                                            Room 1204
                                            Miami, FL 33130
                                            Tele: (305) 536-7285
                                            Fax: (305) 536-7360
                                            ***Steven.D.Schneiderman@usdoj.gov***

**EXHIBIT A**

*Charles Cui, President
Forever Link International, Inc.
455 S. Brea Canyon Rd.
City of Industry, CA  91789
Tele:  310-316-0500
Fax:   310-792-5977

Courtesy Copy to Counsel for Creditor:
Paul R. Shankman and
James Andrew Hinds, Jr.
Hinds & Shankman, LLP
21257 Hawthorne Blvd., 2nd Fl
Torrance, CA  90503
Tele: 310-316-0500
Email – pshankman@jhindslaw.com
Email – Jhinds@jhindslaw.com

Julie Minnick Bowden
National Bankruptcy Manager
GGP Limited Partnership
110 North Wacker Dr.
Chicago, IL  60606
Tele:  312-960-2707
Fax:  312-442-6374

EMAIL – julie.minnick@ggp.com

Ronald M. Tucker
Vice President/Bankruptcy Counsel
Simon Property Group, Inc.
225 West Washington St.
Indianapolis, IN  46204-3438
Tele:  317-636-1600
Direct: 317-263-2346
Fax:   317-263-7901

EMAIL – rtucker@simon.com

Ariel Martel, Owner
Sandy's Discount Shoes, Inc.
555 NW 29th St
Miami, FL  33127
Tele:  305-573-4309

Courtesy Copy to Counsel of Creditor
Kristopher E. Aungst, Esq.
110 SE Sixth St., Suite 1500
Fort Lauderdale, FL  33301
Tele:  954-760-4928
Fax:   954-761-8475

EMAIL – kea@trippscott.com

EMAIL – kea@trippscott.com

Jack Habert
Jesco Footwear Group, Inc.
37 W. 37th Street, Suite #301
New York, NY  10018
Tele:  212-391-5956 Ext. 110
Fax:   212-391-5957

EMAIL – jack@jescofootwear.com

## **SERVICE LIST**

- Kristopher Aungst    kea@trippscott.com, lxc@trippscott.com;rla@trippscott.com
- Dustin Branch    dustin.branch@kattenlaw.com, donna.carolo@kattenlaw.com;lora.anderson@kattenlaw.com
- Andrew S Conway    aconway@taubman.com
- Joshua W Dobin    jdobin@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com
- Ronald E Gold    rgold@fbtlaw.com
- Niall T McLachlan    nmclachlan@carltonfields.com, cguzman@carltonfields.com
- Kevin Newman    knewman@menterlaw.com
- Kristen N Pate    ggpbk@ggp.com
- Peter D. Russin    prussin@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com;ltannenbaum@ecf.inforuptcy.com
- Paul R Shankman    pshankman@jhindslaw.com
- David R. Softness    david@softnesslaw.com, mari@softnesslaw.com;sam@softnesslaw.com;david@ecf.inforuptcy.com
- Ronald M Tucker    rtucker@simon.com, cmartin@simon.com;antimm@simon.com;bankruptcy@simon.com
- Dean C Waldt    waldtd@ballardspahr.com, direnzop@ballardspahr.com;pollack@ballardspahr.com;hartt@ballardspahr.com

Ira Cohen
President
SLC & Company
1730 SW 21 Terr
Miami, FL  33142

Jeffrey Kurtzman
1835 Market St., Suite #1400
Philadelphia, PA  19103

David L. Pollack
Ballard Spahr, LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103

      I hereby certify that I am admitted to the Bar of the State of Illinois and the I am excepted from additional qualifications to practice in this Court pursuant to Local Rules 9011-4 and 2090(B)(2)(b) pertaining to attorneys representing the United States government.

                                                ___/s/_____
                                               Steven D. Schneiderman
                                               Trial Attorney