**Fill in this information to identify the case:**

Debtor name  **Goodman and Dominguez, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  **16-10056**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*  **20 Largest Unsecured Claims**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February  2, 2016**          X */s/ David Goodman*
                                                              Signature of individual signing on behalf of debtor

                                                              **David Goodman**
                                                              Printed name

                                                              **President**
                                                              Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Goodman and Dominguez, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | **16-10056** |

☑ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Cape Robbin Inc. 18052 Rowland St City of Industry, CA 91748 | | Trade Debt | | | | $58,246.80 |
| Capital Business Credit LLC PO Box 100895 Atlanta, GA 30384-4174 | | Trade Debt [Factor for Red Circle Footwear Inc.] | Unliquidated | | | $144,067.32 |
| Dnd Fashion Inc. 17355 Railroad St. City of Industry, CA 91748 | | Trade Debt | | | | $26,397.00 |
| Florida Department of Revenue Bankruptcy Section PO Box 6668 Tallahassee, FL 32314-6668 | | Sales Tax | | | | $145,469.88 |
| Forever Link Int'L, Inc. 455 Brea Canyon Rd. City of Industry, CA 91748 | | Trade Debt | Unliquidated | | | $2,654,732.93 |
| Golden Island Corp. 17950 Rowland St. City of Industry, CA 91748 | | Trade Debt | | | | $37,319.75 |
| Hana Financial, Inc. Dept. La 24406 Pasadena, CA 91185-4406 | | Trade Debt [Factor for Elegant Footwear Inc.] | Unliquidated | | | $59,194.65 |
| Hana Financial, Inc. Dept. La 24406 Pasadena, CA 91185-4406 | | Trade Debt [Factor re Oppo Original Corp.] | Unliquidated | | | $524,184.30 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Goodman and Dominguez, Inc. | | Case number *(if known)* | 16-10056 |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Hana Financial, Inc. Dept. La 24406 Pasadena, CA 91185-4406 | | Trade Debt [Factor for Cape Robbin, Inc.] | Unliquidated | | | $73,093.25 |
| Hana Financial, Inc. Dept. La 24406 Pasadena, CA 91185-4406 | | Trade Debt [Factor for Twin Tigers Footwear Inc.] | Unliquidated | | | $67,659.00 |
| Jesco Footwear Group Inc. 37 W 37 St Ste 301 New York, NY 10018-6225 | | Trade Debt | | | | $84,551.18 |
| Kimera International Inc 18400 San Jose Ave City of Industry, CA 91748 | | Trade Debt | | | | $71,175.65 |
| Realplay Dba Riplay Inc 18856 San Jose Ave City of Industry, CA 91748 | | Trade Debt | | | | $25,995.00 |
| Redshoelover 1614-A Potrero Ave. South El Monte, CA 91733 | | Trade Debt | | | | $36,657.90 |
| Sandy's Wholesale Shoe Division 555 NW 29 Street Miami, FL 33127 | | Trade Debt | Unliquidated | | | $145,397.70 |
| SLC & Company 1835 NW 21 Terr Miami, FL 33142 | | Trade Debt | | | | $44,159.90 |
| Southeastern Freight Line, Inc P.O Box 100104 Columbia, SC 29202-3104 | | Services | | | | $29,028.93 |
| State of Georgia Department of Revenue PO Box 105296 Atlanta, GA 30348-5296 | | Sales Tax | | | | $34,133.56 |
| Texas Department of Revenue 111 E 17 St Austin, TX 78774-0100 | | Sales Tax | | | | $34,407.58 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Goodman and Dominguez, Inc. | Case number (if known) | 16-10056 |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Yoki Fashion International LLC 1410 Broadway Suite 1005 New York, NY 10018** | | **Trade Debt** | | | | **$228,810.20** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Goodman and Dominguez, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   **16-10056**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
12/15

---

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..................................................................... $     **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................. $     **6,937,076.46**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................... $     **6,937,076.46**

---

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $     **100,000.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*.................................... $     **248,607.88**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*........................ +$     **4,998,758.49**

4.   **Total liabilities** ........................................................................
   Lines 2 + 3a + 3b     $     **5,347,366.37**

**Fill in this information to identify the case:**

Debtor name  **Goodman and Dominguez, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   **16-10056**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.     **Cash on hand** | $148,081.72 |

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1..  **Bank Accounts (see attached)** | **(see attached)** | | $2,169,587.29 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
| --- | --- |
| | $2,317,669.01 |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

| | | |
| --- | --- | --- |
| 7.1..  **Security deposits with Utilities (see attached)** | | $6,596.02 |
|       **Security Deposits with Landlords:**<br>      **Mall of the Americas, Store #8, deposit: $3,563.00**<br>7.2..  **Westland Mall, Store #9, $5,700.00** | | $9,263.00 |

| Debtor | **Goodman and Dominguez, Inc.** | Case number *(If known)* **16-10056** |
|---|---|---|
| | Name | |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

   8.1.. **Prepaid sales taxes (See attached)** ............................................................ $66,516.45

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.          $82,375.47

**Part 3:**  Accounts receivable

10. **Does the debtor have any accounts receivable?**

   ■ No.  Go to Part 4.
   ☐ Yes Fill in the information below.

**Part 4:**  Investments

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

**Part 5:**  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☐ No.  Go to Part 6.
   ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** Inventory (too voluminous to attach listing here - will be made available upon request and a summary has been provided to the US Trustee) | 1/4/16 | $3,718,920.17 | Recent cost | $3,718,920.17 |

22. **Other inventory or supplies**

23. **Total of Part 5.**

   Add lines 19 through 22.  Copy the total to line 84.          $3,718,920.17

24. **Is any of the property listed in Part 5 perishable?**
   ■ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ☐ No

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Goodman and Dominguez, Inc.**                          Case number *(If known)* **16-10056**
Name

■ Yes. Book value    **529412.7** Valuation method    **cost**    Current Value    **529412.7**

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

<table>
<tr><td>Part 6:</td><td colspan="2">Farming and fishing-related assets (other than titled motor vehicles and land)</td></tr>
</table>

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

<table>
<tr><td>Part 7:</td><td colspan="2">Office furniture, fixtures, and equipment; and collectibles</td></tr>
</table>

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** See attached | $123,878.25 | Liquidation | $123,878.25 |
| 40. | **Office fixtures** See attached | $3,265.00 | Liquidation | $3,265.00 |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** See attached | $174,215.14 | Liquidation | $174,215.14 |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                       **$301,358.39**
Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

<table>
<tr><td>Part 8:</td><td colspan="2">Machinery, equipment, and vehicles</td></tr>
</table>

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Goodman and Dominguez, Inc.**                    Case number *(If known)* **16-10056**
          Name

47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

    47.1.. **2005 Dodge (in name of David Philip Goodman but paid for entirely by Debtor)**
        **VP of Construction uses vehicle: Felix Padron**                    $0.00                                    Unknown

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.    **Total of Part 8.**                                                                                                    $0.00
    Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ☑ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. | | | | |
| See attached | Leasehold Interest | $0.00 | | Unknown |

56.    **Total of Part 9.**                                                                                                    $0.00
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☑ No
    ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Goodman and Dominguez, Inc.** | Case number *(If known)* **16-10056** |
|---|---|---|
| | Name | |

■ No

☐ Yes

<hr>

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets**<br>**Fictitious Name: Traffic**<br>**FL Reg. No. G09000155553**<br>**Filed 9/15/2009**<br>**Expires 12/31/2020** | **$0.00** | | **Unknown** |
| 61. | **Internet domain names and websites**<br>**Internet domain names:**<br>**www.trafficshoe.biz**<br>**www.trafficshoe.com**<br>**www.trafficshoe.net**<br>**www.trafficshoe.xyz**<br>**www.trafficshoes.net** | **$0.00** | | **Unknown** |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

| 66. | **Total of Part 10.** | | | **$0.00** |
|---|---|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | | | |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No

☐ Yes

<hr>

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

■ Yes Fill in the information below.

| Debtor | **Goodman and Dominguez, Inc.** | | Case number *(If known)* **16-10056** |
|---|---|---|---|
| | <span style="font-size:smaller">Name</span> | | |

| | | | Current value of debtor's interest |
|---|---|---|---|

| 71. | **Notes receivable**<br>Description (include name of obligor) | |
|---|---|---|
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br>**Pending insurance claim with Custard Insurance Adjusters, Inc., File #25-25683, date of loss: 8/28/2015 re Store #2 located 1205 NE 163rd St #1014, North Miami, FL 33162. Mall hired a Company to do work on the roof and the company did not cover the roof properly and it rained and the store got wet ruining assets.  Estimated recovery amount $12,500.** | **$12,500.00** |

| Nature of claim | **Insurance claim (pending)** |
|---|---|
| Amount requested | **$18,000.00** |

| 76. | **Trusts, equitable or future interests in property** | |
|---|---|---|
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**Employee Loan Amount:**<br>**Ornella Goodman $7,320.47**<br>**Luis Andres Gomez $500.00**<br>**Monica Figueroa Gomez $800.00**<br>**Alejandro Perez $600.00**<br>**Maira Alejandra Esquivel $750.00**<br>**Daniel Ramirez $250.00** | **$10,200.47** |
| | **Defered Rents/Tenant Allowances Owed:**<br>**Stonecrest Store #92 of $9,999.99**<br>**Orange Park Mall, LLC Store #35 of $2,094.51**<br>**Falls Shopping Center Store #16 of $352.85** | **$12,447.35** |
| | **Intercompany receivable from Traffic Las Plazas,  Inc. [consistent with the Debtor's and its affiliates cash management system]** | **$190,133.28** |
| | **Intercompany receivable from Traffic Plaza del Norte, Inc. [consistent with the Debtor's and its affiliates cash management system]** | **$291,472.32** |

| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$516,753.42** |
|---|---|---|

| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?**<br>■ No |
|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor    **Goodman and Dominguez, Inc.**                                    Case number *(If known)* **16-10056**
                  Name

☐ Yes

Debtor    **Goodman and Dominguez, Inc.**                    Case number *(If known)* **16-10056**
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,317,669.01 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $82,375.47 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $3,718,920.17 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $301,358.39 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ......................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $516,753.42 | |
| 91. **Total.** Add lines 80 through 90 for each column | $6,937,076.46 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $6,937,076.46 |

**Fill in this information to identify the case:**

Debtor name **Goodman and Dominguez, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) **16-10056**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|
| **2.1** **Citibank CBO Services**<br>Creditor's Name | | |

Describe debtor's property that is subject to a lien

**Blanket lien**

| | | |
|---|---|---|
| | $100,000.00 | Unknown |

**P.O. Box 769018**
**San Antonio, TX 78245**

Creditor's mailing address

Describe the lien

**Security Agreement and UCC-1 201105048126**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**1171**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $100,000.00 |

**Part 2:     List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

---

**Fill in this information to identify the case:**

Debtor name **Goodman and Dominguez, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) **16-10056**

☐ Check if this is an amended filing

---

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with
   priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Alabama Department of Revenue**<br>**PO Box 327320**<br>**Montgomery, AL 36132-7320** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,009.00 | $1,009.00 |
| Date or dates debt was incurred<br>**December 2015** | Basis for the claim:<br>**Sales Tax** | | |
| Last 4 digits of account number **4056**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**City of Baton Roughe Parish**<br>**of East Baton Roughe**<br>**PO Box 2590**<br>**Baton Rouge, LA 70821-2590** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,484.00 | $2,484.00 |
| Date or dates debt was incurred<br>**December 2015** | Basis for the claim:<br>**Sales Tax** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    35531    Best Case Bankruptcy

| Debtor | **Goodman and Dominguez, Inc.** | Case number (if known) | **16-10056** |
|---|---|---|---|
| | Name | | |

---

**2.3**

| Priority creditor's name and mailing address<br>**City of Hoover**<br>**PO Box 11407**<br>**Birmingham, AL 35246-0144** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,614.40** | **$1,614.40** |
|---|---|---|---|
| Date or dates debt was incurred<br>**December 2015** | Basis for the claim:<br>**Sales Tax** | | |
| Last 4 digits of account number **4054**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

**2.4**

| Priority creditor's name and mailing address<br>**Commonwealth of PA**<br>**1 Revenue Place**<br>**Harrisburg, PA 17129-0001** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$91.03** | **$91.03** |
|---|---|---|---|
| Date or dates debt was incurred<br>**December 2015** | Basis for the claim:<br>**Sales Tax** | | |
| Last 4 digits of account number **3020**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

**2.5**

| Priority creditor's name and mailing address<br>**Comptroller of Maryland**<br>**Revenue Administration Division**<br>**110 Carroll Street**<br>**Annapolis, MD 21411** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,649.70** | **$7,649.70** |
|---|---|---|---|
| Date or dates debt was incurred<br>**December 2015** | Basis for the claim:<br>**Sales Tax** | | |
| Last 4 digits of account number **4872,9779**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

**2.6**

| Priority creditor's name and mailing address<br>**Florida Department of Revenue**<br>**Bankruptcy Section**<br>**PO Box 6668**<br>**Tallahassee, FL 32314-6668** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$145,469.88** | **$145,469.88** |
|---|---|---|---|
| Date or dates debt was incurred<br>**December 2015** | Basis for the claim:<br>**Sales Tax** | | |
| Last 4 digits of account number **0755**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **Goodman and Dominguez, Inc.** | Case number (if known) | **16-10056** |
|---|---|---|---|
| | Name | | |

| | | | Unknown | Unknown |
|---|---|---|---|---|
| 2.7 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | $1,117.77 | $1,117.77 |
|---|---|---|---|---|
| 2.8 | Priority creditor's name and mailing address<br>**Jefferson Parish Sheriff's Office**<br>**Bureau of Revenue and**<br>**Taxation Sales Tax Division**<br>**PO Box 248**<br>**Gretna, LA 70054** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**December 2015** | Basis for the claim:<br>**Sales Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | $2,929.00 | $2,929.00 |
|---|---|---|---|---|
| 2.9 | Priority creditor's name and mailing address<br>**Louisiana Department of Revenue**<br>**PO Box 201**<br>**Baton Rouge, LA 70821-0201** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**December 2015** | Basis for the claim:<br>**Sales Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | $754.23 | $754.23 |
|---|---|---|---|---|
| 2.10 | Priority creditor's name and mailing address<br>**New Jersey Division of Taxation**<br>**PO Box 281**<br>**Trenton, NJ 08695-0281** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**December 2015** | Basis for the claim:<br>**Sales Tax** | | |
| | Last 4 digits of account number<br>**9001,9002,0046**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Goodman and Dominguez, Inc.** | | Case number (*if known*) | **16-10056** |
|---|---|---|---|---|
| | Name | | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $8,803.26 | $8,803.26 |
|---|---|---|---|---|
| | **New York Department of Taxation and Fin.**<br>**PO Box 4127**<br>**Binghamton, NY 13902-4127** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**December 2015** | Basis for the claim:<br>**Sales Tax** | | |
| | Last 4 digits of account number<br>**3903,3904,5and** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $7,079.22 | $7,079.22 |
|---|---|---|---|---|
| | **Puerto Rico Treasury Dept.**<br>**PO Box 70125**<br>**San Juan, PR 00936-8125** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**December 2015** | Basis for the claim:<br>**Sales Tax** | | |
| | Last 4 digits of account number **0011** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $56.25 | $56.25 |
|---|---|---|---|---|
| | **Ray Valdes, Tax Collector**<br>**Seminole County Tax Collector**<br>**P.O. Box 630**<br>**Sanford, FL 32772** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $34,133.56 | $34,133.56 |
|---|---|---|---|---|
| | **State of Georgia Department of Revenue**<br>**PO Box 105296**<br>**Atlanta, GA 30348-5296** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**December 2015** | Basis for the claim:<br>**Sales Tax** | | |
| | Last 4 digits of account number **3162** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

Case 16-10056-RAM    Doc 76    Filed 02/02/16    Page 19 of 96

| Debtor | Goodman and Dominguez, Inc. | Case number (if known) | 16-10056 |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address<br>**Texas Department of Revenue**<br>**111 E 17 St**<br>**Austin, TX 78774-0100** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $34,407.58 | $34,407.58 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**December 2015** | Basis for the claim:<br>**Sales Tax** | | |
| | Last 4 digits of account number **8559**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.16 | Priority creditor's name and mailing address<br>**Travis A. Hulsey Director**<br>**PO Box 12207**<br>**Birmingham, AL 35202-2207** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,009.00 | $1,009.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**December 2015** | Basis for the claim:<br>**Sales Tax** | | |
| | Last 4 digits of account number **5860**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.17 | Priority creditor's name and mailing address<br>**Various Employees** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Debtors' Emergency Motion for Authorization to (I) Pay Certain Prepetition Employee Obligations [ECF No. 10] was granted by Court Order [ECF No. 32]** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address<br>**A & M Tape & Packing**<br>**5201 Nob Hill Road**<br>**Sunrise, FL 33351** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $323.04 |
|---|---|---|---|
| | **Date or dates debt was incurred** ___ | Basis for the claim:  _Trade Debt_ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Goodman and Dominguez, Inc.** | Case number (if known) | **16-10056** |
|---|---|---|---|
| | Name | | |

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$435.00**
---|---|---|---

**Acorn Paper Products Company, LLC**
**6188 NW 74 Ave**
**Miami, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:   __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27.15**

**ADP Screening & Selection Services**
**PO Box 645177**
**Cincinnati, OH 45264-5177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number __7746__

Basis for the claim:   __Services__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$49.00**

**Alachua Fire Extinguisher Co .Inc**
**2939 SW Williston Road**
**Gainsville, FL 32608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:   __Services__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,536.23**

**Altamonte Mall LLC**
**Attn:  GGP/Homart II, LLC (TXPR) Altamon**
**P.O. Box 860251**
**Minneapolis, MN 55486**

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:   __Store 29 - Altamonte Mall: Lease for commercial__
__space at 451 E. Altamonte Dr Space# 2425 Altamonte Springs, FL__
__32701, term expires 12/31/2017__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Arbor Place II LLC**
**P.O. Box 74883**
**Cleveland, OH 44194**

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:   __Store 40 - Arbor Mall: Lease for commercial space at__
__6700 Douglas Blvd Ste 1410 Douglasville, GA 30135, term expires__
__04/30/2016__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,023.50**

**Armani Shoes Corporation**
**1551 NW 29th St**
**Miami, FL 33142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:   __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$139.42**

**AT&T**
**PO Box 13148**
**Newark, NJ 07101-5648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number __3148__

Basis for the claim:   __Utilities__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Goodman and Dominguez, Inc.** | Case number (if known) | **16-10056** |
|---|---|---|---|
| | Name | | |

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $139.76 |
|---|---|---|---|

**AT&T**
**PO Box 13148**
**Newark, NJ 07101-5648**

Date or dates debt was incurred ___

Last 4 digits of account number __1987__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $129.75 |
|---|---|---|---|

**AT&T**
**PO Box 13148**
**Newark, NJ 07101-5648**

Date or dates debt was incurred ___

Last 4 digits of account number __0443__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $233.38 |
|---|---|---|---|

**AT&T**
**PO Box 13148**
**Newark, NJ 07101-5648**

Date or dates debt was incurred ___

Last 4 digits of account number __0447__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $141.05 |
|---|---|---|---|

**AT&T**
**PO Box 13148**
**Newark, NJ 07101-5648**

Date or dates debt was incurred ___

Last 4 digits of account number __0444__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $250.38 |
|---|---|---|---|

**AT&T**
**PO Box 13148**
**Newark, NJ 07101-5648**

Date or dates debt was incurred ___

Last 4 digits of account number __0440__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $230.75 |
|---|---|---|---|

**AT&T**
**PO Box 13148**
**Newark, NJ 07101-5648**

Date or dates debt was incurred ___

Last 4 digits of account number __0449__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $135.43 |
|---|---|---|---|

**AT&T**
**PO Box 13148**
**Newark, NJ 07101-5648**

Date or dates debt was incurred ___

Last 4 digits of account number __0456__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Goodman and Dominguez, Inc.** | Case number *(if known)* | **16-10056** |
|---|---|---|---|
| | Name | | |

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$149.78** |
|---|---|---|---|

**AT&T**
**PO Box 13148**
**Newark, NJ 07101-5648**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

**Basis for the claim:** __Utilities__

**Last 4 digits of account number** __3148__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$364.35** |
|---|---|---|---|

**AT&T**
**PO Box 13148**
**Newark, NJ 07101-5648**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

**Basis for the claim:** __Utilities__

**Last 4 digits of account number** __3144__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$732.36** |
|---|---|---|---|

**AT&T**
**PO Box 13148**
**Newark, NJ 07101-5648**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

**Basis for the claim:** __Utilities__

**Last 4 digits of account number** __0449__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$184.85** |
|---|---|---|---|

**AT&T**
**PO Box 13148**
**Newark, NJ 07101-5648**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

**Basis for the claim:** __Utilities__

**Last 4 digits of account number** __0568__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$167.90** |
|---|---|---|---|

**AT&T**
**PO Box 13148**
**Newark, NJ 07101-5648**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

**Basis for the claim:** __Utilities__

**Last 4 digits of account number** __0457__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$136.12** |
|---|---|---|---|

**AT&T**
**PO Box 13148**
**Newark, NJ 07101-5648**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

**Basis for the claim:** __Utilities__

**Last 4 digits of account number** __0454__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$374.49** |
|---|---|---|---|

**AT&T**
**PO Box 13148**
**Newark, NJ 07101-5648**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

**Basis for the claim:** __Utilities__

**Last 4 digits of account number** __0454__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Goodman and Dominguez, Inc.** | Case number (if known) | **16-10056** |
|---|---|---|---|
| | Name | | |

---

**3.23**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $203.61 |
|---|---|---|
| **AT&T**<br>**PO Box 13148**<br>**Newark, NJ 07101-5648** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred ___ | **Basis for the claim:** __Utilities__ | |
| Last 4 digits of account number __1809__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.24**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $185.31 |
|---|---|---|
| **AT&T**<br>**PO Box 13148**<br>**Newark, NJ 07101-5648** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred ___ | **Basis for the claim:** __Utilities__ | |
| Last 4 digits of account number __1809__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.25**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $192.36 |
|---|---|---|
| **AT&T**<br>**PO Box 13148**<br>**Newark, NJ 07101-5648** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred ___ | **Basis for the claim:** __Utilities__ | |
| Last 4 digits of account number __1889__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.26**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $191.61 |
|---|---|---|
| **AT&T**<br>**PO Box 13148**<br>**Newark, NJ 07101-5648** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred ___ | **Basis for the claim:** __Utilities__ | |
| Last 4 digits of account number __1888__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.27**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $188.51 |
|---|---|---|
| **AT&T**<br>**PO Box 13148**<br>**Newark, NJ 07101-5648** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred ___ | **Basis for the claim:** __Utilities__ | |
| Last 4 digits of account number __1883__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.28**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $295.83 |
|---|---|---|
| **AT&T**<br>**PO Box 13148**<br>**Newark, NJ 07101-5648** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred ___ | **Basis for the claim:** __Utilities__ | |
| Last 4 digits of account number __1884__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.29**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $253.80 |
|---|---|---|
| **AT&T**<br>**PO Box 13148**<br>**Newark, NJ 07101-5648** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred ___ | **Basis for the claim:** __Utilities__ | |
| Last 4 digits of account number __3169__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Goodman and Dominguez, Inc.** | Case number (if known) | **16-10056** |
|---|---|---|---|
| | Name | | |

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$198.19** |
|---|---|---|---|

**AT&T**
**PO Box 13148**
**Newark, NJ 07101-5648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

**Basis for the claim:**  __Utilities__

Last 4 digits of account number  __0637__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$178.03** |
|---|---|---|---|

**AT&T**
**PO Box 13148**
**Newark, NJ 07101-5648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

**Basis for the claim:**  __Utilities__

Last 4 digits of account number  __1886__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$188.03** |
|---|---|---|---|

**AT&T**
**PO Box 13148**
**Newark, NJ 07101-5648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

**Basis for the claim:**  __Utilities__

Last 4 digits of account number  __1885__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$229.86** |
|---|---|---|---|

**AT&T**
**PO Box 13148**
**Newark, NJ 07101-5648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

**Basis for the claim:**  __Utilities__

Last 4 digits of account number  __0569__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$218.45** |
|---|---|---|---|

**AT&T**
**PO Box 13148**
**Newark, NJ 07101-5648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

**Basis for the claim:**  __Utilities__

Last 4 digits of account number  __6770__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$252.49** |
|---|---|---|---|

**AT&T**
**PO Box 13148**
**Newark, NJ 07101-5648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

**Basis for the claim:**  __Utilities__

Last 4 digits of account number  __6988__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$193.26** |
|---|---|---|---|

**AT&T**
**PO Box 13148**
**Newark, NJ 07101-5648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

**Basis for the claim:**  __Utilities__

Last 4 digits of account number  __9469__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Goodman and Dominguez, Inc.** | Case number (if known) | **16-10056** |
|---|---|---|---|
| | Name | | |

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$320.06** |
|---|---|---|---|

**AT&T**
**PO Box 13148**
**Newark, NJ 07101-5648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number __5943__

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$200.51** |
|---|---|---|---|

**AT&T**
**PO Box 13148**
**Newark, NJ 07101-5648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number __9180__

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$182.86** |
|---|---|---|---|

**AT&T**
**PO Box 13148**
**Newark, NJ 07101-5648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number __7312__

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$178.64** |
|---|---|---|---|

**AT&T**
**PO Box 13148**
**Newark, NJ 07101-5648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number __2606__

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$179.26** |
|---|---|---|---|

**AT&T**
**PO Box 13148**
**Newark, NJ 07101-5648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number __1889__

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$126.50** |
|---|---|---|---|

**AT&T**
**PO Box 13148**
**Newark, NJ 07101-5648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number __0469__

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$90.00** |
|---|---|---|---|

**AT&T**
**PO Box 13148**
**Newark, NJ 07101-5648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number __4311__

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Goodman and Dominguez, Inc.** | Case number (if known) | **16-10056** |
|--------|-----|-----|-----|

Name

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$120.60** |
|------|------|------|------|

**AT&T**
**PO Box 13148**
**Newark, NJ 07101-5648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Utilities__

Last 4 digits of account number  __9716__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$57.64** |
|------|------|------|------|

**AT&T**
**PO Box 13148**
**Newark, NJ 07101-5648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Utilities__

Last 4 digits of account number  __4716__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$67.00** |
|------|------|------|------|

**AT&T**
**PO Box 13148**
**Newark, NJ 07101-5648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Utilities__

Last 4 digits of account number  __8143__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$79.41** |
|------|------|------|------|

**AT&T**
**PO Box 13148**
**Newark, NJ 07101-5648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Utilities__

Last 4 digits of account number  __8527__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$182.33** |
|------|------|------|------|

**Atlantic Smart Technologies**
**130 Juno Street**
**Unit 1**
**Jupiter, FL 33458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Services__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,327.47** |
|------|------|------|------|

**Avenues Mall, LLC**
**867550 Reliable Parkway**
**Chicago, IL 60686-0075**

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Store 62 - The Avenues Mall: Lease for commercial
space at 10300 Southside Blvd Space #2550 Jacksonville, FL 32256,
term expires 01/31/2020__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,737.63** |
|------|------|------|------|

**Bayside Center Limited Partnership**
**2681 Solution Center**
**Chicago, IL 60677-2006**

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Store 01 - Bayside Marketplace Mall: Lease for
commerical space at 401 Biscayne Blvd Ste#N237 Miami, FL 33132,
term expires month to month__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Goodman and Dominguez, Inc.** | Case number (if known) | **16-10056** |
|---|---|---|---|
| | Name | | |

---

**3.51** | **Nonpriority creditor's name and mailing address**
**Benton & Centeno, LLP**
**2019 Third Avenue North**
**Birmingham, AL 35203**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Attorney's fees**

Is the claim subject to offset? ■ No  ☐ Yes

$2,462.04

---

**3.52** | **Nonpriority creditor's name and mailing address**
**Boynton - JCP Associates Ltd**
**4092 Paysphere Circle**
**Chicago, IL 60674**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**   **Store 03 - Boynton Beach Mall: Lease for commerical space at 801 N. Congress Ave #223 Boynton Beach, FL 33426, term expires 06/30/2018**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.53** | **Nonpriority creditor's name and mailing address**
**Brandon Shopping Center Partners Ltd**
**PNC Bank Lockbox # 532615**
**P.O. Box 532615**
**Atlanta, GA 30353-2615**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**   **Store 23 - Brandon Mall: Lease for commercial space at 459 Westfield Town Center Space #581 Brandon, FL 33511, term expires 07/31/2021**

Is the claim subject to offset? ■ No  ☐ Yes

$13,222.13

---

**3.54** | **Nonpriority creditor's name and mailing address**
**Broward Mall LLC**
**Bank of America**
**File # 51066**
**Los Angeles, CA 90074**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**   **Store 07 - Broward Mall: Lease for commercial space at 8000 W. Broward Blvd Space #1513 Plantation, FL 33388, term expires 05/31/2024**

Is the claim subject to offset? ■ No  ☐ Yes

$11,250.69

---

**3.55** | **Nonpriority creditor's name and mailing address**
**Cape Robbin Inc.**
**18052 Rowland St**
**City of Industry, CA 91748**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$58,246.80

---

**3.56** | **Nonpriority creditor's name and mailing address**
**Capital Business Credit LLC**
**PO Box 100895**
**Atlanta, GA 30384-4174**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**   **Trade Debt [Factor for Red Circle Footwear Inc.]**

Is the claim subject to offset? ■ No  ☐ Yes

$144,067.32

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com |

| Debtor | **Goodman and Dominguez, Inc.** | Case number (if known) | **16-10056** |
|---|---|---|---|
| | Name | | |

**3.57** Nonpriority creditor's name and mailing address
**Cbl SM-Brownsville LLC**
**Sunrise Mall CBL#0608**
**P.O. Box 955607**
**Saint Louis, MO 63195-5607**

Date or dates debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Store 88 -  Sunrise Mall: Lease for commercial space at 2370 N. Expressway Brownsville, TX 78521, term expires 01/31/2016__

Is the claim subject to offset? ☑ No ☐ Yes

**$5,403.11**

---

**3.58** Nonpriority creditor's name and mailing address
**Century Link**
**PO Box 1319**
**Charlotte, NC 28201-1319**

Date or dates debt was incurred ___
Last 4 digits of account number __5710__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Utilities__

Is the claim subject to offset? ☑ No ☐ Yes

**$256.91**

---

**3.59** Nonpriority creditor's name and mailing address
**Century Link**
**PO Box 1319**
**Charlotte, NC 28201-1319**

Date or dates debt was incurred ___
Last 4 digits of account number __2595__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Utilities__

Is the claim subject to offset? ☑ No ☐ Yes

**$171.12**

---

**3.60** Nonpriority creditor's name and mailing address
**Century Link**
**PO Box 1319**
**Charlotte, NC 28201-1319**

Date or dates debt was incurred ___
Last 4 digits of account number __0617__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Utilities__

Is the claim subject to offset? ☑ No ☐ Yes

**$248.64**

---

**3.61** Nonpriority creditor's name and mailing address
**Chaozhou Vast Crown Shoes Co., Ltd.**

**CHINA**

Date or dates debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

**$17,277.94**

---

**3.62** Nonpriority creditor's name and mailing address
**Cherry Hill Center LLC**
**P.O. Box 73300**
**Cleveland, OH 44193**

Date or dates debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Store 78 - Cherry Hill: Lease for commercial space at 2000 Route 38 Space #1555 Cherry Hill, NJ 08002, term expires 03/31/2021__

Is the claim subject to offset? ☑ No ☐ Yes

**$14,683.09**

---

**3.63** Nonpriority creditor's name and mailing address
**Cherry Hill Fire Dept**
**Fire Marshall's Office**
**1100 Marlkress Road**
**Cherry Hill, NJ 08003**

Date or dates debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services__

Is the claim subject to offset? ☑ No ☐ Yes

**$70.00**

| Debtor | **Goodman and Dominguez, Inc.** | Case number (if known) | **16-10056** |
|---|---|---|---|
| | Name | | |

---

**3.64**

**Nonpriority creditor's name and mailing address**

**Christiana Mall LLC**
**SDS-12-3026**
**P.O. Box 86**
**Minneapolis, MN 55486-3026**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.    **Unknown**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   Store 73 -Christiana Mall:  Lease for commercial space at 453 Christiana Mall Newark, DE 19702, term expires 10/31/2020 [lessee: Traffic Shoes, Inc.]

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.65**

**Nonpriority creditor's name and mailing address**

**CIII, BACM05-1-Indian River**
**c/o Bayer Properties, LLC**
**2222 Arlington Avenue**
**Birmingham, AL 35205**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.    **$3,080.59**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   Store 17 - Indian River Mall: Lease for commerical space at 6200 20th St #358 Vero Beach, FL 32966,term expires 01/31/2018

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.66**

**Nonpriority creditor's name and mailing address**

**Citibank CBO Services**
**P.O. Box 769018**
**San Antonio, TX 78245**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.    **Unknown**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   Guaranteed mortgage on warehouse located at 10701 NW 127 St, Medley, FL 33178, owned by Traffic Retail, Inc. and leased to Debtor

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.67**

**Nonpriority creditor's name and mailing address**

**Citibank CBO Services**
**P.O. Box 769018**
**San Antonio, TX 78245**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.    **Unknown**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   Guaranteed mortgage on warehouse located at 10701 NW 107 St, Medley, FL 33178, owned by Traffic Retail, Inc. and leased to Debtor

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.68**

**Nonpriority creditor's name and mailing address**

**Citrus Park Mall Owner LLC**
**P.O. Box 532627**
**Atlanta, GA 30353**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.    **$8,231.36**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   Store 26 - Citrus Mall: Lease for commercial space at 7941 Citrus Park town Ctr Tampa, FL 33625, term expires 01/31/2023

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.69**

**Nonpriority creditor's name and mailing address**

**City of Altamonte Springs**
**225 Newburyport Ave**
**Altamonte Springs, FL 32701**

Date or dates debt was incurred ___

Last 4 digits of account number  9540

**As of the petition filing date, the claim is:** Check all that apply.    **$11.46**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Utilities

Is the claim subject to offset?  ☑ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Goodman and Dominguez, Inc.** | Case number (if known) | **16-10056** |
|---|---|---|---|
| | Name | | |

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $141.00 |
|---|---|---|---|

**City of Clearwater**
PO Box 30020
Tampa, FL 33630

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Utilities__

Last 4 digits of account number  __4627__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $124.05 |
|---|---|---|---|

**City of Daytona Beach Utility**
PO Box 2455
Daytona Beach, FL 32115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Utilities__

Last 4 digits of account number  __0701__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $117.30 |
|---|---|---|---|

**City of Ft. Myers**
2925 Drive Matrin L. King Jr. Blvd
Ft. Myers, FL 33916

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Utilities__

Last 4 digits of account number  __4203__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26.50 |
|---|---|---|---|

**Clearview Building Services**
6440 SW 42 Street
Davie, FL 33314

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Services__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,608.22 |
|---|---|---|---|

**CoastLand Center LLC**
SDS 12-1695
P.O. Box 86
Minneapolis, MN 55486

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Store 36 - Coastland Mall: Lease for commercial space at 1958 Ninth St North Space#H-08 Naples, FL 34102, term expires 08/31/2019__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,807.30 |
|---|---|---|---|

**Cobb Place Associates LP**
P.O. Box 281552
Atlanta, GA 30384

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Store 42 - Town Center At Cobb: Lease for commerical space at 400 Ernest Barrett Parkway Space T16 Kennesaw, GA 30144, term expires 05/31/2016__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $158.63 |
|---|---|---|---|

**Conwaste**
PO Box 1322
Gurabo, PR 00778

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Utilities__

Last 4 digits of account number  __0048__

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Goodman and Dominguez, Inc.** | Case number (if known) | **16-10056** |
|---|---|---|---|
| | Name | | |

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Coral-CS/LTD Associates**
**c/o M.S. Management Associates Inc.**
**225 West Washington Street**
**Indianapolis, IN 46204**

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  Store 05 - Coral Springs Mall: Lease for commercial space at 9209 W. Atlantic Blvd Space #9209 Coral Springs, FL 33071, term expires 01/31/2021

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Corpus Christi Retail Venture LP**
**P.O. Box 843945**
**Dallas, TX 75284**

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  Store 86 - La Palmera: Lease for commercial space at 5488 South Padre Island Drive Space #1034 Corpus Christi, TX 78411, term expires 01/31/2023

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,352.49**

**Countryside Mall LLC**
**P.O. Box 50184**
**Los Angeles, CA 90074-0184**

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  Store 27 - Countryside Mall: Lease for commercial space at 27001 Us Hwy 19 N Space #1057 Clearwater, FL 33761, term expires 01/31/2018

Is the claim subject to offset? ■ No ☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,190.67**

**Crowley Logistics, Inc.**
**PO Box 2684**
**Carol Stream, IL 60132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number  2487

Basis for the claim:  Services

Is the claim subject to offset? ■ No ☐ Yes

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,415.79**

**DDR Norte LLC**
**P.O. Box 536795**
**Atlanta, GA 30353**

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  Store 54 - Plaza del Norte: Lease for commercial space at 506 Truncado St Space B118 Hatillo, PR 00659, term expires 09/30/2018

Is the claim subject to offset? ■ No ☐ Yes

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$910.00**

**Dependabe Packaging Solutions**
**3505 NW 123rd St**
**Miami, FL 33167**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number  9511

Basis for the claim:  Supplies

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com |

| Debtor | **Goodman and Dominguez, Inc.** | Case number (if known) | **16-10056** |
|---|---|---|---|

Name

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,539.71** |
|---|---|---|---|

**Dex Imaging, Inc.**
**PO Box 17454**
**Clearwater, FL 33762-0454**

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number __GA58__

Basis for the claim:   __Lease for printers/copiers__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,400.00** |
|---|---|---|---|

**Dimsa Distributing Co.**
**3660 NW 54 Street**
**Miami, FL 33142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:   __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26,397.00** |
|---|---|---|---|

**Dnd Fashion Inc.**
**17355 Railroad St.**
**City of Industry, CA 91748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:   __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dolphin Mall Associates LLC**
**Department 189501**
**P.O. Box 67000**
**Detroit, MI 48267**

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:   __Store 20 - Dolphin Mall: Lease for commercial space at 11401 NW 12th St. Space #142 Miami, FL 33172, term expires 01/31/2021__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$66.82** |
|---|---|---|---|

**Duke**
**PO Box 1004**
**Charlotte, NC 28201-1004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number __9257__

Basis for the claim:   __Utilities__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,785.06** |
|---|---|---|---|

**Edi Express**
**P.O. Box 2149**
**Gardena, CA 90247-0149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:   __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,488.28** |
|---|---|---|---|

**Edison Mall Business Trust**
**867490 Reliable Parkway**
**Chicago, IL 60686**

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:   __Store 22 - Edison Mall: Lease for commercial space at 4125 Cleveland Ave Space#1330 Ft. Myers, FL 33901, term expires 01/31/2021__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Goodman and Dominguez, Inc.** | Case number (if known) | **16-10056** |
|---|---|---|---|
| | Name | | |

---

**3.90** | Nonpriority creditor's name and mailing address
**Eklecco New Co LLC**
**M&T Bank**
**P.O. Box 8000**
**Dept. #535**
**Buffalo, NY 14267**

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Store 79 - Palisades Mall: Lease for commercial space at 2661 Palisades Center DR #G207 West Nyack, NY 10994, term expires 01/31/2021__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address
**Elegance Enterprise Corp.**
**18217 Railroad Street**
**City of Industry, CA 91748**

Date or dates debt was incurred ___

Last 4 digits of account number __GD01__

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address
**Elegant Footwear Inc.**
**18130 Rowland St.**
**Rowland Heights, CA 91748**

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address
**Engineering Power Solutions**
**Glimcher Merritt Square Inc.**
**75 Remittance Dr.**
**Suite #3169**
**Chicago, IL 60675-3169**

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.                    **$387.75**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address
**Ert 163rd Street Mall LLC**
**c/o Brixmor Property Group**
**P.O. Box 645321**
**Cincinnati, OH 45264-5321**

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Store 02 - 163rd Mall: Lease for commerical space at 1205 NE 163rd St #1014 North Miami, FL 33162, term expires month to month__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address
**Esplanade Mall Limited Partnership**
**P.O. Box 403452**
**Atlanta, GA 30384-3452**

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.                    **$5,849.78**
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Store 93 - Esplanade Mall: Lease for commercial space at 1401 W. Esplanade Ave Suite 1208 Kenner, LA 70065, term expires 11/30/2023__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Goodman and Dominguez, Inc.** | Case number (if known) | **16-10056** |
|---|---|---|---|
| | Name | | |

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Evergreen Group Usa, Inc.**
**300 NW 26 St**
**Miami, FL 33127**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:   __Trade Debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$818.10** |

**Excell Ltd, Inc.**
**5220 N.W. 72 Ave.**
**Bay G-35**
**Miami, FL 33166**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:   __Services__

Last 4 digits of account number   __0362__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24,651.14** |

**Federal Express**
**Dept Ch**
**PO Box 10306**
**Palatine, IL 60055-0306**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:   __Services__

Last 4 digits of account number   __9611__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,943.69** |

**Fedex LTL**
**Dept Ch Po Box 10306**
**Palatine, IL 60055-0306**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:   __Services__

Last 4 digits of account number ___

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$304.60** |

**Florida Combined Life HMO**
**FL Combined Life - Group**
**PO Box 211778**
**Kansas City, MO 64121-1778**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:   __Insurance__

Last 4 digits of account number   __9802__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Florida Mall Associates Ltd**
**P.O. Box 406360**
**Atlanta, GA 30384**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:   __Store 25 -  Florida Mall: Lease for commerical space at 8001 S. Orange Blossom Trail Space# 868 Orlando, FL 32809, term expires 01/31/2020__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$794.95** |

**Florida Power & Light Co.**
**PO Box 524013**
**Miami, FL 33152**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:   __Utilities__

Last 4 digits of account number   __5105__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Goodman and Dominguez, Inc.** | Case number (if known) | **16-10056** |
|---|---|---|---|
| | Name | | |

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$481.57** |
|---|---|---|---|

**Florida Power & Light Co.**
PO Box 524013
Miami, FL 33152

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Utilities__

Last 4 digits of account number  __5260__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$692.26** |
|---|---|---|---|

**Florida Power & Light Co.**
PO Box 524013
Miami, FL 33152

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Utilities__

Last 4 digits of account number  __1167__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$561.46** |
|---|---|---|---|

**Florida Power & Light Co.**
PO Box 524013
Miami, FL 33152

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Utilities__

Last 4 digits of account number  __2387__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,230.37** |
|---|---|---|---|

**Florida Power & Light Co.**
PO Box 524013
Miami, FL 33152

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Utilities__

Last 4 digits of account number  __6536__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$368.22** |
|---|---|---|---|

**Florida Power & Light Co.**
PO Box 524013
Miami, FL 33152

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Utilities__

Last 4 digits of account number  __4163__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,137.64** |
|---|---|---|---|

**Florida Power & Light Co.**
PO Box 524013
Miami, FL 33152

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Utilities__

Last 4 digits of account number  __5332__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$387.77** |
|---|---|---|---|

**Florida Power & Light Co.**
PO Box 524013
Miami, FL 33152

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Utilities__

Last 4 digits of account number  __3064__

Is the claim subject to offset? ■ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Goodman and Dominguez, Inc.** | Case number (if known) | **16-10056** |
|---|---|---|---|
| | Name | | |

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$549.79** |
|---|---|---|---|

**Florida Power & Light Co.**
PO Box 524013
Miami, FL 33152

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number __8722__

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$350.52** |
|---|---|---|---|

**Florida Power & Light Co.**
PO Box 524013
Miami, FL 33152

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number __1350__

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$629.93** |
|---|---|---|---|

**Florida Power & Light Co.**
PO Box 524013
Miami, FL 33152

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number __6308__

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,081.30** |
|---|---|---|---|

**Florida Power & Light Co.**
PO Box 524013
Miami, FL 33152

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number __5161__

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$613.24** |
|---|---|---|---|

**Florida Power & Light Co.**
PO Box 524013
Miami, FL 33152

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number __2413__

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$648.02** |
|---|---|---|---|

**Florida Power & Light Co.**
PO Box 524013
Miami, FL 33152

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number __6079__

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,259.59** |
|---|---|---|---|

**Florida Power & Light Co.**
PO Box 524013
Miami, FL 33152

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number __9496__

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Goodman and Dominguez, Inc.** | Case number (if known) | **16-10056** |
|---|---|---|---|
| | Name | | |

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $819.87 |
|---|---|---|---|

**Florida Power & Light Co.**
PO Box 524013
Miami, FL 33152

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:   __Utilities__

Last 4 digits of account number   __5517__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $365.85 |
|---|---|---|---|

**Florida Power & Light Co.**
PO Box 524013
Miami, FL 33152

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:   __Utilities__

Last 4 digits of account number   __9251__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $932.84 |
|---|---|---|---|

**Florida Power & Light Co.**
PO Box 524013
Miami, FL 33152

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:   __Utilities__

Last 4 digits of account number   __9552__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,654,732.93 |
|---|---|---|---|

**Forever Link Int'L, Inc.**
455 Brea Canyon Rd.
City of Industry, CA 91748

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:   __Trade Debt__

Last 4 digits of account number   __Goodma__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Fortune Dynamic**
21923 Ferrero Pkwy
Walnut, CA 91789

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:   __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Freemall Associates LLC**
P.O. Box 511421
Los Angeles, CA 90051-7976

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:   __Store 91 - Freehold Mall: Lease for commercial space at 3710 Route 9 Suite C216 Freehold, NJ 07728, term expires 06/30/2023__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $223.00 |
|---|---|---|---|

**Garbage Becoming Green Group**
PO Box 270108
San Juan, PR 00927

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:   __Utilities__

Last 4 digits of account number   __TRAFFIC SHOES-PDN__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Goodman and Dominguez, Inc.** | Case number (if known) | **16-10056** |
|---|---|---|---|
| | Name | | |

---

**3.124** | Nonpriority creditor's name and mailing address

**Garbage Becoming Green Group**
**PO Box 270108**
**San Juan, PR 00927**

Date or dates debt was incurred ___

Last 4 digits of account number ___ **TRAFFIC**
**SHOES-PDS**

As of the petition filing date, the claim is: Check all that apply.                    **$223.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __ **Utilities** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | Nonpriority creditor's name and mailing address

**Garbage Becoming Green Group**
**PO Box 270108**
**San Juan, PR 00927**

Date or dates debt was incurred ___

Last 4 digits of account number ___ **TRAFFIC**
**SHOES-PRH**

As of the petition filing date, the claim is: Check all that apply.                    **$223.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __ **Utilities** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address

**Garbage Becoming Green Group**
**PO Box 270108**
**San Juan, PR 00927**

Date or dates debt was incurred ___

Last 4 digits of account number ___ **TRAFFIC**
**SHOES-PPR**

As of the petition filing date, the claim is: Check all that apply.                    **$167.25**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __ **Utilities** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | Nonpriority creditor's name and mailing address

**GGP Regency Square LLC**
**Attn: Law/Lease Administration Dept**
**110 N. Wacker Dr**
**Chicago, IL 60606**

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.                    **$3,423.55**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __ **Store 30 - Regency Mall: Lease for commercial space at 9501 Arlington Expswy Space# 385 Jacksonville, FL 32225, term expires 12/31/2015** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address

**Glimcher Merritt Square LLC**
**75 Remittance Dr**
**Suite 3169**
**Chicago, IL 60675**

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.                    **$1,243.18**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __ **Store 21 - Merritt Square Mall: Lease for commercial space at 777 E. Merritt Island Cswy Space #J11 Merritt Island, FL 32952, stored closed 12/31/2015** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | Nonpriority creditor's name and mailing address

**Glimcher Westshore LLC**
**L-2576**
**Columbus, OH 43260**

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.                    **$5,729.84**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __ **Store 31 - Westshore Mall: Lease for commercial space at 183 Westshore Plza Space #BB3 Tampa, FL 33609, term expires 07/31/2019** __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Goodman and Dominguez, Inc.** | | Case number (if known) | **16-10056** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Golden Asia Footwear Inc.**<br>**9738 Rush Street S.**<br>**South El Monte, CA 91733** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** ___ | **Basis for the claim:** __Trade Debt__ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37,319.75** |
|---|---|---|---|
| | **Golden Island Corp.**<br>**17950 Rowland St.**<br>**City of Industry, CA 91748** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** ___ | **Basis for the claim:** __Trade Debt__ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,321.09** |
|---|---|---|---|
| | **Governor Square Mall LLC**<br>**SDS 12-2725**<br>**P.O. Box 86**<br>**Minneapolis, MN 55486** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** ___ | **Basis for the claim:** __Store 39 - Governor Square Mall: Lease for commercial space at 1500 Apalachee Pkwy Space# 1315 Tallahassee, FL 32301, term expires 01/31/2025 [lessee: Traffic Shoes, Inc.]__ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$228.64** |
|---|---|---|---|
| | **Grand Central Air Conditioning**<br>**333 Stagg St.**<br>**Brooklyn, NY 11206** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** ___ | **Basis for the claim:** __Services__ | |
| | **Last 4 digits of account number** __O937__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|
| | **Guardian Fire Protection Services, LLC**<br>**7668 Standish Place**<br>**Rockville, MD 20855** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** ___ | **Basis for the claim:** __Services__ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,592.49** |
|---|---|---|---|
| | **Guardian Protection Services**<br>**174 Thorn Hill Rd.**<br>**Warrendale, PA 15086** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** ___ | **Basis for the claim:** __Services__ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,328.41** |
|---|---|---|---|
| | **Gwinnett Place Mall GA LLC**<br>**9103 Alta Drive Suite 204**<br>**Las Vegas, NV 89145** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** ___ | **Basis for the claim:** __Store 41 - Gwinnett Mall: Lease for commercial space at 2100 Pleasant Hill Rd Ste # 250 Duluth, GA 30135, term expires 04/30/2016__ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Goodman and Dominguez, Inc.** | Case number (if known) | **16-10056** |
|---|---|---|---|
| | Name | | |

---

**3.137** | **Nonpriority creditor's name and mailing address**
**Hamilton Mall LLC**
**Attn: Legal Department**
**234 Mall Boulevard**
**King of Prussia, PA 19406-2954**

Date or dates debt was incurred _____

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.* **$6,028.60**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   **Store 64 - Hamilton Mall: Lease for commercial space at 4403 Black Horse Pike Suite # 1023 Mays Landing, NJ 08330, term expires  09/30/2024**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.138** | **Nonpriority creditor's name and mailing address**
**Hana Financial, Inc.**
**Dept. La 24406**
**Pasadena, CA 91185-4406**

Date or dates debt was incurred _____

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.* **$524,184.30**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   **Trade Debt [Factor re Oppo Original Corp.]**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.139** | **Nonpriority creditor's name and mailing address**
**Hana Financial, Inc.**
**Dept. La 24406**
**Pasadena, CA 91185-4406**

Date or dates debt was incurred _____

Last 4 digits of account number **578**

As of the petition filing date, the claim is: *Check all that apply.* **$67,659.00**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   **Trade Debt [Factor for Twin Tigers Footwear Inc.]**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.140** | **Nonpriority creditor's name and mailing address**
**Hana Financial, Inc.**
**Dept. La 24406**
**Pasadena, CA 91185-4406**

Date or dates debt was incurred _____

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.* **$59,194.65**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   **Trade Debt [Factor for Elegant Footwear Inc.]**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.141** | **Nonpriority creditor's name and mailing address**
**Hana Financial, Inc.**
**Dept. La 24406**
**Pasadena, CA 91185-4406**

Date or dates debt was incurred _____

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.* **$25,015.50**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   **Trade Debt [Factor for Intouch Footwear, Inc.]**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.142** | **Nonpriority creditor's name and mailing address**
**Hana Financial, Inc.**
**Dept. La 24406**
**Pasadena, CA 91185-4406**

Date or dates debt was incurred _____

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.* **$73,093.25**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   **Trade Debt [Factor for Cape Robbin, Inc.]**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.143** | **Nonpriority creditor's name and mailing address**
**Intouch Footwear, Inc.**
**17798 Rowland St.**
**Unit B**
**Rowland Heights, CA 91748**

Date or dates debt was incurred _____

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Goodman and Dominguez, Inc.** | Case number (if known) | **16-10056** |
|---|---|---|---|
| | Name | | |

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$84,551.18** |
|---|---|---|---|

**Jesco Footwear Group Inc.**
**37 W 37 St**
**Ste 301**
**New York, NY 10018-6225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___12/19/2014___

Basis for the claim: ___Trade Debt___

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**K M Q Imports**
**2391 NW. 20 St**
**Miami, FL 33142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___Trade Debt___

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,978.50** |
|---|---|---|---|

**Kam Yick Leather Inc.**
**3121 Peachtree Circle**
**Davie, FL 33328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___Trade Debt___

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$71,175.65** |
|---|---|---|---|

**Kimera International Inc**
**18400 San Jose Ave**
**City of Industry, CA 91748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___Trade Debt___

Last 4 digits of account number ___0921___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$391.80** |
|---|---|---|---|

**Laz Florida Parking LLC**
**PO Box 865036**
**Orlando, FL 32886-5036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___Services___

Last 4 digits of account number ___2134___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$56.00** |
|---|---|---|---|

**Lee County Tax Collector**
**P.O. Box 1549**
**Ft. Myers, FL 33902-1549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___License___

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,191.10** |
|---|---|---|---|

**Lennox National Account Services**
**3511 NE 22nd Ave**
**Ft. Lauderdale, FL 33247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___Services___

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | Goodman and Dominguez, Inc. | Case number (if known) | 16-10056 |
|---|---|---|---|
| | Name | | |

---

**3.151**

**Nonpriority creditor's name and mailing address**

Macerich Deptford LLC
Deptford Mall
P.O. Box 846702
Los Angeles, CA 90084-6702

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**$1,387.84**

**Basis for the claim:**  Store 66 - Deptford Mall: Lease for commercial space at 1750 Deptford Ctr Rd Suite 1127 Deptford, NJ 08096, term expires 01/31/2020

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.152**

**Nonpriority creditor's name and mailing address**

Macerich South Plains LP
P.O. Box 849437
Los Angeles, CA 90084

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**$8,643.35**

**Basis for the claim:**  Store 45 - South Plain Mall: Lease for commercial space at 6002 Slid Rd Ste G04 Lubbock, TX 79414, term expires 01/31/2024

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.153**

**Nonpriority creditor's name and mailing address**

Mall at Ingram Park LLC
P.O. Box 402936
Atlanta, GA 30384

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**$7,682.06**

**Basis for the claim:**  Store 87 - Ingram Mall: Lease for commercial space at 6301 Nw Loop 410 Space #19 San Antonio, TX 78238, term expires 01/31/2023

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.154**

**Nonpriority creditor's name and mailing address**

Mall at Lehigh Valley LP
P.O. Box 829446
Philadelphia, PA 19182-9446

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**$2,674.09**

**Basis for the claim:**  Store 69 - Lehigh Mall: Lease for commercial space at 250 Lehigh Valley Mall Space #2090 Whitehall, PA 18052, term expires 01/31/2020

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.155**

**Nonpriority creditor's name and mailing address**

Mall at Miami International LLC
Re: International Mall
9780 West Dade County Assoc.
P.O. Box 643171
Pittsburgh, PA 15264

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**$15,005.38**

**Basis for the claim:**  Store 10 - International Mall: Lease for commerical space at 1455 NW 107th Ave Space# 736 Miami, FL 33172, term expires 03/31/2016

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.156**

**Nonpriority creditor's name and mailing address**

Mall at Valle Vista LLC
867740 Reliable Parkway
Chicago, IL 60686

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Unknown**

**Basis for the claim:**  Store 89 - Valle Vista Mall: Lease for commercial space at 2020 S Expressway 23 Space # F02 Harlingen, TX 78552, term expires 01/31/2023

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Goodman and Dominguez, Inc.** | Case number (if known) | **16-10056** |
|---|---|---|---|
| | Name | | |

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,772.28 |
|---|---|---|---|

**Mall Del Norte LLC**
**CBL #0414**
**P.O. Box 955607**
**Saint Louis, MO 63195-5607**

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Store 83 - Mall Del Norte: Lease for commercial space at 5300 San Dario Ave Space #188 Laredo, TX 78041, term expires 12/31/2021**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,649.48 |
|---|---|---|---|

**Mall of Georgia LLC**
**P.O. Box 28945**
**New York, NY 10087-8945**

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Store 52 - Mall of Georgia: Lease for commercial space at 333 Buford Drive Space #1096 Buford, GA 30519, term expires 07/31/2018**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,137.65 |
|---|---|---|---|

**Mall of Louisiana LLC**
**SDS 12-2440**
**P.O. Box 86**
**Minneapolis, MN 55486**

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Store 60 - Mall of Louisiana: Lease for commercial space at 6401 Bluebonnet Blvd Baton Rouge, LA 70836, term expires 06/30/2024**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,418.98 |
|---|---|---|---|

**Marlin Business Bank**
**PO Box 13604**
**Philadelphia, PA 19101-3604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number   **2667**

Basis for the claim:  **Leasing of printers (financing for Dex Imaging, Inc.)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39.84 |
|---|---|---|---|

**Martin County Utilities**
**PO Box 9000**
**Stuart, FL 34995**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number   **2263**

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,868.50 |
|---|---|---|---|

**New Commercial Capital**
**File 749269**
**Los Angeles, CA 90074-9269**

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Trade Debt [Factor for Spicy Footwear]**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Goodman and Dominguez, Inc.** | Case number (if known) | **16-10056** |
|---|---|---|---|
| | Name | | |

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,457.66** |
|---|---|---|---|

**New Rivercenter Mall II LP**
**P.O. Box 840068**
**Dallas, TX 75284-0068**

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   Store 56 - River Center Mall: Lease for commercial space at 849 E. Commerce St. Suite  473 San Antonio, TX 78205, term expires 01/29/2018

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,972.73** |
|---|---|---|---|

**Newport Centre LLC**
**867545 Reliable Parkway**
**Chicago, IL 60686**

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   Store 77 - Newport Centre: Lease for commercial space at 30 Mall Drive West Space B44A Jersey City, NJ 07310, term expires 05/31/2021

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,217.00** |
|---|---|---|---|

**Nicewalk,  Inc.**
**320 NW 26 St**
**Miami, FL 33127**

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Oaks Mall LLC**
**SDS 12-1530**
**P.O. Box 86**
**Minneapolis, MN 55486**

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   Store 33 - The Oaks Mall: Lease for commercial space at 6381 Newberry Blvd Space #D-2 Gainesville, FL 32605, term expires 02/29/2016

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$381.91** |
|---|---|---|---|

**Office Express Supplies Inc**
**15476 NW 77 Ct**
**Ste 415**
**Miami Lakes, FL 33016**

Date or dates debt was incurred ___

Last 4 digits of account number   8649

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Supplies

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Oppo Original Corp.**
**1314 John Reed Court**
**City of Industry, CA 91745-2406**

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$357.64** |
|---|---|---|---|

**Orange & Rockland**
**PO Box 1005**
**Spring Valley, NY 10977**

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Goodman and Dominguez, Inc. | Case number (if known) | 16-10056 |
|---|---|---|---|
| | Name | | |

---

**3.170**  **Nonpriority creditor's name and mailing address**

**Palm Beach County Sheriff**
PO Box 24681
West Palm Beach, FL 33416

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*                    $25.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.171**  **Nonpriority creditor's name and mailing address**

**Parks at Arlington LLC**
SDS 12-2881
P.O. Box 86
Minneapolis, MN 55486

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   __Store 85 - Arlington Mall: Lease for commercial__
__space at 3811 S. Cooper St Space # 2086 Arlington, TX 76015, term__
__expires 11/30/2021 [lessee: Traffic Shoes, Inc.]__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.172**  **Nonpriority creditor's name and mailing address**

**Pembroke Lakes Mall Ltd**
SDS 12-3094
P.O. Box 86
Minneapolis, MN 55486

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   __Store 14 - Pembroke Lakes Mall: Lease for__
__commercial space at 11401 Pines Blvd #762 Pembroke Lakes, FL__
__33026, term expires 01/31/2018__

Is the claim subject to offset? ☐ No ■ Yes

---

**3.173**  **Nonpriority creditor's name and mailing address**

**Pepco**
PO Box 13608
Philadelphia, PA 19101

Date or dates debt was incurred ___

Last 4 digits of account number   __4443__

As of the petition filing date, the claim is: *Check all that apply.*                    $283.21

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.174**  **Nonpriority creditor's name and mailing address**

**Pepco**
PO Box 13608
Philadelphia, PA 19101

Date or dates debt was incurred ___

Last 4 digits of account number   __1743__

As of the petition filing date, the claim is: *Check all that apply.*                    $571.21

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.175**  **Nonpriority creditor's name and mailing address**

**Plaza Carolina Mall LP**
P.O. Box 71478
San Juan, PR 00936

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*                    $13,861.43

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   __Store 50 - Plaza Carolina Mall: Lease for commercial__
__space at Avenida Fragoso Villa Fontana Space #271 Carolina, PR__
__00988, term expires 08/31/2017__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Goodman and Dominguez, Inc. | Case number (if known) | 16-10056 |
|---|---|---|---|
| | Name | | |

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,418.12 |
|---|---|---|---|

**PR Prince Georges Plaza LLC**
**P.O. Box 73228**
**Cleveland, OH 44193**

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Store 75 - Prince George Mall: Lease for commercial space at 3500 East West Hwy (route410) Space #1030 Hyattsville, MD 20782, term expires 03/31/2021**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $382.26 |
|---|---|---|---|

**Progressive Waste Solutions**
**1601 N 34 St.**
**Tampa, FL 33605**

Date or dates debt was incurred ___

Last 4 digits of account number  **3098**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $508.14 |
|---|---|---|---|

**PSEG**
**PO Box 14444**
**New Brunswick, NJ 08906**

Date or dates debt was incurred ___

Last 4 digits of account number  **6764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,379.95 |
|---|---|---|---|

**Pyn USA Footwear, Inc.**
**4960 NW 165 St**
**Suites B-18 and B-19**
**Hialeah, FL 33014**

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,694.99 |
|---|---|---|---|

**Quill Corporation**
**PO Box 37600**
**Philadelphia, PA 19101**

Date or dates debt was incurred ___

Last 4 digits of account number  **2764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,995.00 |
|---|---|---|---|

**Realplay Dba Riplay Inc**
**18856 San Jose Ave**
**City of Industry, CA 91748**

Date or dates debt was incurred ___

Last 4 digits of account number  **0801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Red Circle Footwear Inc.**
**18003 Cortney Ct.**
**Rowland Heights, CA 91748**

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Goodman and Dominguez, Inc.** | Case number *(if known)* | **16-10056** |
|---|---|---|---|
| | Name | | |

---

| 3.183 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$36,657.90** |
|---|---|---|---|

**Redshoelover**
**1614-A Potrero Ave.**
**South El Monte, CA 91733**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

**Basis for the claim:** ___Trade Debt___

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$62.86** |
|---|---|---|---|

**Regency Utilites, Inc.**
**One Independent Dr, Suite 3120**
**Jacksonville, FL 32202**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

**Basis for the claim:** ___Utilities___

**Last 4 digits of account number** ___3851___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,554.10** |
|---|---|---|---|

**Rockland Group Inc.**
**10665 Rush Street S**
**South El Monte, CA 91733**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

**Basis for the claim:** ___Trade Debt___

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$145,397.70** |
|---|---|---|---|

**Sandy's Wholesale Shoe Division**
**555 NW 29 Street**
**Miami, FL 33127**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

**Basis for the claim:** ___Trade Debt___

**Last 4 digits of account number** ___1283___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$35.26** |
|---|---|---|---|

**Sarasota County Environmental Utilities**
**PO Box 2553**
**Sarasota, FL 34230**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

**Basis for the claim:** ___Utilities___

**Last 4 digits of account number** ___2098___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sarasota Shoppingtown LLC**
**11601 Wilshire Boulevard**
**11th Floor**
**Los Angeles, CA 90025**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

**Basis for the claim:** ___Store 44 - Sarasota Mall: Lease for commercial space at 8201 Tamiami Trail Space #3 Sarasota, FL 34238, term expires 01/31/2016___

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,892.38** |
|---|---|---|---|

**Seminole Towne Center LP**
**867726 Reliable Parkway**
**Chicago, IL 60686-0077**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

**Basis for the claim:** ___Store 18 - Seminole Town Center: Lease for commercial space at 200 Town Center Circle Space #0B04 Sanford, FL 32771, term expires 01/31/2018___

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Goodman and Dominguez, Inc. | Case number (if known) | 16-10056 |
|---|---|---|---|
| | Name | | |

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,972.74 |
|---|---|---|---|

**Shops at Sunset Mall Owner LLC**
**P.O. Box 281732**
**Atlanta, GA 30384**

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Store 37 -  Sunset Place: Lease for commercial space at 5701 Sunset Dr Space #190 Miami, FL 33143, term expires 03/31/2018__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,648.84 |
|---|---|---|---|

**Simon Capital GP**
**1361 Momentum Place**
**Chicago, IL 60689**

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Store 32 -Tyrone Mall: Lease for commercial space at 6901 22nd Ave North #908-A St. Petersburg, FL 33710, term expires 01/31/2021__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,438.12 |
|---|---|---|---|

**Simon Property Group (Texas) LP**
**867925 Reliable Parkway**
**Chicago, IL 60686**

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Store 90 - La Plaza: Lease for commercial space at 2200 South 10th Street Space #A08 McAllen, TX 78503, term expires 03/30/2023__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Simon Property Group, LP**
**1568 Paysphere Circle**
**Chicago, IL 60674**

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Store 35 -Orange Park Mall: Lease for commercial space at 1910 Wells Rd Ste H-18A Orange Park, FL 32073, term expires 11/31/2024__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $245.30 |
|---|---|---|---|

**Skygreen**
**1749 Ave. Jesus T. Pinero**
**Summit Hills**
**San Juan, PR 00921**

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,159.90 |
|---|---|---|---|

**SLC & Company**
**1835 NW 21 Terr**
**Miami, FL 33142**

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset?  ■ No  ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Goodman and Dominguez, Inc.** | Case number (if known) | **16-10056** |
|---|---|---|---|
| | Name | | |

---

| 3.196 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $29,028.93 |
|---|---|---|---|

**Southeastern Freight Line, Inc**
**P.O Box 100104**
**Columbia, SC 29202-3104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,284.79 |
|---|---|---|---|

**Southland Mall Properties LLC**
**P.O. Box 865061**
**Orlando, FL 32886**

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Store 04 - Southland Mall: Lease for commerical space at 20505 S. Dixie HWY Space 1193 Miami, FL 33426, term expires 01/31/2018**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Spicy Footwear**
**17568 E. Rowland St.**
**Rowland Heights, CA 91748**

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Trade debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,763.45 |
|---|---|---|---|

**SRM-SPE LLC**
**F/B/O Bear Sterns**
**P.O. Box 54266**
**New Orleans, LA 70154**

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Store 49 - Santa Rosa Mall: Lease for commercial space at 300 Mary Esther Blvd Space #75 Mary Esther, FL 32569, term expires 05/31/2017**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Stonecrest Mall SPE LLC**
**P.O. Box 72219**
**Cleveland, OH 44192-0219**

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Store 92 - Stonecrest Mall: Lease for commercial space at 2929 Turner Hill Road Ste 1250 Lithonia, GA 33038, term expires 11/30/2023**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $636.00 |
|---|---|---|---|

**Straight Stud Services**
**2521 NW 16 Lane**
**Pompano Beach, FL 33064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Goodman and Dominguez, Inc. | Case number (if known) | 16-10056 |
|---|---|---|---|
| | Name | | |

---

**3.202** | **Nonpriority creditor's name and mailing address**
Summer Rio
Rio  17448 Railroad St.
Rowland Heights, CA 91748

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

**Is the claim subject to offset?** ☑ No ☐ Yes

**Unknown**

---

**3.203** | **Nonpriority creditor's name and mailing address**
Sunrise Mills (MLP) Limited Partnership
P.O. Box 277861
Atlanta, GA 30384

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Store 11 - Sawgrass Mills: Lease for commercial space at 12801 W. Sunrise Blvd #801 Sunrise, FL 33323, term expires 01/31/2017

**Is the claim subject to offset?** ☑ No ☐ Yes

**Unknown**

---

**3.204** | **Nonpriority creditor's name and mailing address**
Sunshine Recycling Inc.
PO Box 531672
Atlanta, GA 30353-1672

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

**Is the claim subject to offset?** ☑ No ☐ Yes

**$85.80**

---

**3.205** | **Nonpriority creditor's name and mailing address**
Sup Trading
19330 San Jose Ave.
City of Industry, CA 91748

**Date or dates debt was incurred** ___

**Last 4 digits of account number**  Goodma

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

**Is the claim subject to offset?** ☑ No ☐ Yes

**$9,672.25**

---

**3.206** | **Nonpriority creditor's name and mailing address**
Teco
PO Box 31318
Tampa, FL 33631

**Date or dates debt was incurred** ___

**Last 4 digits of account number**  1999

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utilities

**Is the claim subject to offset?** ☑ No ☐ Yes

**$125.29**

---

**3.207** | **Nonpriority creditor's name and mailing address**
The Cit Group Commercial Service, Inc.
PO Box 1036
Charlotte, NC 28201-1036

**Date or dates debt was incurred** ___

**Last 4 digits of account number**  517

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt [Factor for Dnd Fashion Inc.]

**Is the claim subject to offset?** ☑ No ☐ Yes

**$4,320.00**

---

**3.208** | **Nonpriority creditor's name and mailing address**
The Cit Group Commercial Service, Inc.
PO Box 1036
Charlotte, NC 28201-1036

**Date or dates debt was incurred** ___

**Last 4 digits of account number**  220

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt [Factor for Fortune Dynamic]

**Is the claim subject to offset?** ☑ No ☐ Yes

**$3,180.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor   **Goodman and Dominguez, Inc.**                                Case number (if known)   **16-10056**
_____
Name

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,435.00** |
|---|---|---|---|

**The Cit Group Commercial Service, Inc.**
PO Box 1036
Charlotte, NC 28201

Date or dates debt was incurred    ___

Last 4 digits of account number    __7671__

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   Trade Debt [Factor for Summer Rio]

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**The Falls Shopping Center Ass. LLC**
P.O. Box 404566
Atlanta, GA 30384

Date or dates debt was incurred    ___

Last 4 digits of account number    ___

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   Store 16 - The Falls Mall: Lease for commercial space at 8888 SW 136 St. #565 Miami, FL 33176, term expires 03/31/2022

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,358.81** |

**The Town Center at Boca Raton Trust**
P.O. Box 35470
Newark, NJ 07193

Date or dates debt was incurred    ___

Last 4 digits of account number    ___

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   Store 13 - Boca Raton Mall: Lease for commercial space at 134 Town Center # 1011 Boca Raton, FL 33428, term expires 01/31/2018

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,661.10** |

**TM Wellington Green Mall LP**
P.O. Box 865099
Orlando, FL 32886-5099

Date or dates debt was incurred    ___

Last 4 digits of account number    ___

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   Store 46 - Wellington Mall: Lease for commercial space at 10300 Forest Hill Blvd Space # 283 Wellingto, FL 33414, term expires 12/31/2016

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,608.00** |

**Tony's Casuals**
15700 Garfield Ave
Paramount, CA 90723

Date or dates debt was incurred    ___

Last 4 digits of account number    ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,575.00** |

**Top Guy Int'l Trading, Inc.**
333 Brea Canyon Rd.
City of Industry, CA 91789

Date or dates debt was incurred    ___

Last 4 digits of account number    ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,104.08** |

**Totalpack, Inc.**
PO Box 52-2922
Miami, FL 33152

Date or dates debt was incurred    ___

Last 4 digits of account number    __AF00__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Services

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Goodman and Dominguez, Inc.** | Case number (if known) | **16-10056** |
|---|---|---|---|
| | Name | | |

---

**3.216** | Nonpriority creditor's name and mailing address

**Touch Sunglasses Co.**
**2555 Seaman Ave. #F**
**El Monte, CA 91733**

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*    **$3,120.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.217** | Nonpriority creditor's name and mailing address

**Town East Mall LLC**
**SDS 12-1514**
**P.O. Box 86**
**Minneapolis, MN 55486**

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Store 84 - Town East Mall: Lease for commercial space at 2063 Town East Mall Space # 1196 Mesquite, TX 75150, term expires 11/30/2021 [lessee: Traffic Shoes, Inc.]**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.218** | Nonpriority creditor's name and mailing address

**Town Of Clarkstown/Building Inspector**
**10 Maple Ave**
**New City, NY 10956-5099**

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*    **$50.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Services

Is the claim subject to offset? ■ No ☐ Yes

---

**3.219** | Nonpriority creditor's name and mailing address

**Traffic Retail, Inc.**
**10701 NW 127 St**
**Medley, FL 33178**

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Rent for Lease for nonresidential real property: warehouse located 10701 NW 127 St, Medley, FL 33178**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.220** | Nonpriority creditor's name and mailing address

**Traffic Retail, Inc.**
**10701 NW 127 St**
**Medley, FL 33178**

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Rent for Lease for nonresidential real property: warehouse located 10701 NW 107 Ct, Medley, FL 33178**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.221** | Nonpriority creditor's name and mailing address

**Treasure Coast - JCP Associates Ltd**
**1365 Momentum Place**
**Chicago, IL 60689**

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*    **$7,456.24**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Store 28 - Treasure Coast Mall: Lease for commercial space at 3446 NW Federal Hwy Jesnsen Beach, FL 34957, term expires 01/31/2021**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Goodman and Dominguez, Inc.**
Name
Case number (if known)   **16-10056**

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Twin Tigers Footwear Inc.**
**18889 Railroad St.**
**Rowland Heights, CA 91748**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:   __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$474.99** |

**TXU Energy**
**PO Box 650764**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number __0143__

Basis for the claim:   __Utilities__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$190.02** |

**TXU Energy**
**PO Box 650764**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number __0504__

Basis for the claim:   __Utilities__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**UP Fieldgate US Investments**
**The Bancorp Bank**
**Box 935697**
**Atlanta, GA 31193-5697**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:   __Store 19 - Orlando Fashion Square: Lease for commercial space at 3405 E. Colonial Space # B01 Orlando, FL 32803, term expires month to month__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,087.30** |

**VCG-Southlake Mall LLC**
**P.O.  Box 538624**
**2222 Arlington Avenue**
**Atlanta, GA 30353-8624**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:   __Store 47 - Southlake Mall: Lease for commercial space at 1000 Southlake Mall Space #1123 Morrow, GA 30260, term expires 06/30/2017__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$96.99** |

**Verizon**
**PO Box 12045**
**Trenton, NJ 08650-2045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number __4702__

Basis for the claim:   __Utilities__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$235.04** |

**Verizon**
**PO Box 12045**
**Trenton, NJ 08650-2045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number __6002__

Basis for the claim:   __Utilities__

Is the claim subject to offset? ☑ No ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Goodman and Dominguez, Inc. | Case number (if known) | 16-10056 |
|---|---|---|---|
| | Name | | |

---

**3.229**

**Nonpriority creditor's name and mailing address**
Verizon
PO Box 12045
Trenton, NJ 08650-2045

Date or dates debt was incurred ___

Last 4 digits of account number **3303**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

$275.13

---

**3.230**

**Nonpriority creditor's name and mailing address**
Verizon
PO Box 12045
Trenton, NJ 08650-2045

Date or dates debt was incurred ___

Last 4 digits of account number **9279**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

$217.52

---

**3.231**

**Nonpriority creditor's name and mailing address**
Verizon
PO Box 12045
Trenton, NJ 08650-2045

Date or dates debt was incurred ___

Last 4 digits of account number **994Y**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

$212.43

---

**3.232**

**Nonpriority creditor's name and mailing address**
Verizon
PO Box 12045
Trenton, NJ 08650-2045

Date or dates debt was incurred ___

Last 4 digits of account number **138Y**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

$240.69

---

**3.233**

**Nonpriority creditor's name and mailing address**
Verizon
PO Box 12045
Trenton, NJ 08650-2045

Date or dates debt was incurred ___

Last 4 digits of account number **2226**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

$296.53

---

**3.234**

**Nonpriority creditor's name and mailing address**
Verizon
PO Box 12045
Trenton, NJ 08650-2045

Date or dates debt was incurred ___

Last 4 digits of account number **163Y**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

$137.28

---

**3.235**

**Nonpriority creditor's name and mailing address**
Volusia Mall LLC
% Cbl & Associates Management Inc.
Attn: General Manager
1700 W. International Speedway Blvd
Daytona Beach, FL 32114

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Store 38 - Volusia Mall: Lease for commercial space at 1700 W. International Speedway #106 Daytona Beach, FL 32114, term expires 07/31/2018**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Goodman and Dominguez, Inc. | Case number (if known) | 16-10056 |
|---|---|---|---|
| | Name | | |

---

**3.236** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10,571.69
---|---|---|---

Vornado Caguas LP
c/o Vornado Realty Trust
210 Route 4 East
Paramus, NJ 07652

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Store 63 - Las Catalinas: Lease for commercial space at PR #52 Esq PR# 156 space 2750 Caguas, PR 00926, term expires 01/31/2020__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.237** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $130.72

Waste Management
PO Box 42930
Phoenix, AZ 85080

Date or dates debt was incurred ___

Last 4 digits of account number __3006__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.238** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $111.76

Waste Management
415 Day Hill Road
Windsor, CT 06095

Date or dates debt was incurred ___

Last 4 digits of account number __1221__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.239** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $113.43

Waste Management
415 Day Hill Road
Windsor, CT 06095

Date or dates debt was incurred ___

Last 4 digits of account number __0197__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.240** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $218.98

Waste Management
415 Day Hill Road
Windsor, CT 06095

Date or dates debt was incurred ___

Last 4 digits of account number __0085__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.241** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $19,122.99

Westland Mall LLC
P.O. Box 865019
Orlando, FL 32886

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Store 09 - Westland Mall: Lease for commercial space at 1645 W. 49th St. Space #1336 Hialeah, FL 33012, term expires 1/31/2021__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.242** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,828.36

Westland South Shore Mall LP
File # 56218
Los Angeles, CA 90074-6218

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Store 67 - South Shore Mall: Lease for commerical space at 1701 Sunrise Highway Ste D-13 Bayshore, NY 11706, term expires 04/30/2020__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Goodman and Dominguez, Inc.** | Case number (if known) | **16-10056** |
|---|---|---|---|
| | Name | | |

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,082.55 |
|---|---|---|---|

**Wheaton Plaza Reg. Shopping Center LLP**
P.O. Box 55275
Los Angeles, CA 90074-5275

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Store 59 - Wheaton Mall: Lease for commercial space at 11160 Veirs Mill Road Ste 111 Silver Springs, MD 20902, term expires 04/30/2024

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,656.42 |
|---|---|---|---|

**White Marsh Mall Associates**
SDS 12-2760
P.O. Box 86
Minneapolis, MN 55486

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Store 72 - White Marsh Mall: Lease for commercial space at 8200 Perry Hall Blvd Space #7023 Baltimore, MD 21236, term expires 10/31/2020 [lessee: Traffic Shoes, Inc.]

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,956.09 |
|---|---|---|---|

**White Plains Galleria LP**
P.O. Box 403343
Atlanta, GA 30384

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Store 76 - Wht Plains Mall:  Lease for commercial space at 100 Main Street Space 330 White Plains, NY 10601, term expires 04/30/2021, and pending litigation

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Whitehall Township Authority**
1901 Schadt Ave
Whitehall, PA 18052

Date or dates debt was incurred ___

Last 4 digits of account number  0840

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utilities

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,604.97 |
|---|---|---|---|

**Woodbridge Center Property LLC**
Attn: Law/Lease Administration Dept
110 N. Wacker Dr
Chicago, IL 60606

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Store 61 - Woodbridge Mall: Lease for commercial space at 251 B. Woodbridge Center Dr Woodbridge, NJ 07095 [lessee: Traffic Shoes, Inc.], term expires 01/31/2020

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,650.00 |
|---|---|---|---|

**Xpo Logistics,Inc.**
27724 Network Place
Chicago, IL 60673-1277

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Goodman and Dominguez, Inc.** | Case number (if known) | **16-10056** |
|---|---|---|---|
| | Name | | |

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$228,810.20** |
|---|---|---|---|

**Yoki Fashion International LLC**
**1410 Broadway**
**Suite 1005**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Altamonte Mall LLC**<br>**Attn: Law/Lease Administration Dept**<br>**110 N. Wacker Dr**<br>**Chicago, IL 60606** | Line **3.5**<br><br>☐ Not listed. Explain ____ | ___ |
| 4.2 | **Arbor Place II LLC**<br>**P.O. Box 74883**<br>**Cleveland, OH 44194** | Line **3.6**<br><br>☐ Not listed. Explain ____ | ___ |
| 4.3 | **Bank of America, NA**<br>**Loan# 3187945**<br>**900 West Trade Street**<br>**Suite 650**<br>**Charlotte, NC 28255** | Line **3.200**<br><br>☐ Not listed. Explain ____ | ___ |
| 4.4 | **Bayside Mall**<br>**2681 Solution Center**<br>**Chicago, IL 60677-2006** | Line **3.50**<br><br>☐ Not listed. Explain ____ | ___ |
| 4.5 | **Bayside Marketplace**<br>**Attn: Law/Lease Administration Dept**<br>**110 N. Wacker Dr**<br>**Chicago, IL 60606** | Line **3.50**<br><br>☐ Not listed. Explain ____ | ___ |
| 4.6 | **Bayside Marketplace**<br>**Attn: General Manager**<br>**401 Biscayne Blvd**<br>**Miami, FL 33132** | Line **3.50**<br><br>☐ Not listed. Explain ____ | ___ |
| 4.7 | **Blank Rome LLP**<br>**Attn: Philip R. Rosenfeldt, Esq**<br>**One Logan Square**<br>**Philadelphia, PA 19103** | Line **3.225**<br><br>☐ Not listed. Explain ____ | ___ |
| 4.8 | **Boynton - JCP Associates Ltd**<br>**c/o M.S. Management Associates Inc.**<br>**225 West Washington Street**<br>**Indianapolis, IN 46204-3438** | Line **3.52**<br><br>☐ Not listed. Explain ____ | ___ |
| 4.9 | **Brandon Shopping Center Partners, LTD**<br>**c/o Westfield LLC**<br>**11601 Wilshire Boulevard**<br>**11th Floor**<br>**Los Angeles, CA 90025** | Line **3.53**<br><br>☐ Not listed. Explain ____ | ___ |

| Debtor | **Goodman and Dominguez, Inc.** | Case number (if known) | **16-10056** |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.10 **Broward Mall LP**<br>**Bank of America**<br>**File # 51066**<br>**Los Angeles, CA 90074** | Line **3.54**<br>☐ Not listed. Explain ____ | ___ |
| 4.11 **Broward Mall, LLC**<br>**P.O. Box 51066**<br>**Los Angeles, CA 90074-1066** | Line **3.54**<br>☐ Not listed. Explain ____ | ___ |
| 4.12 **Cbl & Associates Management Inc.**<br>**Cbl Center**<br>**2030 Hamilton Place Boulevard**<br>**Suite 500**<br>**Chattanooga, TN 37421** | Line **3.235**<br>☐ Not listed. Explain ____ | ___ |
| 4.13 **Cbl & Associates Management Inc.**<br>**Cbl Center**<br>**2030 Hamilton Place Boulevard**<br>**Ste 500**<br>**Chattanooga, TN 37421** | Line **3.157**<br>☐ Not listed. Explain ____ | ___ |
| 4.14 **Cbl & Associates Management Inc.**<br>**Cbl Center**<br>**2030 Hamilton Place Boulevard**<br>**Ste 500**<br>**Chattanooga, TN 37421** | Line **3.57**<br>☐ Not listed. Explain ____ | ___ |
| 4.15 **Cherry Hill Center LLC**<br>**Attn: Dircetor, Legal**<br>**200 South Broad St**<br>**The Bellevue, 3rd FL**<br>**Philadelphia, PA 19102** | Line **3.62**<br>☐ Not listed. Explain ____ | ___ |
| 4.16 **Cherry Hill Center LLC**<br>**Attn: General Manager**<br>**2000 Route 38**<br>**Suite 514**<br>**Cherry Hill, NJ 08002-2100** | Line **3.62**<br>☐ Not listed. Explain ____ | ___ |
| 4.17 **Christiana Mall**<br>**Attn: Law/Lease Administration Dept**<br>**110 N. Wacker Dr**<br>**Chicago, IL 60606** | Line **3.64**<br>☐ Not listed. Explain ____ | ___ |
| 4.18 **Christiana Mall**<br>**Attn: General Manager**<br>**132 Christiana Mail**<br>**Newark, DE 19702** | Line **3.64**<br>☐ Not listed. Explain ____ | ___ |
| 4.19 **CIII, BACM05-1-Indian River**<br>**c/o Bayer Properties, LLC**<br>**Attn: General Counsel**<br>**2222 Arlington Avenue**<br>**Birmingham, AL 35205** | Line **3.65**<br>☐ Not listed. Explain ____ | ___ |
| 4.20 **Citrus Park Ventura Limited Partnership**<br>**Attn: Legal Department**<br>**2049 Century Park East**<br>**41st Floor**<br>**Los Angeles, CA 90067** | Line **3.68**<br>☐ Not listed. Explain ____ | ___ |

Debtor   **Goodman and Dominguez, Inc.**

Name

Case number (if known)   **16-10056**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.2 1 **Coastland Center** **Attn: Law/Lease Administration Dept** **110 N. Wacker Dr** **Chicago, IL 60606** | Line **3.74** ☐ Not listed. Explain ____ | ___ |
| 4.2 2 **Cobb Place Associates LP** **M.S. Management Associates Inc.** **225 W. Washington** **Indianapolis, IN 46204** | Line **3.75** ☐ Not listed. Explain ____ | ___ |
| 4.2 3 **Corpus Christy Retain Ventures LP** **P.O Box 843945** **Dallas, TX 75284-3945** | Line **3.78** ☐ Not listed. Explain ____ | ___ |
| 4.2 4 **Countryside Mall LLC** **Attn: Legal Department** **2049 Century Park East** **41st Floor** **Los Angeles, CA 90067** | Line **3.79** ☐ Not listed. Explain ____ | ___ |
| 4.2 5 **DDR Norte LLC SE** **Attn: Executive Vice President** **3300 Enterprise Parkway** **Beachwood, OH 44122** | Line **3.81** ☐ Not listed. Explain ____ | ___ |
| 4.2 6 **Developers Diversified Realty Corp** **Attn: General Counsel** **3300 Enterprise Parkway** **Beachwood, OH 44122** | Line **3.81** ☐ Not listed. Explain ____ | ___ |
| 4.2 7 **Dolphin Mall Associates LLC** **200 East Long Lake Rd** **Suite 300** **Bloomfield Hills, MI 48303** | Line **3.86** ☐ Not listed. Explain ____ | ___ |
| 4.2 8 **Edison Mall Business Trust** **M.S. Management Associates Inc.** **225 West Washington Street** **Indianapolis, IN 46204** | Line **3.89** ☐ Not listed. Explain ____ | ___ |
| 4.2 9 **Eklecco Newco LLC** **Management Division** **The Clinton Exchange** **Four Clinton Square** **Syracuse, NY 13202-1078** | Line **3.90** ☐ Not listed. Explain ____ | ___ |
| 4.3 0 **Ert 163rd Street Mall LLC** **Attn: Office of General Counsel** **420 Lexington Ave** **7th FL** **New York, NY 10017** | Line **3.94** ☐ Not listed. Explain ____ | ___ |
| 4.3 1 **Ert 163rd Street Mall LLC** **1421 NE 163rd St** **Miami, FL 33162** | Line **3.52** ☐ Not listed. Explain ____ | ___ |
| 4.3 2 **Esplanade Mall Limited Partnership** **% M.S. Management Associates Inc.** **225 W. Washington St** **Indianapolis, IN 46204** | Line **3.95** ☐ Not listed. Explain ____ | ___ |

| Debtor | **Goodman and Dominguez, Inc.** | Case number (*if known*) | **16-10056** |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| 4.3 3 | **Fineman Krekstein & Harris P.C.**<br>**Attn: Michael H. Krekstein Esq**<br>**1801 Market Street**<br>**Suite 1100**<br>**Philadelphia, PA 19103** | Line __3.225__<br><br>☐ Not listed. Explain ____ | ___ |
| 4.3 4 | **Florida Department of Revenue**<br>**5050 W Tennessee St**<br>**Tallahassee, FL 32399-0120** | Line __2.6__<br><br>☐ Not listed. Explain ____ | ___ |
| 4.3 5 | **Florida Mall Associates LTD**<br>**M.S. Management Associates Inc.**<br>**225 West Washington Street**<br>**Indianapolis, IN 46204** | Line __3.101__<br><br>☐ Not listed. Explain ____ | ___ |
| 4.3 6 | **Freemall Associates LLC**<br>**Attn: Center Manager**<br>**3710 Route 9**<br>**Suite 1000**<br>**Freehold, NJ 07728** | Line __3.122__<br><br>☐ Not listed. Explain ____ | ___ |
| 4.3 7 | **Freemall Associates LLC**<br>**Attn: Legal Department**<br>**401 Wilshire Boulevard**<br>**Suite 700**<br>**Santa Monica, CA 90401** | Line __3.122__<br><br>☐ Not listed. Explain ____ | ___ |
| 4.3 8 | **Glimcher Merritt Square LLC**<br>**c/o Glimcher Properties LP**<br>**Attn: General**<br>**150 East Gay Street 24th FL**<br>**Columbus, OH 43215** | Line __3.128__<br><br>☐ Not listed. Explain ____ | ___ |
| 4.3 9 | **Glimcher Westshore LLC**<br>**Attn:  General Counsel**<br>**180 East Broad Street**<br>**21st Floor**<br>**Columbus, OH 43215** | Line __3.129__<br><br>☐ Not listed. Explain ____ | ___ |
| 4.4 0 | **Governor Square Mall LLC**<br>**Attn: Law/Lease Administration Dept**<br>**110 N. Wacker Dr**<br>**Chicago, IL 60606** | Line __3.132__<br><br>☐ Not listed. Explain ____ | ___ |
| 4.4 1 | **Gwinnett Place Mall GA LLC**<br>**c/o Moonbeam Capital Investments LLC**<br>**9103 Alta Drive**<br>**Ste 204**<br>**Las Vegas, NV 89145** | Line __3.136__<br><br>☐ Not listed. Explain ____ | ___ |
| 4.4 2 | **Gwinnett Place Mall GA LLC**<br>**c/o Moonbeam Capital Investments LLC**<br>**2100 Pleasant Hill Road**<br>**Duluth, GA 30096** | Line __3.136__<br><br>☐ Not listed. Explain ____ | ___ |
| 4.4 3 | **Hamilton Mall LLC**<br>**c/o Kravco Company LLC**<br>**234 Mall Boulevard**<br>**King of Prussia, PA 19406-2954** | Line __3.137__<br><br>☐ Not listed. Explain ____ | ___ |

| Debtor | **Goodman and Dominguez, Inc.** | Case number (*if known*) | **16-10056** |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.4 4 **Jacksonville Avenues LP**<br>**M.S. Management Associates Inc.**<br>**225 West Washington Street**<br>**Indianapolis, IN 46204** | Line **3.49**<br>☐ Not listed. Explain ____ | ___ |
| 4.4 5 **Jacksonville Avenues LP**<br>**CBL Center Attn: Charles B. Lebovitz**<br>**2030 Hamilton Place Boulevard**<br>**Ste 500**<br>**Chattanooga, TN 37421** | Line **3.49**<br>☐ Not listed. Explain ____ | ___ |
| 4.4 6 **Jacksonville Avenues LP**<br>**Attn: Mark Kirincich President & CEO**<br>**20 South Clark Street**<br>**Ste 3000**<br>**Chicago, IL 60603** | Line **3.49**<br>☐ Not listed. Explain ____ | ___ |
| 4.4 7 **Macerich Deptford LLC**<br>**Attn: Center Manager**<br>**1750 Deptford Center Rd**<br>**Deptford, NJ 08096** | Line **3.151**<br>☐ Not listed. Explain ____ | ___ |
| 4.4 8 **Macerich Deptford LLC**<br>**Attn: Legal Department**<br>**401 Wilshire Boulevard**<br>**Santa Monica, CA 90407** | Line **3.151**<br>☐ Not listed. Explain ____ | ___ |
| 4.4 9 **Macerich Deptford LLC**<br>**% Macerich**<br>**P.O. Box 2172**<br>**Santa Monica, CA 90407** | Line **3.151**<br>☐ Not listed. Explain ____ | ___ |
| 4.5 0 **Macerich South Plains LP**<br>**Attn: Center Manager**<br>**6002 Slide Road**<br>**Lubbock, TX 79414** | Line **3.152**<br>☐ Not listed. Explain ____ | ___ |
| 4.5 1 **Macerich South Plains LP**<br>**Attn: Legal Department**<br>**401 Wilshire Boulevard**<br>**Santa Monica, CA 90407** | Line **3.152**<br>☐ Not listed. Explain ____ | ___ |
| 4.5 2 **Macerich South Plains LP**<br>**c/o Macerich**<br>**P.O. Box 2172**<br>**Santa Monica, CA 90407** | Line **3.152**<br>☐ Not listed. Explain ____ | ___ |
| 4.5 3 **Mall at Ingram Park LLC**<br>**% M.S. Management Associates Inc.**<br>**225 West Washington Street**<br>**Indianapolis, IN 46204** | Line **3.153**<br>☐ Not listed. Explain ____ | ___ |
| 4.5 4 **Mall at Miami International LLC**<br>**% M.S. Management Associates Inc.**<br>**225 W. Washington**<br>**Indianapolis, IN 46204** | Line **3.155**<br>☐ Not listed. Explain ____ | ___ |
| 4.5 5 **Mall at Valle Vista LLC**<br>**% M.S. Management Associates Inc.**<br>**225 West Washington Street**<br>**Indianapolis, IN 46204** | Line **3.156**<br>☐ Not listed. Explain ____ | ___ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   **Goodman and Dominguez, Inc.**
_____
Name

Case number (if known)   **16-10056**
_____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.5 6 **Mall of Georgia LLC** % M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204 | Line **3.158** ☐ Not listed. Explain ____ | ___ |
| 4.5 7 **Mall of Louisiana LLC** Attn: Law/Lease Administration Dept 110 N. Wacker Dr Chicago, IL 60606 | Line **3.159** ☐ Not listed. Explain ____ | ___ |
| 4.5 8 **Merritt Square Mall** 777 East Merritt Island Causeway Merritt Island, FL 32952 | Line **3.128** ☐ Not listed. Explain ____ | ___ |
| 4.5 9 **New Rivercenter Mall II L.P.** 849 Commerce Street San Antonio, TX 78205 | Line **3.163** ☐ Not listed. Explain ____ | ___ |
| 4.6 0 **New Rivercenter Mall II LP** % Ashkenazy Acquisition Corp. Attn:  Lease Administration 150 East 58th Street, 39th FL New York, NY 10155 | Line **3.163** ☐ Not listed. Explain ____ | ___ |
| 4.6 1 **Newport Centre LLC** c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | Line **3.164** ☐ Not listed. Explain ____ | ___ |
| 4.6 2 **Oaks Mall LLC** Attn: Law/Lease Administration Dept 110 N. Wacker Dr Chicago, IL 60606 | Line **3.166** ☐ Not listed. Explain ____ | ___ |
| 4.6 3 **Oaks Mall LLC** Attn: General Manager 6419 Newberry Road Gainesville, FL 32605 | Line **3.166** ☐ Not listed. Explain ____ | ___ |
| 4.6 4 **Parks at Arlington LLC** Attn: Law/Lease Administration Dept 110 N. Wacker Dr Chicago, IL 60606 | Line **3.171** ☐ Not listed. Explain ____ | ___ |
| 4.6 5 **Pembroke Lakes Mall Ltd** 110 N. Wacker Dr Chicago, IL 60606 | Line **3.172** ☐ Not listed. Explain ____ | ___ |
| 4.6 6 **Plaza Carolina Mall LP** c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | Line **3.175** ☐ Not listed. Explain ____ | ___ |
| 4.6 7 **PR Prince Georges Plaza LLC** Attn: Dircetor, Legal 200 South Broad St The Bellevue, 3rd FL Philadelphia, PA 19102 | Line **3.176** ☐ Not listed. Explain ____ | ___ |

| Debtor | **Goodman and Dominguez, Inc.** | Case number (if known) | **16-10056** |
|--------|------------------------------------|------------------------|--------------|
|        | Name |  |  |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.68 **Regency Square Mall**<br>**Attn: General Manager**<br>**9501 Arlington Expressway**<br>**Ste 100**<br>**Jacksonville, FL 32225** | Line **3.127**<br><br>☐ Not listed. Explain ____ | ___ |
| 4.69 **Rivercenter Mall**<br>**Attn:  Christian E. Oviatt, SCSM**<br>**849 E. Commerce Street**<br>**Ste 895**<br>**San Antonio, TX 78205** | Line **3.163**<br><br>☐ Not listed. Explain ____ | ___ |
| 4.70 **Sarasota Shoppingtown LLC**<br>**11601 Wilshire Boulevard**<br>**Attn: Legal Department**<br>**Los Angeles, CA 90025** | Line **3.188**<br><br>☐ Not listed. Explain ____ | ___ |
| 4.71 **Seminole Towne Center LP**<br>**% M.S. Management Associates Inc.**<br>**225 W. Washington St**<br>**Indianapolis, IN 46204** | Line **3.189**<br><br>☐ Not listed. Explain ____ | ___ |
| 4.72 **Shops at Sunset LLC**<br>**c/o M.S. Management Associates Inc.**<br>**225 West Washington St**<br>**Indianapolis, IN 46204-3438** | Line **3.190**<br><br>☐ Not listed. Explain ____ | ___ |
| 4.73 **Simon Capital GP**<br>**c/o M.S. Management Associates Inc.**<br>**225 West Washington Street**<br>**Indianapolis, IN 46204-3438** | Line **3.191**<br><br>☐ Not listed. Explain ____ | ___ |
| 4.74 **Simon Property**<br>**9780 West Dade County Assoc.**<br>**Re International Mall**<br>**PO Box 643171**<br>**Pittsburgh, PA 15264-3171** | Line **3.155**<br><br>☐ Not listed. Explain ____ | ___ |
| 4.75 **Simon Property Group (Texas) LP**<br>**c/o M.S. Management Associates Inc.**<br>**225 West Washington Street**<br>**Indianapolis, IN 46204-3438** | Line **3.192**<br><br>☐ Not listed. Explain ____ | ___ |
| 4.76 **Simon Property Group, LP**<br>**c/o M.S. Management Associates Inc.**<br>**225 West Washington Street**<br>**Indianapolis, IN 46204-3438** | Line **3.193**<br><br>☐ Not listed. Explain ____ | ___ |
| 4.77 **Southlake Mall LLC**<br>**c/o Bayer Properties Leasing Mgmt LLC**<br>**Attn: General Counsel**<br>**2222 Arlington Avenue**<br>**Birmingham, AL 35205** | Line **3.226**<br><br>☐ Not listed. Explain ____ | ___ |
| 4.78 **Southland Mall Properties LLC**<br>**% Gumberg Asset Management Corp**<br>**3200 North Federal Highway**<br>**Fort Lauderdale, FL 33306** | Line **3.197**<br><br>☐ Not listed. Explain ____ | ___ |

Debtor    **Goodman and Dominguez, Inc.**
Name

Case number (if known)    **16-10056**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.79 **Southland Mall Properties LLC** PO Box 865061 Orlando, FL 32886-5061 | Line **3.197** ☐ Not listed. Explain ____ | __ |
| 4.80 **SRM-SPE, LLC d/b/a Santa Rosa Mall** Attn: David Macdonald, General Manager 300 Mary Esther Blvd Ste 112 Gulf Breeze, FL 32563 | Line **3.199** ☐ Not listed. Explain ____ | __ |
| 4.81 **SRP Property Management LLC** Attn: Lease Coordination 1 E. Wacker Dr Suite 3700 Chicago, IL 60601 | Line **3.241** ☐ Not listed. Explain ____ | __ |
| 4.82 **Stirling Properties of Louisiana, LLC** Attn:  Michael Bucher 109 Northpark Blvd Suite 300 Covington, LA 70433 | Line **3.199** ☐ Not listed. Explain ____ | __ |
| 4.83 **Stonecrest Mall SPE, LLC** Terminal Tower 50 Public Square Suite 1360 Cleveland, OH 44113-2267 | Line **3.200** ☐ Not listed. Explain ____ | __ |
| 4.84 **Sunrise Mills (MLP) Limited Partnership** Attn:Management Agent 5425 Wisconsin Avenue Suite 500 Chevy Chase, MD 20815 | Line **3.203** ☐ Not listed. Explain ____ | __ |
| 4.85 **Sunrise Mills (MLP) Limited Partnership** % The Mills Corporation 5425 Wisconsin Avenue Suite 500 Chevy Chase, MD 20815 | Line **3.203** ☐ Not listed. Explain ____ | __ |
| 4.86 **Sunrise Mills (MLP) Limited Partnership** Attn: General Manager 12801 W. Sunrise Blvd. Fort Lauderdale, FL 33323 | Line **3.203** ☐ Not listed. Explain ____ | __ |
| 4.87 **The Bancorp Bank** 409 Silverside Road Suite 105 Wilmington, DE 19809 | Line **3.225** ☐ Not listed. Explain ____ | __ |
| 4.88 **The Falls Shopping Center Ass. LLC** c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | Line **3.210** ☐ Not listed. Explain ____ | __ |
| 4.89 **The Mall at Prince George** Attn: General Manager 3500 East West Highway Hyattsville, MD 20782 | Line **3.176** ☐ Not listed. Explain ____ | __ |

| Debtor | **Goodman and Dominguez, Inc.** | Case number *(if known)* | **16-10056** |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.90 **The Parks at Arlington**<br>**Attn: General Manager**<br>**3811 South Cooper Street**<br>**Arlington, TX 76015** | Line **3.171**<br><br>☐ Not listed. Explain ____ | ___ |
| 4.91 **The Town Center at Boca Raton Trust**<br>**c/o M.S. Management Associates Inc.**<br>**225 West Washington Street**<br>**Indianapolis, IN 46204-3438** | Line **3.211**<br><br>☐ Not listed. Explain ____ | ___ |
| 4.92 **TM Wellington Green Mall LP**<br>**200 East Long Lake Road**<br>**Bloomfield Hills, MI 48303-0200** | Line **3.212**<br><br>☐ Not listed. Explain ____ | ___ |
| 4.93 **TM Wellington Green Mall LP**<br>**1 East Wacker Drive**<br>**Suite 3600**<br>**Chicago, IL 60601** | Line **3.212**<br><br>☐ Not listed. Explain ____ | ___ |
| 4.94 **Town Center at Cobb LLC**<br>**225 West Washington Street**<br>**Indianapolis, IN 46204** | Line **3.75**<br><br>☐ Not listed. Explain ____ | ___ |
| 4.95 **Town East Mall**<br>**Attn: General Manager**<br>**2063 Town East Mall**<br>**Mesquite, TX 75150** | Line **3.217**<br><br>☐ Not listed. Explain ____ | ___ |
| 4.96 **Town East Mall LLC**<br>**Attn: Law/Lease Administration Dept**<br>**110 N. Wacker Dr**<br>**Chicago, IL 60606** | Line **3.217**<br><br>☐ Not listed. Explain ____ | ___ |
| 4.97 **Treasure Coast - JCP Associates Ltd**<br>**c/o M.S. Management Associates Inc.**<br>**225 West Washington Street**<br>**Indianapolis, IN 46204-3438** | Line **3.221**<br><br>☐ Not listed. Explain ____ | ___ |
| 4.98 **U.S. Bank National Association**<br>**PO Box 860251**<br>**Minneapolis, MN 55486-0251** | Line **3.5**<br><br>☐ Not listed. Explain ____ | ___ |
| 4.99 **UE Caguas  LP**<br>**PO Box 645263**<br>**Pittsburgh, PA 15264-5263** | Line **3.236**<br><br>☐ Not listed. Explain ____ | ___ |
| 4.100 **UP Fieldgate US Investments**<br>**% Fashion Square LLC Attn: Scott Fisher**<br>**1045 Tulloss Road**<br>**Franklin, TN 37067** | Line **3.225**<br><br>☐ Not listed. Explain ____ | ___ |
| 4.101 **VCG- Southlake Mall LLC**<br>**Attn: EVP, Asset Management**<br>**11611 San Vicente Blvd**<br>**10th FL**<br>**Los Angeles, CA 90049** | Line **3.226**<br><br>☐ Not listed. Explain ____ | ___ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | **Goodman and Dominguez, Inc.** | Case number (if known) | **16-10056** |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 0 2 **Vornado Caguas LP**<br>**Attn: Exe VP Retail Real Estate Div**<br>**210 Route 4 East**<br>**Paramus, NJ 07652** | Line **3.236**<br><br>☐ Not listed. Explain ____ | __ |
| 4.1 0 3 **Vornado Caguas LP**<br>**Attn: Exe VP Finance & Admin & CFO**<br>**210 Route 4 East**<br>**Paramus, NJ 07652** | Line **3.236**<br><br>☐ Not listed. Explain ____ | __ |
| 4.1 0 4 **Westland Mall LLC**<br>**Attn: General Manager**<br>**1675 West 49th Street**<br>**Hialeah, FL 33012** | Line **3.241**<br><br>☐ Not listed. Explain ____ | __ |
| 4.1 0 5 **Westland South Shore Mall LP**<br>**Attn: Legal Department**<br>**11601 Wilshire Boulevard 11th Floor**<br>**Los Angeles, CA 90025** | Line **3.242**<br><br>☐ Not listed. Explain ____ | __ |
| 4.1 0 6 **Wheaton Plaza Reg. Shopping Center LLP**<br>**Attn: Legal Department**<br>**2049 Century Park East**<br>**41st Floor**<br>**Los Angeles, CA 90067** | Line **3.243**<br><br>☐ Not listed. Explain ____ | __ |
| 4.1 0 7 **White Marsh Mall**<br>**Attn: Law/Lease Administration Dept**<br>**110 N. Wacker Dr**<br>**Chicago, IL 60606** | Line **3.244**<br><br>☐ Not listed. Explain ____ | __ |
| 4.1 0 8 **White Marsh Mall**<br>**Attn: General Manager**<br>**8200 Perry Hall Boulevard**<br>**Nottingham, MD 21236** | Line **3.244**<br><br>☐ Not listed. Explain ____ | __ |
| 4.1 0 9 **White Marsh Phase II Associates**<br>**Attn: Law/Lease Administration Dept**<br>**110 N. Wacker Dr**<br>**Chicago, IL 60606** | Line **3.244**<br><br>☐ Not listed. Explain ____ | __ |
| 4.1 1 0 **White Plains Galleria LP**<br>**% Lawrence M. Berkeley, Esq.**<br>**Braff, Harris, Sukoneck & Maloof**<br>**570 W Mt Pleasant Ave**<br>**Livingston, NJ 07039** | Line **3.245**<br><br>☐ Not listed. Explain ____ | __ |
| 4.1 1 1 **White Plains Galleria LP**<br>**c/o M.S. Management Associates Inc.**<br>**225 West Washington Street**<br>**Indianapolis, IN 46204-3438** | Line **3.245**<br><br>☐ Not listed. Explain ____ | __ |
| 4.1 1 2 **Woodbridge Center**<br>**Attn: General Manager**<br>**250 Woodbridge Center Drive**<br>**Woodbridge, NJ 07095** | Line **3.247**<br><br>☐ Not listed. Explain ____ | __ |

**Part 4:**   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 248,607.88 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Goodman and Dominguez, Inc.** | | | Case number (if known) | **16-10056** |
|---|---|---|---|---|---|
| | Name | | | | |

| | | | |
|---|---|---|---|
| **5b. Total claims from Part 2** | | 5b. + $ | **4,998,758.49** |
| **5c. Total of Parts 1 and 2** | | | |
| Lines 5a + 5b = 5c. | | 5c. $ | **5,247,366.37** |

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Goodman and Dominguez, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **16-10056**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Store 29 - Altamonte Mall: Lease for commercial space at 451 E. Altamonte Dr Space# 2425 Altamonte Springs, FL 32701** | |
| State the term remaining | **term expires 12/31/2017** | **Altamonte Mall LLC Attn:  GGP/Homart II, LLC (TXPR) Altamon P.O. Box 860251 Minneapolis, MN 55486** |
| List the contract number of any government contract | | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Store 40 - Arbor Mall: Lease for commercial space at 6700 Douglas Blvd Ste 1410 Douglasville, GA 30135** | |
| State the term remaining | **term expires 04/30/2016** | **Arbor Place II LLC P.O. Box 74883 Cleveland, OH 44194** |
| List the contract number of any government contract | | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Store 62 - The Avenues Mall: Lease for commercial space at 10300 Southside Blvd Space #2550 Jacksonville, FL 32256** | |
| State the term remaining | **term expires 01/31/2020** | **Avenues Mall, LLC 867550 Reliable Parkway Chicago, IL 60686-0075** |
| List the contract number of any government contract | | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Store 01 - Bayside Marketplace Mall: Lease for commerical space at 401 Biscayne Blvd Ste#N237 Miami, FL 33132** | |
| State the term remaining | **term expires month to month** | **Bayside Center Limited Partnership 2681 Solution Center Chicago, IL 60677-2006** |

Debtor 1  **Goodman and Dominguez, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*)  **16-10056**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Store 03 - Boynton Beach Mall: Lease for commerical space at 801 N. Congress Ave #223 Boynton Beach, FL 33426** | |
|---|---|---|---|
| | State the term remaining | **term expires 06/30/2018** | **Boynton - JCP Associates LTD 4092 Paysphere Circle Chicago, IL 60674** |
| | List the contract number of any government contract _____ | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Store 23 - Brandon Mall: Lease for commercial space at 459 Westfield Town Center Space #581 Brandon, FL 33511** | |
|---|---|---|---|
| | State the term remaining | **term expires 07/31/2021** | **Brandon Shopping Center Partners LTD PNC Bank Lockbox # 532615 P.O. Box 532615 Atlanta, GA 30353-2615** |
| | List the contract number of any government contract _____ | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Store 07 - Broward Mall: Lease for commercial space at 8000 W. Broward Blvd Space #1513 Plantation, FL 33388** | |
|---|---|---|---|
| | State the term remaining | **term expires 05/31/2024** | **Broward Mall LLC Bank of America File # 51066 Los Angeles, CA 90074** |
| | List the contract number of any government contract _____ | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Store 88 - Sunrise Mall: Lease for commercial space at 2370 N. Expressway Brownsville, TX 78521** | |
|---|---|---|---|
| | State the term remaining | **term expires 01/31/2016** | **Cbl SM-Brownsville LLC Sunrise Mall CBL#0608 P.O. Box 955607 Saint Louis, MO 63195-5607** |
| | List the contract number of any government contract _____ | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Store 78 - Cherry Hill: Lease for commercial space at 2000 Route 38 Space #1555 Cherry Hill, NJ 08002** | |
|---|---|---|---|
| | State the term remaining | **term expires 03/31/2021** | **Cherry Hill Center LLC P.O. Box 73300 Cleveland, OH 44193** |

| Debtor 1 | **Goodman and Dominguez, Inc.** | | Case number *(if known)* | **16-10056** |
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| | List the contract number of any government contract | |

| 2.1 0. | State what the contract or lease is for and the nature of the debtor's interest | **Store 73 -Christiana Mall: Lease for commercial space at 453 Christiana Mall Newark, DE 19702, [lessee: Traffic Shoes, Inc.]** | |
| | State the term remaining | **term expires 10/31/2020** | **Christiana Mall LLC SDS-12-3026 P.O. Box 86 Minneapolis, MN 55486-3026** |
| | List the contract number of any government contract | | |

| 2.1 1. | State what the contract or lease is for and the nature of the debtor's interest | **Store 17 - Indian River Mall: Lease for commerical space at 6200 20th St #358 Vero Beach, FL 32966** | |
| | State the term remaining | **term expires 01/31/2018** | **CIII, BACM05-1-Indian River c/o Bayer Properties, LLC 2222 Arlington Avenue Birmingham, AL 35205** |
| | List the contract number of any government contract | | |

| 2.1 2. | State what the contract or lease is for and the nature of the debtor's interest | **Store 26 - Citrus Mall: Lease for commercial space at 7941 Citrus Park town Ctr Tampa, FL 33625** | |
| | State the term remaining | **term expires 01/31/2023** | **Citrus Park Mall Owner LLC P.O. Box 532627 Atlanta, GA 30353** |
| | List the contract number of any government contract | | |

| 2.1 3. | State what the contract or lease is for and the nature of the debtor's interest | **Store 36 - Coastland Mall: Lease for commercial space at 1958 Ninth St North Space#H-08 Naples, FL 34102** | |
| | State the term remaining | **term expires 08/31/2019** | **CoastLand Center LLC SDS 12-1695 P.O. Box 86 Minneapolis, MN 55486** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Goodman and Dominguez, Inc.** | | | Case number *(if known)* | **16-10056** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.1 4. | State what the contract or lease is for and the nature of the debtor's interest | **Store 42 - Town Center At Cobb: Lease for commerical space at 400 Ernest Barrett Parkway Space T16 Kennesaw, GA 30144** |
| | State the term remaining | **term expires 05/31/2016** |
| | List the contract number of any government contract | **Cobbplace Associates LP P.O. Box 281552 Atlanta, GA 30384** |
| 2.1 5. | State what the contract or lease is for and the nature of the debtor's interest | **Store 05 - Coral Springs Mall: Lease for commercial space at 9209 W. Atlantic Blvd Space #9209 Coral Springs, FL 33071** |
| | State the term remaining | **term expires 01/31/2021** |
| | List the contract number of any government contract | **Coral-CS/LTD Associates c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204** |
| 2.1 6. | State what the contract or lease is for and the nature of the debtor's interest | **Store 86 - La Palmera: Lease for commercial space at 5488 South Padre Island Drive Space #1034 Corpus Christi, TX 78411** |
| | State the term remaining | **term expires 01/31/2023** |
| | List the contract number of any government contract | **Corpus Christi Retail Venture LP P.O. Box 843945 Dallas, TX 75284** |
| 2.1 7. | State what the contract or lease is for and the nature of the debtor's interest | **Store 27 - Countryside Mall: Lease for commercial space at 27001 Us Hwy 19 N Space #1057 Clearwater, FL 33761** |
| | State the term remaining | **term expires 01/31/2018** |
| | List the contract number of any government contract | **Countryside Mall LLC P.O. Box 50184 Los Angeles, CA 90074-0184** |
| 2.1 8. | State what the contract or lease is for and the nature of the debtor's interest | **Store 54 - Plaza del Norte: Lease for commercial space at 506 Truncado St Space B118 Hatillo, PR 00659** |
| | State the term remaining | **term expires 09/30/2018** |
| | List the contract number of any government contract | **DDR Norte LLC P.O. Box 536795 Atlanta, GA 30353** |

| Debtor 1 | **Goodman and Dominguez, Inc.** | | Case number *(if known)* | **16-10056** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.1 9. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment lease: 2 Canon 500iF IR Advanced, 2 Canon C5240 IR Advanced, and 1 Canon C350iF IR Advanced** | |
|---|---|---|---|
| | State the term remaining | | **Dex Imaging, Inc.** |
| | List the contract number of any government contract | | **5109 W Lemon St Tampa, FL 33609** |

| 2.2 0. | State what the contract or lease is for and the nature of the debtor's interest | **Store 20 - Dolphin Mall: Lease for commercial space at 11401 NW 12th St. Space #142 Miami, FL 33172** | |
|---|---|---|---|
| | State the term remaining | **term expires 01/31/2021** | **Dolphin Mall Associates LLC Department 189501** |
| | List the contract number of any government contract | | **P.O. Box 67000 Detroit, MI 48267** |

| 2.2 1. | State what the contract or lease is for and the nature of the debtor's interest | **Store 22 - Edison Mall: Lease for commercial space at 4125 Cleveland Ave Space#1330 Ft. Myers, FL 33901** | |
|---|---|---|---|
| | State the term remaining | **term expires 01/31/2021** | **Edison Mall Business Trust** |
| | List the contract number of any government contract | | **867490 Reliable Parkway Chicago, IL 60686** |

| 2.2 2. | State what the contract or lease is for and the nature of the debtor's interest | **Store 79 - Palisades Mall: Lease for commercial space at 2661 Palisades Center DR #G207 West Nyack, NY 10994** | |
|---|---|---|---|
| | State the term remaining | **term expires 01/31/2021** | **Eklecco New Co LLC M&T Bank P.O. Box 8000** |
| | List the contract number of any government contract | | **Dept. #535 Buffalo, NY 14267** |

| 2.2 3. | State what the contract or lease is for and the nature of the debtor's interest | **Store 02 - 163rd Mall: Lease for commerical space at 1205 NE 163rd St #1014 North Miami, FL 33162** | |
|---|---|---|---|
| | State the term remaining | **term expires month to month** | **Ert 163rd Street Mall LLC c/o Brixmor Property Group P.O. Box 645321** |
| | List the contract number of | | **Cincinnati, OH 45264-5321** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Goodman and Dominguez, Inc.**                                    Case number *(if known)*  **16-10056**
<u>First Name          Middle Name          Last Name</u>

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| any government contract | |

| | | | |
|---|---|---|---|
| 2.2 4. | State what the contract or lease is for and the nature of the debtor's interest | **Store 93 - Esplanade Mall: Lease for commercial space at 1401 W. Esplanade Ave Suite 1208 Kenner, LA 70065** | |
| | State the term remaining | **term expires 11/30/2023** | **Esplanade Mall Limited Partnership P.O. Box 403452 Atlanta, GA 30384-3452** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.2 5. | State what the contract or lease is for and the nature of the debtor's interest | **Store 25 -  Florida Mall: Lease for commerical space at 8001 S. Orange Blossom Trail Space# 868 Orlando, FL 32809** | |
| | State the term remaining | **term expires 01/31/2020** | **Florida Mall Associates LTD P.O. Box 406360 Atlanta, GA 30384** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.2 6. | State what the contract or lease is for and the nature of the debtor's interest | **Store 91 - Freehold Mall: Lease for commercial space at 3710 Route 9 Suite C216 Freehold, NJ 07728** | |
| | State the term remaining | **term expires 06/30/2023** | **Freemall Associates LLC P.O. Box 511421 Los Angeles, CA 90051-7976** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.2 7. | State what the contract or lease is for and the nature of the debtor's interest | **Store 30 - Regency Mall: Lease for commercial space at 9501 Arlington Expswy Space# 385 Jacksonville, FL 32225** | |
| | State the term remaining | **term expires 12/31/2015** | **GGP Regency Square LLC SDS 12-1665 P.O. Box 86 Minneapolis, MN 55486** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.2 8. | State what the contract or lease is for and the nature of the debtor's interest | **Store 31 - Westshore Mall: Lease for commercial space at 183 Westshore Plza Space #BB3 Tampa, FL 33609** | **Glimcher Westshore LLC L-2576 Columbus, OH 43260** |

Debtor 1  **Goodman and Dominguez, Inc.**
     First Name          Middle Name          Last Name

Case number (*if known*)  **16-10056**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining    **term expires 07/31/2019** | |
| List the contract number of any government contract | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Store 39 - Governor Square Mall: Lease for commercial space at 1500 Apalachee Pkwy Space# 1315 Tallahassee, FL 32301, [lessee: Traffic Shoes, Inc.]** | |
|---|---|---|---|
| | State the term remaining | **term expires 01/31/2025** | **Governor Square Mall LLC SDS 12-2725 P.O. Box 86 Minneapolis, MN 55486** |
| | List the contract number of any government contract | | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Store 41 - Gwinnett Mall: Lease for commercial space at 2100 Pleasant Hill Rd Ste # 250 Duluth, GA 30135** | |
|---|---|---|---|
| | State the term remaining | **term expires 04/30/2016** | **Gwinnett Place Mall GA LLC 9103 Alta Drive Suite 204 Las Vegas, NV 89145** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Store 64 - Hamilton Mall: Lease for commercial space at 4403 Black Horse Pike Suite # 1023 Mays Landing, NJ 08330** | |
|---|---|---|---|
| | State the term remaining | **term expires 09/30/2024** | **Hamilton Mall LLC Attn: Legal Department 234 Mall Boulevard King of Prussia, PA 19406-2954** |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Store 66 - Deptford Mall: Lease for commercial space at 1750 Deptford Ctr Rd Suite 1127 Deptford, NJ 08096** | |
|---|---|---|---|
| | State the term remaining | **term expires 01/31/2020** | **Macerich Deptford LLC Deptford Mall P.O. Box 846702 Los Angeles, CA 90084-6702** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | **Goodman and Dominguez, Inc.** | | Case number (*if known*) | **16-10056** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3 3. | State what the contract or lease is for and the nature of the debtor's interest | **Store 45 -  South Plain Mall: Lease for commercial space at 6002 Slid Rd Ste G04 Lubbock, TX 79414** | |
| | State the term remaining | **term expires 01/31/2024** | **Macerich South Plains LP** |
| | List the contract number of any government contract | | **P.O. Box 849437 Los Angeles, CA 90084** |

| 2.3 4. | State what the contract or lease is for and the nature of the debtor's interest | **Store 87 - Ingram Mall: Lease for commercial space at 6301 Nw Loop 410 Space #19 San Antonio, TX 78238** | |
| | State the term remaining | **term expires 01/31/2023** | **Mall at Ingram Park LLC** |
| | List the contract number of any government contract | | **P.O. Box 402936 Atlanta, GA 30384** |

| 2.3 5. | State what the contract or lease is for and the nature of the debtor's interest | **Store 69 - Lehigh Mall: Lease for commercial space at 250 Lehigh Valley Mall Space #2090 Whitehall, PA 18052** | |
| | State the term remaining | **term expires 01/31/2020** | **Mall at Lehigh Valley LP** |
| | List the contract number of any government contract | | **P.O. Box 829446 Philadelphia, PA 19182-9446** |

| 2.3 6. | State what the contract or lease is for and the nature of the debtor's interest | **Store 10 - International Mall: Lease for commerical space at 1455 NW 107th Ave Space# 736 Miami, FL 33172** | |
| | State the term remaining | **term expires 03/31/2016** | **Mall at Miami International LLC Re: International Mall 9780 West Dade County Assoc.** |
| | List the contract number of any government contract | | **P.O. Box 643171 Pittsburgh, PA 15264** |

| 2.3 7. | State what the contract or lease is for and the nature of the debtor's interest | **Store 89 - Valle Vista Mall: Lease for commercial space at 2020 S Expressway 23 Space # F02 Harlingen, TX 78552** | |
| | State the term remaining | **term expires 01/31/2023** | **Mall at Valle Vista LLC** |
| | List the contract number of any government contract | | **867740 Reliable Parkway Chicago, IL 60686** |

| Debtor 1 | **Goodman and Dominguez, Inc.** | | Case number *(if known)* | **16-10056** |
|---|---|---|---|---|
| | First Name        Middle Name        Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Store 83 - Mall Del Norte: Lease for commercial space at 5300 San Dario Ave Space #188 Laredo, TX 78041** |
| | State the term remaining | **term expires 12/31/2021** |
| | List the contract number of any government contract | |

**Mall Del Norte LLC
CBL #0414
P.O. Box 955607
Saint Louis, MO 63195-5607**

| | | |
|---|---|---|
| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Store 52 - Mall of Georgia: Lease for commercial space at 333 Buford Drive Space #1096 Buford, GA 30519** |
| | State the term remaining | **term expires 07/31/2018** |
| | List the contract number of any government contract | |

**Mall of Georgia LLC
P.O. Box 28945
New York, NY 10087-8945**

| | | |
|---|---|---|
| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Store 60 - Mall of Louisiana: Lease for commercial space at 6401 Bluebonnet Blvd Baton Rouge, LA 70836** |
| | State the term remaining | **term expires 06/30/2024** |
| | List the contract number of any government contract | |

**Mall of Louisiana LLC
SDS 12-2440
P.O. Box 86
Minneapolis, MN 55486**

| | | |
|---|---|---|
| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Store 56 - River Center Mall: Lease for commercial space at 849 E. Commerce St. Suite  473 San Antonio, TX 78205** |
| | State the term remaining | **term expires 01/29/2018** |
| | List the contract number of any government contract | |

**New Rivercenter Mall II LP
P.O. Box 840068
Dallas, TX 75284-0068**

| | | |
|---|---|---|
| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Store 77 - Newport Centre: Lease for commercial space at 30 Mall Drive West Space B44A Jersey City, NJ 07310** |
| | State the term remaining | **term expires 05/31/2021** |
| | List the contract number of | |

**Newport Centre LLC
867545 Reliable Parkway
Chicago, IL 60686**

| Debtor 1 | **Goodman and Dominguez, Inc.** | | Case number *(if known)* | **16-10056** |
|---|---|---|---|---|
| | First Name       Middle Name       Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| any government contract | |

| | | | |
|---|---|---|---|
| 2.4<br>3. | State what the contract or lease is for and the nature of the debtor's interest | **Store 33 - The Oaks Mall: Lease for commercial space at 6381 Newberry Blvd Space #D-2 Gainesville, FL 32605** | |
| | State the term remaining | **term expires 02/29/2016** | **Oaks Mall LLC**<br>**SDS 12-1530**<br>**P.O. Box 86**<br>**Minneapolis, MN 55486** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.4<br>4. | State what the contract or lease is for and the nature of the debtor's interest | **Store 85 - Arlington Mall: Lease for commercial space at 3811 S. Cooper St Space # 2086 Arlington, TX 76015 [lessee: Traffic Shoes, Inc.]** | |
| | State the term remaining | **term expires 11/30/2021** | **Parks at Arlington LLC**<br>**SDS 12-2881**<br>**P.O. Box 86**<br>**Minneapolis, MN 55486** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.4<br>5. | State what the contract or lease is for and the nature of the debtor's interest | **Store 14 - Pembroke Lakes Mall: Lease for commercial space at 11401 Pines Blvd #762 Pembroke Lakes, FL 33026** | |
| | State the term remaining | **term expires 01/31/2018** | **Pembroke Lakes Mall Ltd**<br>**SDS 12-3094**<br>**P.O. Box 86**<br>**Minneapolis, MN 55486** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.4<br>6. | State what the contract or lease is for and the nature of the debtor's interest | **Store 50 - Plaza Carolina Mall: Lease for commercial space at Avenida Fragoso Villa Fontana Space #271 Carolina, PR 00988** | |
| | State the term remaining | **term expires 08/31/2017** | **Plaza Carolina Mall LP**<br>**P.O. Box 71478**<br>**San Juan, PR 00936** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Goodman and Dominguez, Inc.** | | | Case number *(if known)* | **16-10056** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4 7. | State what the contract or lease is for and the nature of the debtor's interest | **Store 75 - Prince George Mall: Lease for commercial space at 3500 East West Hwy (route410) Space #1030 Hyattsville, MD 20782** | |
| | State the term remaining | **term expires 03/31/2021** | **PR Prince Georges Plaza LLC** |
| | List the contract number of any government contract | _____ | **P.O. Box 73228 Cleveland, OH 44193** |

| 2.4 8. | State what the contract or lease is for and the nature of the debtor's interest | **Store 44 - Sarasota Mall: Lease for commercial space at 8201 Tamiami Trail Space #3 Sarasota, FL 34238** | |
| | State the term remaining | **term expires 01/31/2016** | **Sarasota Shoppingtown LLC** |
| | List the contract number of any government contract | _____ | **11601 Wilshire Boulevard 11th Floor Los Angeles, CA 90025** |

| 2.4 9. | State what the contract or lease is for and the nature of the debtor's interest | **Store 18 - Seminole Town Center: Lease for commercial space at 200 Town Center Circle Space #0B04 Sanford, FL 32771** | |
| | State the term remaining | **term expires 01/31/2018** | **Seminole Towne Center LP** |
| | List the contract number of any government contract | _____ | **867726 Reliable Parkway Chicago, IL 60686-0077** |

| 2.5 0. | State what the contract or lease is for and the nature of the debtor's interest | **Store 37 -  Sunset Place: Lease for commercial space at 5701 Sunset Dr Space #190 Miami, FL 33143** | |
| | State the term remaining | **term expires 03/31/2018** | **Shops at Sunset Mall Owner LLC** |
| | List the contract number of any government contract | _____ | **P.O. Box 281732 Atlanta, GA 30384** |

| 2.5 1. | State what the contract or lease is for and the nature of the debtor's interest | **Store 32 -Tyrone Mall: Lease for commercial space at 6901 22nd Ave North #908-A St. Petersburg, FL 33710** | |
| | State the term remaining | **term expires 01/31/2021** | **Simon Capital GP** |
| | List the contract number of any government contract | _____ | **1361 Momentum Place Chicago, IL 60689** |

Debtor 1  **Goodman and Dominguez, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*)  **16-10056**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5 2. | State what the contract or lease is for and the nature of the debtor's interest | **Store 90 - La Plaza: Lease for commercial space at 2200 South 10th Street Space #A08 McAllen, TX 78503** | |
|---|---|---|---|
| | State the term remaining | **term expires 03/30/2023** | **Simon Property Group (Texas) LP 867925 Reliable Parkway Chicago, IL 60686** |
| | List the contract number of any government contract | | |

| 2.5 3. | State what the contract or lease is for and the nature of the debtor's interest | **Store 35 -Orange Park Mall: Lease for commercial space at 1910 Wells Rd Ste H-18A Orange Park, FL 32073** | |
|---|---|---|---|
| | State the term remaining | **term expires 11/31/2024** | **Simon Property Group, LP 1568 Paysphere Circle Chicago, IL 60674** |
| | List the contract number of any government contract | | |

| 2.5 4. | State what the contract or lease is for and the nature of the debtor's interest | **Store 04 - Southland Mall: Lease for commerical space at 20505 S. Dixie HWY Space 1193 Miami, FL 33426** | |
|---|---|---|---|
| | State the term remaining | **term expires 01/31/2018** | **Southland Mall Properties LLC P.O. Box 865061 Orlando, FL 32886** |
| | List the contract number of any government contract | | |

| 2.5 5. | State what the contract or lease is for and the nature of the debtor's interest | **Store 49 - Santa Rosa Mall: Lease for commercial space at 300 Mary Esther Blvd Space #75 Mary Esther, FL 32569** | |
|---|---|---|---|
| | State the term remaining | **term expires 05/31/2017** | **SRM-SPE LLC F/B/O Bear Sterns P.O. Box 54266 New Orleans, LA 70154** |
| | List the contract number of any government contract | | |

| 2.5 6. | State what the contract or lease is for and the nature of the debtor's interest | **Store 92 - Stonecrest Mall: Lease for commercial space at 2929 Turner Hill Road Ste 1250 Lithonia, GA 33038** | |
|---|---|---|---|
| | State the term remaining | **term expires 11/30/2023** | **Stonecrest Mall SPE LLC P.O. Box 72219 Cleveland, OH 44192-0219** |
| | List the contract number of | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Goodman and Dominguez, Inc.**
First Name          Middle Name          Last Name

Case number (*if known*)  **16-10056**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| any government contract | |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Store 11 - Sawgrass Mills: Lease for commercial space at 12801 W. Sunrise Blvd #801 Sunrise, FL 33323 term expires 01/31/2017** | |
|---|---|---|---|
| | State the term remaining | | **Sunrise Mills (MLP) Limited Partnership P.O. Box 277861 Atlanta, GA 30384** |
| | List the contract number of any government contract | | |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Store 16 - The Falls Mall: Lease for commercial space at 8888 SW 136 St. #565 Miami, FL 33176 term expires 03/31/2022** | |
|---|---|---|---|
| | State the term remaining | | **The Falls Shopping Center Ass. LLC P.O. Box 404566 Atlanta, GA 30384** |
| | List the contract number of any government contract | | |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Store 13 - Boca Raton Mall: Lease for commercial space at 134 Town Center # 1011 Boca Raton, FL 33428 term expires 01/31/2018** | |
|---|---|---|---|
| | State the term remaining | | **The Town Center at Boca Raton Trust P.O. Box 35470 Newark, NJ 07193** |
| | List the contract number of any government contract | | |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Store 46 - Wellington Mall: Lease for commercial space at 10300 Forest Hill Blvd Space # 283 Wellingto, FL 33414 term expires 12/31/2016** | |
|---|---|---|---|
| | State the term remaining | | **TM Wellington Green Mall LP P.O. Box 865099 Orlando, FL 32886-5099** |
| | List the contract number of any government contract | | |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Store 84 - Town East Mall: Lease for commercial space at 2063 Town East Mall Space # 1196 Mesquite, TX 75150 [lessee: Traffic Shoes, Inc.] term expires 11/30/2021** | |
|---|---|---|---|
| | State the term remaining | | **Town East Mall LLC SDS 12-1514 P.O. Box 86 Minneapolis, MN 55486** |

Debtor 1  **Goodman and Dominguez, Inc.**
   First Name      Middle Name      Last Name

Case number (*if known*)  **16-10056**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| | | | |
|---|---|---|---|
| 2.6 2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for nonresidential real property: warehouse located 10701 NW 127 St, Medley, FL 33178** | |
| | State the term remaining | | **Traffic Retail, Inc. 10701 NW 127 St Medley, FL 33178** |
| | List the contract number of any government contract | | |
| 2.6 3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for nonresidential real property: warehouse located 10701 NW 107 Ct, Medley, FL 33178** | |
| | State the term remaining | | **Traffic Retail, Inc. 10701 NW 127 St Medley, FL 33178** |
| | List the contract number of any government contract | | |
| 2.6 4. | State what the contract or lease is for and the nature of the debtor's interest | **Store 28 - Treasure Coast Mall: Lease for commercial space at 3446 NW Federal Hwy Jesnsen Beach, FL 34957** | |
| | State the term remaining | **term expires 01/31/2021** | **Treasure Coast - JCP Associates Ltd 1365 Momentum Place Chicago, IL 60689** |
| | List the contract number of any government contract | | |
| 2.6 5. | State what the contract or lease is for and the nature of the debtor's interest | **Store 19 - Orlando Fashion Square: Lease for commercial space at 3405 E. Colonial Space # B01 Orlando, FL 32803** | |
| | State the term remaining | **term expires month to month** | **UP Fieldgate US Investments The Bancorp Bank Box 935697 Atlanta, GA 31193-5697** |
| | List the contract number of any government contract | | |
| 2.6 6. | State what the contract or lease is for and the nature of the debtor's interest | **Store 47 - Southlake Mall: Lease for commercial space at 1000 Southlake Mall Space #1123 Morrow, GA 30260** | **VCG-Southlake Mall LLC P.O. Box 538624 2222 Arlington Avenue Atlanta, GA 30353-8624** |

| Debtor 1 | Goodman and Dominguez, Inc. | | Case number (*if known*) | 16-10056 |
|---|---|---|---|---|
| | First Name          Middle Name          Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| | State the term remaining | **term expires 06/30/2017** |
| | List the contract number of any government contract | |

| 2.6 7. | State what the contract or lease is for and the nature of the debtor's interest | **Store 38 -  Volusia Mall: Lease for commercial space at 1700 W. International Speedway #106 Daytona Beach, FL 32114** | |
|---|---|---|---|
| | State the term remaining | **term expires 07/31/2018** | **Volusia Mall LLC** |
| | List the contract number of any government contract | | **P.O. Box 74679 Cleveland, OH 44194** |

| 2.6 8. | State what the contract or lease is for and the nature of the debtor's interest | **Store 63 - Las Catalinas: Lease for commercial space at PR #52 Esq PR# 156 space 2750 Caguas, PR 00926** | |
|---|---|---|---|
| | State the term remaining | **term expires 01/31/2020** | **Vornado Caguas LP c/o Vornado Realty Trust** |
| | List the contract number of any government contract | | **210 Route 4 East Paramus, NJ 07652** |

| 2.6 9. | State what the contract or lease is for and the nature of the debtor's interest | **Store 09 - Westland Mall: Lease for commercial space at 1645 W. 49th St. Space #1336 Hialeah, FL 33012** | |
|---|---|---|---|
| | State the term remaining | **term expires 1/31/2021** | **Westland Mall LLC** |
| | List the contract number of any government contract | | **P.O. Box 865019 Orlando, FL 32886** |

| 2.7 0. | State what the contract or lease is for and the nature of the debtor's interest | **Store 67 - South Shore Mall: Lease for commerical space at 1701 Sunrise Highway Ste D-13 Bayshore, NY 11706** | |
|---|---|---|---|
| | State the term remaining | **term expires 04/30/2020** | **Westland South Shore Mall LP** |
| | List the contract number of any government contract | | **File # 56218 Los Angeles, CA 90074-6218** |

Debtor 1  **Goodman and Dominguez, Inc.**
First Name          Middle Name          Last Name

Case number (*if known*)  **16-10056**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.7 1. | State what the contract or lease is for and the nature of the debtor's interest | **Store 59 - Wheaton Mall: Lease for commercial space at 11160 Veirs Mill Road Ste 111 Silver Springs, MD 20902** | |
| | State the term remaining | **term expires 04/30/2024** | **Wheaton Plaza Reg. Shopping Center LLP P.O. Box 55275 Los Angeles, CA 90074-5275** |
| | List the contract number of any government contract | | |

| 2.7 2. | State what the contract or lease is for and the nature of the debtor's interest | **Store 72 - White Marsh Mall: Lease for commercial space at 8200 Perry Hall Blvd Space #7023 Baltimore, MD 21236 [lessee: Traffic Shoes, Inc.]** | |
| | State the term remaining | **term expires 10/31/2020** | **White Marsh Mall Associates SDS 12-2760 P.O. Box 86 Minneapolis, MN 55486** |
| | List the contract number of any government contract | | |

| 2.7 3. | State what the contract or lease is for and the nature of the debtor's interest | **Store 76 - Wht Plains Mall:  Lease for commercial space at 100 Main Street Space 330 White Plains, NY 10601** | |
| | State the term remaining | **term expires 04/30/2021** | **White Plains Galleria LP P.O. Box 403343 Atlanta, GA 30384** |
| | List the contract number of any government contract | | |

| 2.7 4. | State what the contract or lease is for and the nature of the debtor's interest | **Store 61 - Woodbridge Mall: Lease for commercial space at 251 B. Woodbridge Center Dr Woodbridge, NJ 07095 [lessee: Traffic Shoes, Inc.]** | |
| | State the term remaining | **term expires 01/31/2020** | **Woodbridge Center Attn: Law/Lease Administration Dept 110 N. Wacker Dr Chicago, IL 60606** |
| | List the contract number of any government contract | | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Goodman and Dominguez, Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | **16-10056** |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **David Goodman** | **10701 NW 127 St**<br>**Medley, FL 33178** | **Citibank CBO Services** | ☐ D _____<br>■ E/F __3.66__<br>☐ G _____ |
| 2.2 | **David Goodman** | **10701 NW 127 St**<br>**Medley, FL 33178** | **Citibank CBO Services** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **David Goodman** | **10701 NW 127 St**<br>**Medley, FL 33178** | **Citibank CBO Services** | ☐ D _____<br>■ E/F __3.67__<br>☐ G _____ |
| 2.4 | **Ornella Goodman** | **2998 Lake Ridge Ln**<br>**Weston, FL 33332** | **Citibank CBO Services** | ☐ D _____<br>■ E/F __3.66__<br>☐ G _____ |
| 2.5 | **Ornella Goodman** | **2998 Lake Ridge Ln**<br>**Weston, FL 33332** | **Citibank CBO Services** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Goodman and Dominguez, Inc.** | Case number *(if known)* | **16-10056** |
| --- | --- | --- | --- |

| ▉ | **Additional Page to List More Codebtors** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| --- | --- | --- | --- |
| 2.6 | **Ornella Goodman** | **2998 Lake Ridge Ln Weston, FL 33332** | **Citibank CBO Services** | ☐ D _____ ■ E/F __3.67__ ☐ G _____ |
| 2.7 | **Traffic Retail, Inc.** | **10701 NW 127 St Medley, FL 33178** | **Citibank CBO Services** | ☐ D _____ ■ E/F __3.66__ ☐ G _____ |
| 2.8 | **Traffic Retail, Inc.** | **10701 NW 127 St Medley, FL 33178** | **Citibank CBO Services** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.9 | **Traffic Retail, Inc.** | **10701 NW 127 St Medley, FL 33178** | **Citibank CBO Services** | ☐ D _____ ■ E/F __3.67__ ☐ G _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Goodman and Dominguez, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **16-10056**

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    12/15

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$276,854.41** |
| **For prior year:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$33,583,215.24** |
| **For year before that:**<br>From **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | **$36,962,845.74** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Goodman and Dominguez, Inc.**                                    Case number *(if known)* **16-10056**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See attached** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **David Goodman**<br>**10701 NW 127 St**<br>**Medley, FL 33178**<br>**Owner** | **See attached** | **$480,776.04** | **Wages** |
| 4.2. **Ornella Goodman**<br>**2998 Lake Ridge Ln**<br>**Weston, FL 33332**<br>**Owner** | **See attached** | **$91,000.00** | **Wages** |
| 4.3. **Chiara Goodman**<br>**2998 Lake Ridge Ln**<br>**Weston, FL 33332**<br>**daughter of owners** | **See attached** | **$10,586.24** | **Wages** |
| 4.4. **Joshua Goodman**<br>**2998 Lake Ridge Ln**<br>**Weston, FL 33332**<br>**son of owners** | **See attached** | **$9,853.74** | **Wages** |
| 4.5. **Daniela Iuri**<br>**4117 Arrowcrest Lane**<br>**Garland, TX 75044**<br>**sister of Ornella Goodman, owner** | **See attached** | **$37,699.26** | **Wages** |
| 4.6. **David Goodman**<br>**10701 NW 127 St**<br>**Medley, FL 33178**<br>**Owner** | **See attached** | **$27,133.93** | **Reimbursements** |
| 4.7. **Ornella Goodman**<br>**2998 Lake Ridge Ln**<br>**Weston, FL 33332**<br>**Owner** | **See attached** | **$40,218.48** | **Reimbursements** |
| 4.8. **Daniela Iuri**<br>**4117 Arrowcrest Lane Garland**<br>**Garland, TX 75044**<br>**sister of Ornella Goodman, owner** | **See attached** | **$5,483.03** | **Reimbursements** |
| 4.9. **Joshua Goodman**<br>**2998 Lake Ridge Ln**<br>**Weston, FL 33332**<br>**son of owners** | **See attached** | **$7,374.88** | **Reimbursements** |

Debtor  **Goodman and Dominguez, Inc.**                    Case number *(if known)* **16-10056**

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.10. **Chiara Goodman 2998 Lake Ridge Ln Weston, FL 33332 daughter of owners** | **See attached** | **$4,255.08** | **Reimbursements** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **White Plains Galleria Limited Partnership v. Goodman & Dominguez, Inc. d/b/a Traffic Shoes, Case no. "Business L&T Index No. LT 749/2014" Index No LT749/14** | **eviction** | **City Court of White Plains, NY 77 S Lexington Ave White Plains, NY 10601** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.2. | **ERT 163rd Street Mall LLC v. Goodman & Dominguez, Inc. dba Traffic Shoes 2015-006648-CA-01** | **eviction** | **11th Judicial Circuit, Miami-Dade County 73 West Flagler Street Miami, FL 33130** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

| Debtor | Goodman and Dominguez, Inc. | Case number (if known) | 16-10056 |
|---|---|---|---|

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None.

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Store #54 located at 506 Truncado Street #B118, Columbus, GA 00659 had sprinkler leak. Insurance claim submitted to Marsh Saldana.** | **$18,184.40 received 12/15/2015** | **Sept 2015** | **$18,184.40** |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Meland Russin & Budwick, P.A.**<br>**200 South Biscayne Boulevard**<br>**Suite 3200**<br>**Miami, FL 33131** | **$27,217**<br>**$20,000**<br>**$46,856**<br>**This includes the $1,717 filing fee for each of Debtor's affiliates (member cases).** | **1/16/15**<br>**12/7/15**<br>**12/31/15** | **$94,073.00** |
| | Email or website address<br>**www.melandrussin.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Goodman and Dominguez, Inc. | Case number *(if known)* | 16-10056 |
|---|---|---|---|

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 . | Westland Garden State Plaza LP<br><br>One Garden State Plaza #1219<br>Paramus, NJ 07652 | Store 70, Garden State Mall, Early termination of Lease | 1/29/2015 | $100,000.00 |
| | Relationship to debtor<br>landlord | | | |

## Part 7:   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Email addresses**
Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

| Debtor | **Goodman and Dominguez, Inc.** | Case number *(if known)* | **16-10056** |

---

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:**  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■  No.
    ☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Debtor    **Goodman and Dominguez, Inc.** _____    Case number *(if known)* **16-10056**

---

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Janiris Leonardo<br>10701 NW 127 St<br>Medley, FL 33178** | **since 1998** |
| 26a.2.    **David B. Lanter CPA, PA<br>570808 Arbor Club Way<br>Boca Raton, FL 33433** | **since 2013** |
| 26a.3.    **Wilder Pascual<br>10701 NW 127 St<br>Medley, FL 33178** | **since 2010** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
    within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **See answers to 26a** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **See answers to 26a** | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Goodman and Dominguez, Inc. | Case number *(if known)* | 16-10056 |
|---|---|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

| 26d.1. | **Citibank CBO Services**<br>**P.O. Box 769018**<br>**San Antonio, TX 78245** |
|---|---|

| 26d.2. | **Brandon Perry (CIT Group)**<br>**201 S. Tryon Street**<br>**Charlotte, NC 28202** |
|---|---|

| 26d.3. | **Christain Melgard From DDR**<br>**3300 Enterprise Pkwy**<br>**Beachwood, OH 44122-7200** |
|---|---|

| 26d.4. | **Charles House from General Growth**<br>**110 N. Wacker Dr.**<br>**Chicago, IL 60606** |
|---|---|

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Alcides Esquivel | 1/4/2016 | $3,718,920.17<br>Cost basis |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | Debtor<br>10701 NW 127 St<br>Medley, FL 33178 |

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David Goodman | 10701 NW 127 St<br>Medley, FL 33178 | President | common stock 95% stockholder |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Ornella Goodman | 2998 Lake Ridge Ln<br>Weston, FL 33332 | Stockholder | common stock 5% stockholder |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Janiris Leonardo | 10701 NW 127 St<br>Medley, FL 33178 | Chief Financial Officer | no ownership |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor    **Goodman and Dominguez, Inc.**                     Case number *(if known)*  **16-10056**

**control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | **David Goodman**<br>**10701 NW 127 St**<br>**Medley, FL 33178** | see attached | | |
| | Relationship to debtor<br>**President and 95% stockholder** | | | |
| 30.2 | **Ornella Goodman**<br>**2998 Lake Ridge Ln**<br>**Weston, FL 33332** | see attached | | |
| | Relationship to debtor<br>**5% stockholder and Buyer** | | | |
| 30.3 | **Chiara Goodman**<br>**2998 Lake Ridge Ln**<br>**Weston, FL 33332** | see attached | | |
| | Relationship to debtor<br>**Daughter of Debtor's President and both stockholders** | | | |
| 30.4 | **Joshua Goodman**<br>**2998 Lake Ridge Ln**<br>**Weston, FL 33332** | see attached | | |
| | Relationship to debtor<br>**Son of Debtor's President and both stockholders** | | | |
| 30.5 | **Daniela Iuri**<br>**4117 Arrowcrest Lane**<br>**Garland, TX 75044** | see attached | | |
| | Relationship to debtor<br>**Sister to Debtor's 5% stockholder: Ornella Goodman** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

| Debtor | **Goodman and Dominguez, Inc.** | Case number *(if known)* | **16-10056** |

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February  2, 2016**

**/s/ David Goodman**                                                    **David Goodman**
Signature of individual signing on behalf of the debtor                  Printed name

Position or relationship to debtor   **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## Southern District of Florida

| | | | |
|---|---|---|---|
| In re | **Goodman and Dominguez, Inc.** | Case No. | **16-10056** |
| | Debtor(s) | Chapter | **11** |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **David Goodman**<br>**10701 NW 127 St**<br>**Medley, FL 33178** | **common stock** | **95%** | **stockholder** |
| **Ornella Goodman**<br>**2998 Lake Ridge Ln**<br>**Weston, FL 33332** | **common stock** | **5%** | **stockholder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **February 2, 2016**        Signature  **/s/ David Goodman**
                                                      **David Goodman**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.